Service Co.
TN

KNOW ALL MEN BY THESE PRESENTS, That, I, Charles F. Wayland, Jr., Commissioner of Highways and Public Works of the State of Tennessee, pursuant to the provisions of Chapter 57 of the Public Acts of 1951, which Chapter was passed by the General Assembly of the State of Tennessee on February 22, 1951, and approved by the Governor of the State of Tennessee on February 23, 1951, do hereby sell, transfer and convey to the United States of America, subject to the reservations hereinafter set out, all of the right, title, and interest of the State of Tennessee in and to any and all State Highways located on, over or within the lands which are a part of the Great Smoky Mountains National Park.

The grantor conveys said right, title and interest in and to State Highways, subject to the following reservations:

1.    There is especially reserved unto the State of Tennessee the right to serve criminal or civil process upon the land or lands upon which said State Highways are located in suits or prosecutions for or on account of rights acquired, obligations incurred, or crimes committed in said State outside of or upon said land or lands.

2.    There is especially reserved unto the State of Tennessee the right to tax sales of gasoline and other motor vehicle fuels and oils for use in motor vehicles, and to tax persons and corporations, their franchises and properties, on the land or lands upon which said State Highways are located.

3.    No toll or license fee shall ever be imposed by the United States of America or any agency thereof for the use by the public of State Highways Nos. 71 and 73, and the rights is especially reserved unto the State of Tennessee to allow the public to use said highways; provided however, that the United States of America may regulate and restrict the use of said highways by commercial vehicles of more than one and one-half ton rated capacity between the hours of 8:00 A.M., and 6:00 P.M.

To have and to hold the said State Highways, subject to the reservations and conditions above set out, to the United States of America forever.

IN WITNESS WHEREOF, I have hereunto set my hand, on this 1st day of June 1951.

                              Charles F. Wayland, Jr.
                              Charles F. Wayland, Jr.

                              Commissioner of Highways and Public Works
                              of the State of Tennessee.

State of Tennessee    County of Davidson)
        Personally appeared before me, G. H. Briley, a Notary Public in and for said County and State aforesaid, Charles F. Wayland, Jr., with whom I am personally acquainted, and who acknowledged himself to be the Commissioner of Highways and Public Works of the State of Tennessee, and that he, being authorized so to do, as Commissioner of Highways and Public Works of the State of Tennessee, executed the foregoing instrument for the purposes therein contained.

WITNESS my hand at Nashville, Tennessee, this  1st day of June, 1951.

                              G. H. Briley
                              Notary Public

United States
Department of the Interior
National Park Service

The within deed is accepted on behalf of the United States as of June 1, 1951, under the authority contained in section 2 of the Act of May 22, 1926 (44 Stat. 616; 16 U. S. C., 1946 ed., sec. 403a) and pursuant to authority delegated by section 7 of Departmental Order No. 2640, dated June 11, 1951 (16 F. R. 5846).

                         Director
                         National Park Service

6  August  51  3:59

Email submitted from: scott.f.lee@vanderbilt.edu at /grsm/contacts.htm

Hello, I've repeatedly tried to call (865-436-1231) to reserve a backcountry campsite and every time I receive a recording saying that no one can take my call. I've tried calling the camping information line as well at (865-436-1297) and no one has answered that line either. I am trying to make a few reservations starting this Friday (May 1) and I need to know before I get there that I will be able to camp. Please let me know where I can call to talk to a live person about this or even have someone call me at 727-432-1104. Thanks. -Scott Lee

Email submitted from: drupp23@comcast.net at /grsm/contacts.htm

I have tried to call the Backcountry reservation phone # numerous times this week and have not gotten through. I will be hiking a section of the AT from Newfound Gap to Hot Springs NC beginning this monday Aug 10. I plan to stay at Tri Corner Shelter monday night. I don't understand why I cannot contact anyone to make this reservation, but trust that this won't jeopardize my plans to make this hike.

David Rupp (215) 247-0713...

( hoping that someone reads this soon!)

-----timothy.anderson@asbury.edu wrote: -----

To: GRSM_Smokies_Information@nps.gov
From: timothy.anderson@asbury.edu
Date: 05/08/2009 05:25PM
Subject: From NPS.gov: backcountry reservation

Email submitted from: timothy.anderson@asbury.edu at /grsm/contacts.htm

the backcountry reservation phone number does not work, I've tried it two days in a row. This needs to be corrected soon or it will effect my trip.

To GRSM_Smokies_Information@nps.gov

cc

Subject From NPS.gov: Backcountry Reservations Phone #

Email submitted from: k.r.mccollum@charter.net at /grsm/contacts.htm

Is your backcountry reservations phone line out of order? I've tried calling it repeatedly over the last two days, and always get a busy signal. I'm trying to cancel a reservation I made a couple of weeks back for a four-night hike using trail shelters the nights of Sept. 21-24, but I can't reach anyone. I know space in shelters is scarce, and I'd like for someone else to get a chance to use it since I'm unable to do so next week.

Kenneth McCollum

Maryville, TN

jmnixon@purdue.edu

03/09/2010 06:55 PM

To   GRSM_Smokies_Information@nps.gov

cc

Subject   From NPS.gov: Shelter Reservations

Email submitted from: jmnixon@purdue.edu at /grsm/contacts.htm

Hello, I was wanting to reserve some spots in a shelter for the nights of 18,19 of march... I've tried calling several times over the last couple weeks but no luck getting through... is there a better number to do this or can I make the reservations online?

Thanks so much!

Jonathan Nixon

| JesseL.Hannahs@gmail.com | To | GRSM_Smokies_Information@nps.gov |
| 06/16/2010 04:10 PM | cc | |
| | Subject | From NPS.gov: Wilderness Permit # Busy constantly |

Email submitted from: JesseL.Hannahs@gmail.com at /grsm/contacts.htm

I have been attempting to call in backcountry campsite/shelter reservations for 2 days (at least 10 calls to 865-436-1231) and have yet to recieve anthing but either a busy signal or automated messaged stating a problem exists. Need to file plans for July 10-14 backpacking trip!

Email submitted from: showard29@gmail.com at /grsm/contacts.htm

Mailing Address
Sara Howard
579 Fort Washington Ave 5A
New York, NY 10033
USA

Hello, I am interested in planning a backcountry camping trip in the Smokys in early June, but I keep getting a busy tone at the reservations office. I've tried calling at different times of day with the same result. Is the reservation office closed for the season? Who can I talk to about making reservations? Thank you for your time! Sara Howard 646-821-2708

**BRIEFING PAPER 1: 7/8/10**
**REPLACEMENT OF THE WILDERNESS TRAKKER RESERVATION SYSTEM**
**FOR RATIONED BACKCOUNTRY CAMPSITES AND SHELTERS IN**
**GREAT SMOKY MOUNTAINS NATIONAL PARK**

History
GRSM currently uses the Wilderness Trakker software program by Glosoft to make reservations for rationed campsites and all shelters within the park. The park began using Trakker in December of 1999. Since that time, the program has functioned as intended and has met park needs. The park initially paid for the Trakker software, training and licenses to use the software on 8 computers. There are no records on file in the Backcountry Management Specialist or Dispatch Supervisor's offices indicating the initial cost. A subsequent annual fee of $2,000 has been paid to Glosoft for maintenance and support.

In May of 2010, the park received an email from Bill Glosser of Glosoft with the following information regarding Trakker:

> Trakker is getting a bit long in the tooth, having been written 10 or 12 years ago. It is in dire need of being rewritten to be brought up to date with advances in software development and computers. The tools used to develop it are out of date, no longer supported, and do not work on the latest operating systems. Hence I am not able to support Trakker at its present iteration.

Although Trakker is not expected to fail immediately, the implications of the situation were noted by the park and initial steps were taken to investigate the possibility of a replacement or a rewrite of the program. This paper is a result of that initial investigatory effort.

Upon interviewing park IT Specialist Gary Horne for this project, it was also discovered that the park is in the process of updating its servers . Gary is concerned that because the software used to develop Trakker is so outdated, Trakker most likely will not function properly on a new server with a more up to date operating system.

In light of this information, the project assumes heightened importance so that the park's ability to manage backcountry reservations remains uncompromised.

Research
OLYM, ISRO, GRTE, CANY, and SHEN are the other NPS sites currently using Trakker. Each park was contacted and none were aware that Glosoft was no longer supporting Trakker. Consequently, at the time they were contacted, none of these parks had done any research into a replacement system or have considered supporting a rewrite.

With the ideas that GRSM might be able to modify a system currently in use at another park or find a park using another off-the-shelf product similar to Trakker, 13 other parks with backcountry programs and one BLM unit were also contacted to get information about their reservation systems. Of the 13 parks contacted, five do not take reservations. The remaining eight parks and one BLM unit maintain a variety of reservation systems created especially for their sites.

These programs were created using a variety of software, from the very outdated Dbase to the more current Visual Fox Pro, Access and Alpha 5. Most of these programs were developed in-house and all are maintained in-house. None of these sites were able to provide development cost for their current programs either because the program was developed solely in-house or the product was so old that records regarding development had been put in storage or presumably destroyed.

Of the non-Trakker parks contacted, GLAC and GRCA backcountry reservation operations are of the most interest due the facts that their systems are operating on current software and their reservation needs are similar to GRSM. GLAC uses an Access database system and GRCA used a Visual Fox Pro database system.

GRCA is also developing a new backcountry reservation program using Cold Fusion. The new program is being developed in-house and will allow visitors to make reservations online. The program also accepts payments via Pay.gov, a Treasury Department website that can be used to make secure electronic payments to Federal Government Agencies at a minimal cost to those agencies.

In addition to contacting parks with backcountry programs, nine park employees and volunteers who routinely work in Trakker or have had experience with it were also interviewed. The consensus among these individuals is that Trakker is very user friendly and serves the park well. Those interviewed expressed that a replacement program should be at least as user friendly as Trakker. Another consistent theme was the desire to offer visitors better customer service through online opportunities related to backcountry reservations and permits.

Options

While there are numerous reservation type software systems available, another off-the shelf system designed specifically for backcountry use was not found as part of this research and is therefore not listed as an option.

Reserve America was also explored as a possible option for replacement of the Trakker program. Reserve America is the site through which campground reservations for many NPS units, including GRSM, may be made. According to the NPS Reservation Program Manager, the Reserve America system is not set up to accommodate backcountry reservations because of the unique issues and concerns associated with individual parks' backcountry and wilderness areas. Therefore, Reserve America is not listed in the options below.

Options that emerged from the present investigation of possibilities to replace the Trakker system include the following:

1. Do nothing.
   With the knowledge that Trakker will eventually fail, it is not in the best interest of park operations to simply do nothing toward addressing this problem.

2. Individually fund a rewrite of the Trakker program or work with other current Trakker users to fund a rewrite.
   An informal cost estimate from Glosoft for a minimal rewrite of Trakker, which would produce a product compatible with current computer operating systems, is between $18,000 and $22,000. There would be additional costs for additions or changes to the functionality of the program.

While a rewrite of Trakker is an option, Bill Glosser has not provided the most timely or responsive customer service. This proprietary software also carries constraints on licensing and requires an additional annual fee for maintenance and support. Conversely, Trakker has met park needs well, we are familiar with the product we would be getting and there would be no concerns associated with training staff to use the system.

3. <u>Hire a database consultant to evaluate park needs, recommend appropriate software, recommend a course of action and provide some informal estimates for replacing Trakker.</u>
   This option is favored by the park IT Specialist, would likely be inexpensive (< $2,500) and provide valuable insight into the current options available to fit our needs.

4. <u>Hire an individual, company or CESU to develop a specialized program for the park, using up to date software.</u>
   This option is deemed to be premature until the park has clearly defined what it wants from a reservation system, understands the specific software options available and their capabilities and has first investigated the other options listed here.

5. <u>Investigate the possibility of working with GRCA or GLAC to develop a similar system for GRSM or to borrow what they have developed and modify it to fit our needs.</u>
   Programs for both parks are written in up to date software and handle needs similar to GRSMs. Two potential drawbacks of this option are that GRSM does not have in-house support to modify the program or to fully support it once written. In addition, it is not clear whether or not these parks have completed the waiver process requirements or whether they will ultimately be successful in doing so.

<u>Recommendations</u>
Based on the above information and options, recommendations are as follows:
1. Better define what the park wants in a new reservation system (e.g., maintain status quo, internal and/or external web capability, ability to collect fees in the future, etc.)
2. Recontact other Trakker parks to see if they are now considering a rewrite and would be willing to split the cost. Although Glosser's customer service has not been the best, Trakker has met our needs and the cost of a rewrite may make this option more attractive, especially if the park is able to divide the cost with other parks.
3. Investigate the cost of hiring a database consultant to evaluate park needs, make recommendations and estimate cost. This would most likely be money well-spent and provide the park will valuable information about cost and options.
4. Get more information about GRCAs and GLACs reservation program, where they are in the waiver process and investigate the possibility of working with them or on our own to tweak one of their programs to our needs.

Recommendation 1 should be addressed first. While it is recognized that park preferences may change somewhat over the course of this project, a basic definition of the product desired should be agreed upon before proceeding with this project.

The other options should then be pursued concurrently and information gained be evaluated against operational needs and a better defined end product.

| | |
|---|---|
| **From:** | Melissa_Cobern@nps.gov |
| **Sent:** | Tuesday, October 26, 2010 4:36 PM |
| **To:** | Dana_Soehn@nps.gov |
| **Cc:** | Christine_Hoyer@nps.gov; Clayton_Jordan@nps.gov |
| **Subject:** | Re: Fw: Comments from the web |

Dana,

I'd like to give Mr. Flynn a call if you have his phone number.

Thanks

Melissa K. Cobern
Great Smoky Mountains National Park
Backcountry Management Specialist
865-436-1264

> Dana
> Soehn/GRSM/NPS
>                                         To
> 10/26/2010 04:14        Melissa Cobern/GRSM/NPS@NPS
> PM                                      cc
>               Clayton Jordan/GRSM/NPS@NPS,
>               Christine Hoyer/GRSM/NPS@NPS
>                               Subject
>           Fw: Comments from the web

Melissa,
I was forwarded message from one of our Adopt-a-Trail Volunteers.  Buster is the IT Specialist for the Sevier County Board of Education so I became friends with him during my time in my Parks as Classrooms position.  He is also a Cub Scout parent and active Gatlinburg community member.  I'm sure he directed this email to me instead of Christine because of our personal connection.  He is an avid backpacker and monitors some of the blogging/facebook sites that share hiking information.  He pasted some conversation threads below from the sites.

I simply responded that I would send the message on to our Backcountry Specialist for her consideration. If you have time to respond, Melissa, that would be great. Just advise me on how you'd like me to follow up.

Thanks,
Dana

Dana Soehn
Volunteer Coordinator
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN 37738
865-436-1265
865-436-1244 (fax)
----- Forwarded by Dana Soehn/GRSM/NPS on 10/26/2010 04:06 PM -----

| | | |
|---|---|---|
| Buster Flynn <busterflynn@gmail.com> 10/21/2010 08:09 PM | To | Dana Soehn <Dana_Soehn@nps.gov> |
| | cc | |
| | Subject | Comments from the web |

Would you care to forward these comments on to the correct person? These are just a few examples of what people are saying online. People are begging for a larger NPS presence in the backcountry. I know there are budget issues and we need the most staff where the most people are (visitor centers, etc) but there really needs to be more Rangers on the trails and at campsites.

Recently, I have encountered several incidents in the backcountry of the Great Smoky Mountains National Park that make me shake my head. Mostly people breaking and in some case openly flaunting the rules. Virtually every trip this summer we have experienced "crashers" at reserved backcountry campsites (ie people without a permit). No one wants to be a jerk and kick someone out of a shelter, but if you have a group of 6 and there are 8 people (and I'm not talking AT thru-hikers either), are there squatting, what would you do? I have also seen multiple incidents where people have camped illegally (ie not at a designated site). Out of dozens of trips and hundreds of miles of trail, I have never seen an enforcement ranger in the backcountry except once (and that was in 2006 where someone was cited for having a dog on the Deep Creek trail) Most people are cool, but there are 1 or 2 jerks that openly flaunt the rules. Additionally, we have seen campsites completely trashed, including people who use the pack

hangers for their trashbags, and leave the mess there. Likewise I have seen an increase in dogs on trail. One person actually had the gall to let his dogs run OFF LEASH. One person actually claimed that their toy poodle (the dog weighed less than 10 pounds) was a "service animal" and thus was exempt from the rules.

Look, I don't like the rules, but I still respect them. Is it just me? I love the Smokies, but feel that the place is turning into the wild, wild west

I was at the Mt collins shelter this summer and there was 14 staying the night and guess what? I was the only one there with a permit. I pitched my tent off in the woods because they had the placed packed with all their gear. Btw: during the night 5 more hikers showed up at the shelter.

I realize that rule breaking isn't new, but my perception is that something has changed in the last few years. It seems like the problem has worsened. This may be due to a combination of several factors including:
1) Budget cuts, that have largely eliminated backcountry enforcement rangers. (I haven't seen any since 2007)
2) An increase in visitation (though statistics don't really support that), thus an increase in the proportion of "rule breakers."
3) A change in society (ie more entitlement) where visitors don't care or feels its their right to break rules. I actually had a person in our hiking group claim that "stupid rules are meant to be broken."
4) The Internet (and media) have exposed hidden and secret hikes "en masse" so that everyone, their mother, and their mother's extended family are now descending on the previously "unknown" places. (which is one of the reasons why I selfishly don't disclose many of my favorite hikes on here)
5) Sheer ignorance (is society getting dumber?), where people don't read or understand what they are doing.

I have run into people who say "I couldn't get a reservation, so I figured I'd just take my chances." I am not one to "race" to camp, I like to take my time, and I feel that a reservation should give me peace of mind that there will be a spot when I get there.

With regards to shelters, if you are a thru-hiker (coming in from over 100+ miles away), you are exempt from reservations. However, backpackers with reservations have "first dibs" and it is my understanding that if a shelter is full, the thru-hiker is the only one that can pitch a tent.

I avoid shelters like the plague too. I avoid high season like the plague. Perhaps that is why I like winter backpacking in the Smokies?

With regards to specific incidents I have witnessed:
1) Saw a person illegally camp on top of Gregory Bald
2) Seen multiple people illegally camp in the Cammerer shelter
3) Saw a group of 4 camp at campsite #37 last year when the site was closed due to bear activity. They were out of range of the "camera."

267

4) Saw someone leave 4 full large trash bags hanging on the hangers at campsite #93
5) Watched campsite #47 get trashed
6) Seen an increase in graffiti in the Cammerer shelther

With regards to dogs... most dog owners are unaware that dogs are prohibited on the trails in the Smokies (with the exception of Sugarlands loop and one other). So, for those who have posted here, do you care to admit whether you still take your dog into the Smokies? The rule is there for good reason. I would LOVE to take our lab there, but we don't out of respect for the park.

On the Big Creek trail last year, almost got jumped by a dog off leash. Not only was the owner not apologetic, he didn't even have a leash. At Rainbow Falls trail this year, ran into a person with a dog. Asked if he was aware that dogs are prohibited on the trail. He said, he was unaware, then proceeded to ask "if I had seen a ranger" and proceeded to continue hiking.

Just returned from the Smokies last weekend. Saw a family 2 adults, 2 kids, go into the meadows at Cataloochee to approach wildlife (yes, you read that correctly), had 4 crashers one night, and 4 the next night.

In the past, I have stayed silent. These days, I will give a friendly "reminder" about rules. I do not call rangers or "report" anyone. So fellow backpackers, I posted this partly because I needed to "vent" and get some things off my chest. But, despite an off topic discussion about dogs, my question is, WHAT IS OUR RESPONSIBILITY as shared users? Should we be more vigilant and help the park? or...?

**Backcountry Planning and Reservation Task Group Meeting**
**1/14/11**

The following individuals met to discuss backcountry planning and reservations: Pam Rodgers, Bob Wightman, Dawn Pecharchick, Bert Bradley and Melissa Cobern.

## Task Group Goal
The goal of the task group was to propose options for ensuring long-term backcountry trip planning and reservations services, while reducing or eliminating dependence on dispatch and volunteers and increasing our level of customer service.

The group began by defining what an increased level of customer service would look like and agreed to the following:
1. Customers should be able to make a reservation quickly and easily—ideally within 10 minutes.
2. Customers should have increased options for making reservations. These options should include online and walkup options at the OVC, SVC and Cades Cove.
3. Customers should be able to obtain timely, high quality trip planning assistance that includes their interests, as well at safety information and other messages the park feels are important. Customers should not have to call repeatedly to get assistance.

## Ideal Alternative to Status Quo
The group agreed that an ideal alternative for backcountry planning and reservations would include the following:
1. <u>Online reservation and permit system:</u> Do away with backcountry permit stations and implement an online reservation system. Both systems could be in place during a transition time.

   <u>Justification:</u> Offers the public a faster, more reliable, more accessible (24/7) method of obtaining backcountry reservations. Frees staff to focus on high-quality trip planning.

2. <u>NPS staffed backcountry office:</u> The staff of this office would handle walk-ins at the SVC, administer educational information to visitors and take <u>all</u> backcountry calls for reservations and trip planning.

   The backcountry office would be comprised of two operations. One operation would be located somewhere in the general area of the SVC/HQ would basically function as a call center—taking the majority of backcountry planning and reservation calls. This physical location would also serve as an administrative space for all backcountry staff. A second operation would be at the SVC and handle walk-in trip planning, reservations, education and provide backup for incoming calls. Staff would rotate between the two offices.

   The office at the SVC would be open from 8 – 4:30, seven days per week as it currently is. The "call center" office would be open from 10:00 – 6, seven days per week. This schedule would provide the same number of coverage hours as we are currently providing to the public for trip planning and reservations.

Staffing level would allow for regular field experience, which could also meet other park needs such as posting/taking down bear warnings and closures or cleaning up campsites.

Staffing needs: 1 PFT, GS 6 Supervisory VUA
2 PFT, GS 4 VUAs
4 STF, GS 4 VUAs (20 pp Mid February – November)

Justification: This alternative is based on current dispatch, backcountry office and Cades Cove Ranger Station load in regard to backcountry trip planning and reservations, as well as the perceived need at the OVC.

NPS staffing, as opposed to volunteer staffing, would demonstrate a park commitment to customer service and a quality backcountry experience for visitors. Permanent and STF NPS staff helps ensure consistency, quality and reliability that we cannot sustain with volunteer or seasonal staff. NPS staff also has more perceived authority than volunteer staff and lend credibility to our permit program.

A Supervisory VUA would be necessary to handle scheduling and supervision, coordinate the online reservation and permit program and handle other tasks associated with fee collection if park choses to implement backcountry fees.

Regular field experience for staff is essential for high-quality trip planning. The importance of this experience has been noted by visitors, staff and a permit fee study that was completed for the park.

3. NPS staff at the Cades Cove Ranger Station and the OVC: These staff would handle walk-in backcountry trip planning, education and reservations, but would not take calls for trip planning or reservations. Staff hours would be coordinated with visitor center hours and would supplement already existing VUA and Interp staff at the OVC and Cades Cove.

Staffing Needs: 1 PFT, GS 4 VUA for OVC
1 STF, GS 4 VUA for Cades Cove mid-February - November

Justification: Based on staff experience, there is a need for the park to provide backcountry trip planning and reservation assistance at these locations.

4. Mandatory Education Process: The online system should include some type of mandatory educational component that must be completed before a permit will be issued. The educational component would include safety and other important park messages about camping in the backcountry. Walk-ins would be receive this information at the SVC, OVC and Cades Cove. Backcountry campers would have to complete this process once per years in order to get a permit.

Justification: Allows park to disseminate important messages regarding safety and backcountry use. Ensures at least one party member has received this information. Would encourage visitor accountability in the backcountry.

5. <u>Walk up reservation terminals</u>: Walk up terminals would be located in the SVC backcountry office, the OVC and the Ranger station at Cades Cove. Although outdoor rather than indoor terminals would offer an increased level of customer service after business hours, they were not viewed as ideal due to their susceptibility to vandalism.

   <u>Justification</u>: These terminals would supplement the online reservation system and free staff at these locations to focus on trip planning for walk-ins.

6. <u>Emergency Notification</u>: An ideal alternative would include an automated method of notifying those with backcountry permits of emergency conditions and closures. This could be something that is planned into a new reservation and permit system (e.g., email, tweet).

   <u>Justification</u>: A significant amount of staff time in the summer is dedicated to notifying backcountry campers of emergency conditions and closures. An automated system would notify visitors in a much more timely manner and free staff time to better serve customers in other areas.

**<u>Costs for Ideal Alternative*</u>**
*All costs are Class B estimates, with the exception of personal services which were computed in AFS as step 5's with 40% benefits and no premium pay.

<u>Start up and One- time Costs</u>
Online Reservation and Permit System estimate: $30,000 –$ 125,000
Educational Program Development: $30,000
Walk up terminals: $10,000
4 Computers: $10,000
3 additional phones and phone lines: $1,000
Modifications to current BC office to accommodate 2nd computer: $3,000
Office furniture and supplies for BC "call center": $5,000

Total = $89,000 –$ 184,000

<u>Fixed Costs</u>
Personal Services:

        1 PFT, GS 6 Supervisory VUA : $55,000
        3 PFT, GS 5 VUAs : $133,000
        5 STF, GS 5  VUAs: $120,000

Total = $308,000

<u>Recurring Costs</u>
Online reservation system support:  $3,000
Misc supplies and equipment:  $2,000

Total = $5,000

## Potential Funding

Funding to support the alternative presented here could come in the form of permit fees. Implementation of a permit fee program would be consistent with what many other parks are already doing to help recover the cost of administering a backcountry program.

Research indicates that parks with backcountry programs are currently charging between $5 and $20 for either permits or reservations. Some are flat fees and others are per person. Based GRSM's backcountry use, permit revenue is estimated as follows:

Fee Per Permit
$5  = $65,000
$10 = $130,000
$15 = $195,000
$20 = $260,000


Fee Per person
$5 =$ 160,000
$10 = $320,000
$15 = $480,000
$20 = $640,000

The task group expressed that fees may create a higher expectation on the part of visitors for campsites and trails to be in good condition, for the park to have a more visible presence in the backcountry than what we have now and also for laws and regulations to be consistently enforced in the backcountry.


## Other Group Discussion

During the course of the task group meeting, several other topics related to backcountry management were discussed. The group agreed that these topics were not directly relevant to the goal for the day, but are important ideas to capture for further consideration.

- How to better accommodate large parties
- Consistent failure of customers to plan in advance
- Need for more commissioned rangers in the backcountry. Enforcement is seen as vital to the integrity and credibility of the permit system, as well as customer experience.
- Guidelines for field reservations. Do we want to continue this and if so, under what circumstances.
- Need for more commissioned rangers in the backcountry. Enforcement is seen as vital to the integrity and credibility of the permit system, as well as customer experience.
- Alternative backcountry management system (e.g. trail quotas, all sites reserved, fees to support backcountry). Fees would probably create higher expectations for visitors in terms of backcountry experience.
- Eliminate backcountry calls to other stations
- Identify what statistics would be helpful to better manage the backcountry and begin a system collect and maintain these statistics.
- Reexamine impacts from stock in the backcountry and consider revising limits

- Reexamine what items visitors are allowed to bring into the backcountry (e.g., carts, grills, chairs, tables). Carts allow campers to bring more items into the backcountry. These items are often abandoned at campsites. Carts also encourage campers to bring more food and may discourage proper food storage.
- Reexamine how we allow use at campsites 36 (horse only) and 37 (hiker only).
- Park needs to use technology more effectively (e.g., Twitter, Facebook, internet search tags)



Clayton Jordan/GRSM/NPS          To    Richard Devenney/Atlanta/NPS@NPS
03/25/2011 03:55 PM              cc    Melissa Cobern/GRSM/NPS@NPS
                                 bcc
                                 Subject    Request for New Fee Memo

Rich:

Thanks for your last minute assistance on this. Please give me a yell if you need anything else.

Thanks,

Clay

[📄]

Fee Increase Approval Request GRSM BC Reservations.docx

--------------------------------------------------

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax: (865) 436-1244



# United States Department of the Interior

## NATIONAL PARK SERVICE
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, Tennessee 37738



IN REPLY REFER TO:

OFFICIAL ELECTRONIC CORRESPONDENCE
No Hard Copy to Follow

F5419 (GRSM-S)

March 25, 2011

To:        Fee and Special Park Use Program Manager, Southeast Region

From:      Assistant Superintendent, Great Smoky Mountains National Park

Subject:   Request for New User Fee

With the goal of increasing customer service for our backcountry users, Great Smoky Mountains
National Park is currently exploring putting our backcountry campsites and shelters on the
National Recreation Reservation Service (NRRS).

We do not currently charge a fee for backcountry permits or reservations and are developing
plans to proceed with civic engagement for the purposes of considering the use of the NRRS
beginning in 2012.

The primary purpose of the permit reservation fee would be to cover the cost of administrating an
improved permit system that significantly enhances visitor convenience and experience.

GRSM is one of the highest backcountry use parks in the System with approximately 13,000
permits issued every year. We expect that using the NRRS would improve customer service for
backcountry campers securing a reservation over the current reservation system. Currently,
making an advanced reservation requires a phone call into the Park's communications center on a
single line with limited hours and no visual aids to assist with trip planning. Instead, visitors
would be able to make a reservation by phone (12 hours a day with no busy signals) or 24/7 on
the internet where they can more easily check campsite availability and plan their trips. They can
then have their permit in hand when they arrive at the park without the necessity of going out of
their way to a backcountry permit station to secure a permit.

In short, we believe that proceeding with civic engagement to explore this option would be in the
best interests of maintaining a positive visitor experience. If you have any questions please
contact Chief Ranger Clay Jordan at (865) 436-1225.

/s/ Kevin FitzGerald

## Recommendation for Backcountry Permit/Reservation System

After a review of several options for a backcountry permit/reservation program, it is recommended that GRSM consider using Recreation.gov instead of developing a new program or modifying an existing program. The reasons for this recommendation are as follows:

1. Per *Management Policies 2006*, Recreation.gov is the preferred provider of reservation services. The NPS Director must authorize a park to use a reservation system other than Recreation.gov, even if it does not presently meet the park's needs. The WASO Reservation Services Coordinator will determine whether or not Recreation.gov can meet park needs before any requests for waivers will be sent to the Director.
2. As result of a conference call on 4/6/11 between GRSM, a Recreation.gov website developer and the WASO Reservation Services Coordinator, it was determined that although Recreation.gov does not currently meet GRSM's needs, it could meet park needs in 2012. Thus, GRSM would have a difficult time making a waiver request.
3. The USFS has paid Recreation.gov to make modifications to the system to better accommodate backcountry permits/reservations. The NPS is benefitting from the USFS's investment and the park would likely have to pay very little, if anything, to have the modifications made to Recreation.gov.
4. Modification of an existing system is considered to be creation of new system. New systems must meet all laws, regulations and policies prior to going live, including:
    a. IT Certification and Accreditation
    b. E-Government Act of 2002
    c. Federal Information Security Management Act of 2002
    d. OMB 300
    e. Payment Card Industry Compliance
    f. Personally Identifiable Information
    g. Privacy Act of 1974
    h. System of Records Notice

According to the WASO Reservation Services Coordinator, the IT certification and accreditation process can be expected to take 6 – 12 months and, are generally are not being approved for reservation system development. Recreation.gov is already in compliance with all laws regulations and policies.



## Status of Fee Request

1 message

**Melissa_Cobern@nps.gov** <Melissa_Cobern@nps.gov>                    Tue, Apr 12, 2011 at 2:56 PM
To: Clayton_Jordan@nps.gov

Clay,

Jane Anderson, WASO Rec Fee Program Manager, currently has all the fee requests. She had some questions about the missing information in our request. Fortunately, Rick Delappe was able to answer those questions. He says that Jane is OK with our request.

Jane will then review the requests with the Associate Director for Business Services, Kate Stevenson. Kate can then either approve the requests or present them to the Deputy Director/Director. Rick feels it is more likely she will present them to the Deputy Director/Director given the Director's interest in fees.

There is no estimated timeline for the approval process. Approval means that we can engage in public involvement. We will need another approval for a whatever fee we propose.

Rick will be forwarding me some guidance on the public scoping process.

Melissa K. Cobern
Great Smoky Mountains National Park
Backcountry Management Specialist
865-436-1264



**Richard Devenney/Atlanta/NPS**
05/31/2011 04:46 PM

To  Jane Anderson/WASO/NPS@NPS

cc

bcc

Subject  Fw: Updated fee increase request memo

Jane-

Attached is the submission for the SE. Also attached is the implementation plan for CANA-this is addressed at the beginning of the attached memo. Sorry, but I was waiting for a final approval from the RD.

If you have any questions, please let me know-I am at CALO all week trying to figure out what to do about this place with relation to fees.

I am heading to the island to look at their operation in preparation for the ORV planning but I will be available after 1pm EDT for calls.



CANA FINAL IMP PLAN for 2011.doc   CANA Revenue loss justification.doc



CANA Questions and comments- implementation plan.docx

Rich Devenney
Regional Fee and Special Park Use Program Manager
National Park Service
Southeast Regional Office
(404) 507-5640-voice-Fee Program
(404) 227-3927-cell/blackberry
(404) 562-3200-fax-Region
Richard_Devenney@nps.gov

----- Forwarded by Richard Devenney/Atlanta/NPS on 05/31/2011 04:37 PM -----



**Shawn Benge/Atlanta/NPS**
05/31/2011 04:25 PM

To  Richard Devenney/Atlanta/NPS@NPS

cc

Subject  Fw: Updated fee increase request memo

Richard,

You may forward to the WASO Fee Manager. I have vetted with the Regional Director. Thanks.

Shawn Benge
Deputy Regional Director
Southeast Region
(404) 507-5605 Office
(404) 272-7253 Cell

----- Forwarded by Shawn Benge/Atlanta/NPS on 05/31/2011 04:24 PM -----



Richard
Devenney/Atlanta/NPS
05/25/2011 05:25 PM

To  Gordon Wissinger/Atlanta/NPS@NPS, Shawn
Benge/Atlanta/NPS@NPS, Gayle
Hazelwood/Atlanta/NPS@NPS
cc  Wayne Elliott/Atlanta/NPS@NPS, John S
Wood/Atlanta/NPS@NPS, David Vela/Atlanta/NPS@NPS
Subject  Updated fee increase request memo

Afternoon all-

Attached is the updated version of the fee increase request memo for your review.

My current plan is to submit this to WASO by Friday in advance of the due date of next Tuesday as I will be travelling to CALO on Monday. Per Jane Moore's e-mail, we are to submit this directly to Jane Anderson in WASO Fees to speed up the process.

I will provide a copy of the implementation plan for everyone's review tomorrow morning (too large to easily send by e-mail).

Please let me know if you have any questions or suggested changes.

Thanx much-



Updated May 2011 WASO from RD approval for 2012 requests.doc

Rich Devenney
Regional Fee and Special Park Use Program Manager
National Park Service
Southeast Regional Office
(404) 507-5640-voice-Fee Program
(404) 227-3927-cell/blackberry
(404) 562-3200-fax-Region
Richard_Devenney@nps.gov



# United States Department of the Interior



NATIONAL PARK SERVICE
Southeast Regional Office
Atlanta Federal Center
1924 Building
100 Alabama St., S.W.
Atlanta, Georgia 30303

IN REPLY REFER TO:

*sent 5/31/11*

F5419 (5072)

Memorandum

To:        Acting Associate Director, Business Services, Washington Office

From:      Regional Director, Southeast Region

Subject:   Exception Requests for New/Increased Fees in the Southeast Region

This memorandum is provided in response to the Fee Program Manager Jane Moore's May 20, 2011 e-mail requesting re-submission of a list of recommended parks to proceed with civic engagement activities to investigate increasing or establishing fees under the Federal Lands recreation Enhancement Act (FLREA).

The Southeast Region is recommending that Castillo de San Marcos National Monument (CASA), Chattahoochee River National Recreation Area (CHAT), Great Smoky Mountains National Park (GRSM) Fort Sumter National Monument (FOSU), and Big Cypress National Preserve (BICY) all be granted permission to proceed with the necessary civic engagement process to investigate the public response to increasing fees at each site.

The region has also approved and is recommending that Canaveral National Seashore (CANA) be granted approval of their completed implementation plan to move forward with a change in their fee structure.

CHAT and CASA are both requesting increases to their entrance fees. FOSU is requesting the establishment of an entrance fee at both Fort Sumter National Monument and Charles Pinckney National Historic Site. BICY is requesting to increase the per night fee for the primary park campgrounds and establishing a new fee to cover the costs of putting their backcountry permits on the National Recreation Reservation System (NRRS). Like BICY, GRSM is requesting to establish a fee to cover the costs of putting their backcountry permits on the NRRS.



CANA has completed a thorough civic engagement process in conjunction with the neighboring Merritt Island National Wildlife Refuge (MINWR). The primary reason for the proposed change in the park's fee structure is the MINWR's plan to implement a new fee program. The park is proposing to change from a $3 per person to $5 per vehicle. Under the new structure, the park and the refuge will honor each other's daily and annual passes, making it a seamless trip for visitors who wish to experience both sites. This plan will result in a lower cost per visit for most visitors. The park's proposal was well received during the civic engagement process. This change is projected to result in an annual decrease of approximately $45,000-$50,000 in the park's fee revenue. The park has completed internal plans to update the comprehensive fee plan to adjust the balances accordingly. The MINWR has published a notice in the Federal Register announcing the new fee area as required by FLREA. The refuge's current plan is to implement the new fee beginning in July 2011. Once approved, CANA plans to implement the fee change at the same time.

CASA is seeking to increase the daily entrance fee from $6 to $8 per adult. CASA currently transfers $1 from each $6 fee for funding of the transportation system. The park has requested (under separate cover) increasing this transfer to $2 per adult entrance fee per the terms outlined in the Alternative Transportation System (ATS) review conducted by Booz Allen Hamilton, working for WASO. While this change will allow the park to continue the ATS without additional funding, this change in the transportation fee structure will result in a significant reduction in available revenue for visitor services and facility projects at the park. CASA has exclusively used fee revenue and has not requested funding from any other fund source for visitor facility rehabilitation for more than a decade. The park is preparing for the 450th anniversary of the park beginning in 2012. In preparation for this multi-year event, the park plans to execute numerous high visibility projects to better serve the visitors and continue to showcase the park as a main visitor destination in an area whose principal economic support is generated through tourism. Without the requested increase and with the proposed change in the transportation allotment, the park's annual fee revenue is expected to decrease by approximately 20% or $311,000). As a result of this decrease, the park will likely have to rely on other funding sources to continue to maintain and rehabilitate its visitor facilities. The proposed increase will provide a similar increase (15-20%) in annual revenue. The park has plans in place to utilize this additional revenue and remain below the 35% unobligated balance target each year.

GRSM is proposing to institute a new fee for backcountry camping and shelter reservation and use. The park currently does not charge for these reservations and is proposing to begin charging a fee to cover the service charges and related costs of putting these sites onto the NRRS. The final actual fee will be determined through the civic engagement process and is likely to align with the total fees charged to the NPS by the NRRS. Having these sites on the NRRS will improve customer service for the visitors wishing to reserve these sites as they will now have 24/7 access to reserve and/or change reservations rather than having to call the park during normal business hours. There will be no increase in overall annual revenue as the result of this proposed increase as this will simply be a new fee to cover the recreation.gov service fees.

BICY is re-submitting their previously approved request to begin civic engagement activities to increase the fees at 2 front country campgrounds, start charging fees at an additional 4 front country and 2 back country campgrounds, and implement a charge for the park's backcountry permit system. Direct comparison between the BICY campgrounds and local private campgrounds is not available due to a wide variance in available amenities, but the park campgrounds have been improved with additional amenities so that they now meet NPS standards to charge fees. The primary reason for the increase and establishment of these campground fees is to somewhat reduce the undercutting of the private campgrounds adjacent to the park. These private campground owners have petitioned the

County Commission on several occasions to issue a resolution condemning the park due to this undercutting of their rates. The new fee for the backcountry permit will allow the park to add the permitting system to the NRRS. As is true at GRSM, the primary reasoning for adding the permits to the NRRS is to increase customer service by making use of available, proven electronic methods of conducting business operations. Having the permits on the NRRS will increase the visitors' knowledge of, and ease the process of getting, backcountry permits. The park plans to charge only the NRRS provider service fee charged to the NPS.

CHAT is requesting increases of $3 to $4 per day and from $25 to $35 for an annual pass. The primary justification for this increase is to somewhat better align the park fees with the NPS tier structure and with surrounding state and federal parks, which are currently much higher than the fee at CHAT. CHAT has experienced an increase of over 18% in visitation since 2004. This visitation primarily affects the developed areas including trails, boat ramps, picnic shelters and restrooms. The park has historically used fee revenue to fund the rehabilitation of these developed facilities to better serve the public. The projected increased revenue (approximately $195K in 2012) will be used to replace two restroom units, replace roofs on picnic shelters and rehabilitate the environmental education facility where the park hosts its youth programs. While the proposed rates do not completely align with the NPS tier structure, the park completed civic engagement activities in 2007 and found that increases to the daily rate primarily affected a diverse, lower income population, many of which are from the urban areas of Atlanta and increases to the annual pass primarily affected the mostly white, upper income suburban visitors that use the park on a regular basis for exercise activities. The civic engagement activities conducted in 2007 proposed increases to a $5 daily rate and a $35 annual pass rate. These rates were viewed favorably by the public and provided some valuable visitor information. Armed with this visitor demographic knowledge, the park is asking that the increase to the daily rate be minimal with a larger increase to the annual pass.

FOSU is requesting to implement an entrance fee at Fort Sumter NM and Charles Pinckney NHS. The park currently charges an entrance fee of $3 per person at the Fort Moultrie unit of FOSU. The park is proposing to charge an entrance fee of $5 at each site that would be valid for any of the three sites for a period of at least 3 days. The park would work with the concessionaire to make this a seamless fee to the visiting public by means of a fee management agreement. Charging a fee at each site would encourage visitation at the other park units and discourage inappropriate uses at these sites. This new fee will allow for significantly increased visitor services project funding at the park, resulting in lower impacts on other shrinking fund sources, and will put FOSU in line with the NPS Tier pricing models established in 2009. FOSU's initial estimate of the increase in annual revenue ranges from $500,000 to as much as $1 Million. FOSU is completing internal plans to update its Fee Comprehensive Plan to obligate these funds as they are received.

Once these parks complete the civic engagement process outlined in RM-22, Appendix L, each park will submit a completed implementation plan to the regional office for review and regional approval. Upon receiving regional approval, these completed plans will be forwarded to your office for final approval. Each park plans to implement the increased fee in January 2012 or later.

A copy of the completed implementation plan for CANA is attached to this memo.

Any questions can be directed to the Regional Fee Program Manager, Richard Devenney, at 404-507-5640, or by e-mail at Richard_Devenney@nps.gov.

Attachments

**Attachment 1**

| Region | Priority | Park | Request APPROVED to proceed with Public Participation for FLREA Fee Changes | Compelling Reason |
|--------|----------|------|------------------------------------------|-------------------|
| SER | #2 | **Big Cypress** | Increase fees at two front-country campgrounds; start charging for four front-country campgrounds, two backcountry campgrounds and charge for backcountry permit | Private campgrounds have petitioned County Commission to issue a resolution to condemn park due to undercutting rates (serious comparability issue). |
| SER | #3 | **Great Smoky Mountains** | New fee for backcountry camping/shelter reservation | Recover contract line item number costs associated with joining Recreation.gov. Price to be determined during civic engagement. |
| SER | #4 | **Castillo de San Marcos** | Increase entrance fee to $7 per person from $6 per person | Recover lost FLREA revenue resulting from increased transportation fee ($1 to $2) approved in 2011. This rate change will align the per person rate with the Servicewide pricing model. |

| Park | Permit Required | Permit Cost | Reservations Offered or Required | Reservation Cost |
|------|-----------------|-------------|----------------------------------|------------------|
| ROMO | Y | Free | Y | $20 |
| DINO | Y | Free | N | |
| EVER | Y | Varies. During busy time it is $10 per group. | N | |
| GUMO | Y | Free | N | |
| BIBE | Y | $10 | N | |
| BLCA | Y | Free | N | |
| BAND | Y | Free | N | |
| GLAC | Y | Free | Y | $30 reservation fee plus per person fee of $2.50 - $7.00 depending on age. |
| YOSE | Y | Free | Y | $5.00/group + $5.00 per person |
| YELL | Y | Free | Y | $20 per group |
| SEKI | Y | Free during off season. $15 during quota season. | Y | Free |
| DENA | Y | Free | N | |
| GRCA | Y | $10 per group + $5 per person per night | Y | Free |
| SHEN | Y | Free | N | |
| CANY | Y | $15 | Y | Free |
| GRTE | Y | Free | Y | $25 Reservation/Processing Fee |
| ISRO | Y | Free | N | |
| OLYM | Y | $5 per grp $2 pp per night | Y | Free |
| ZION | Y | Based on number of people. 1-2 = $10, 3 - 7 = $15, 8 - 12 = $20 | Y | Free |

**Some parks charge a permit fee and some a reservation fee. Each has implications. Some things to consider...**

**Permit Fee Pros:** Provides revenue for each permit issued if we chose not to have all reserved sites.
**Permit Fee Cons:** Considered a use fee, which doesn't play well with current Directorate. May not play well with public since they are used to free permits.


**Reservation Fee Pros:** Term is more palatable to current Directorate as long as fees are "reasonable, meaning that we are only charging enough for recovering the cost of Reserve America. May also be more palatable to the public since permits would still be free and the perception would be that the "new cost" is for the increased convenience of being able to obtain a reservation online.
**Reservation Fee Cons:** As long as we charge enough money to cover the RA fee, there isn't a con

# RESERVATION FEES CHARGED PER GROUP OR PER PERMIT--RESERVE AMERICA

| Fee Per Group or Per Permit | Gross Revenue--All Sites Reserved | Gross Revenue--Current Mix of Reserved and Non-reserved Sites | Estimated Net Revenue--All Sites Reserved * | Estimated Net Revenue-- Current Mix of Reserved and Non-reserved Sites** |
|---|---|---|---|---|
| $5.00 | $65,000.00 | $39,000.00 | -$23,530.00 | -$10,032.00 |
| $10.00 | $130,000.00 | $78,000.00 | $41,470.00 | $28,968.00 |
| $15.00 | $195,000.00 | $117,000.00 | $106,470.00 | $67,968.00 |
| $20.00 | $260,000.00 | $156,000.00 | $171,470.00 | $106,968.00 |
| $25.00 | $325,000.00 | $195,000.00 | $236,470.00 | $145,968.00 |
| $30.00 | $390,000.00 | $234,000.00 | $301,470.00 | $184,968.00 |

*Net Revenue = Gross minus estimated cost of Reserve America @ $88,530

**Net Revenue = Gross minus estimated cost of Reserve America @ $49,032

# RESERVATION FEES CHARGED PER PERSON--RESERVE AMERICA

| Fee Per Person | Total Revenue--All Sites Reserved | Gross Revenue--Current Mix of Reserved and Non-reserved Sites | Estimated Net Revenue--All Sites Reserved* | Estimated Net Revenue-- Current Mix of Reserved and Non-reserved Site*** |
|---|---|---|---|---|
| $5.00 | $165,000.00 | $99,000.00 | $76,470.00 | $49,968.00 |
| $10.00 | $330,000.00 | $198,000.00 | $241,470.00 | $148,968.00 |
| $15.00 | $495,000.00 | $297,000.00 | $406,470.00 | $247,968.00 |
| $20.00 | $660,000.00 | $396,000.00 | $571,470.00 | $346,968.00 |

*Net Revenue = Gross minus estimated cost of Reserve America @ $88,530

**Net Revenue = Gross minus estimated cost of Reserve America @ $49,032

REVENUE NECESSARY TO SUPPORT POSSIBLE STAFFING SCENARIOS FOR BACKCOUNTRY OFFICE

| | Scenario 1: All NPS staffed BCO without Dispatch or GSMA. Supplement with Volunteers | Scenario 2: NPS and GSMA staffed BCO without Dispatch. Supplement with Volunteers. | Scenario 3: NPS and GSMA staffed BCO with 1 Dispatch position. Supplement with Volunteers. | Scenario 4: NPS and GSMA staffed BCO with 2 Dispatch Positions. Supplement with Volunteers. | Scenario 5: Current Operations—2 Dispatch Positions, 1 GSMA Position and 12 Volunteers. |
|---|---|---|---|---|---|
| GS 5 PFT Lead VUA | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | |
| GS 4 PSTF VUAs @ $42,000/ea | $126,000.00 | $84,000.00 | $42,000.00 | | |
| Total | $176,000.00 | $134,000.00 | $92,000.00 | $50,000.00 | $0.00 |

Personnel Services cost assumes Step 5, 40% benefits, 2 pp furlough for STF positions plus benefits paid by NPS during furlough. Scenarios assume minimum staff needed.
Cost of Dispatch Personnel is not included.

**Things to consider:** Reserve American data suggests that once we transition, we can expect 80% of reservations to be made online. However, the BCO ( and Dispatch ?) will continue to provide trip planning information. Trip planning currently comprises 80% of calls to the BCO and 60% to Dispatch. Consequently, we should continue to expect a significant workload with trip planning. Backcountry calls average 10 minutes per call to Dispatch and 18 minutes per call to the BCO. Average number of calls answered per day by the BCO during high season varies depenings on staffing, but averages about 20, with an additional 10 returned calls from messages. Number of walk-ins during high season is between 15 and 30 per day.

## GRSM Backcountry Use Statistics

| | |
|---|---|
| Total Permits Issued Per Year | 13,000 |
| Total People Per Year | 33,000 |
| Number of People Per Permit | 2.56 |
| Number of Nights in Backcountry | 5.66 |
| Total Camper Nights | 73,000 |

Above figures are averages from the past 5 years

Interesting Note: GRCA issues 11,000 BC permits per year and
has a staff of 8 GS 7s and 1 supervisor to do this.

**Reservation/Permit System Planning Questions**

1. **How will we issue permits to AT and possibly BM and MTS thru hikers?**
   a. Thru hikers are an anomaly in our system that allows for overcrowding in the spring. How do we address this? When we started our policy with AT thru hikers (1974) there were only about 3 per day. Look at what we have now.
   b. A terminus for both the BMT and MST is GRSM so they can plan for their permit in advance and use the same system as the general public. Plus, they do not have anywhere near the number of thru hikers that the AT does.
   c. Would be better to make all AT thru hikers have reservations? Yes, in a perfect world. However, given the numbers there is no way to do this without creating a huge backlog at TVA that they cannot accommodate. Bear closures on the AT complicate this even more.
   d. How do we handle the ones who come out at NFG and come back in? Same way we do now.
   e. Maybe we could have a reservation terminal at NOC and Fontana in the south and Hot Springs in the north and not let them make a reservation until 3-4 days out. From past experience , we know any infrastructure like that would likely be repeatedly vandalized and not be sustainable. Perhaps we could work with NOC and Fontana Village.
   f. Our MOU with the AT requires that we work with them on any policy changes and we will be doing so.
   g. Need to fairly balance AT TH needs with general public. Will we continue to allow thru hikers to tent? It seems unlikely that there is a suitable way to end this practice without negatively impacting the general public
   h. A system with a lot of exceptions does not help achieve overall goals for resource protection and customer service. Some flexibility is needed, however.

2. **How will we handle CUA holders?**
   a. If we don't make all the sites reserved, there will be no logistical impact to CUA holders. They will have to do a bit more planning if we convert to all reserved sites.
   b. There will also be a financial impact to CUA holders. The size of the impact will depend on how we charge for the reservation/permit (e.g., per person, per permit).
   c. They have sites they like to use over and over. The AT and site 86 and 90. Consider something in CUA that says they can only have so much use in a year. This is already in effect for the AT + they have a more narrow window for reservations than the general public.
   d. Need to consider how CUA holders will be set up in system. Consult with Joel.

3. **What are the implications of all reserved vs. only some reserved?**
   a. Financial
   b. Mix is already confusing for the public. Leaving the BC permits stations in place would really make things confusing and probably reduce compliance.

    c.   All reserved gives us more management control over and information about campsite use for resource management purposes. Also helpful information for search and rescue operations. More information is a benefit to LE when doing SARs.

    d.   Possibly less convenient for visitors although they will have 24/7 access to online reservations, but general feeling is that it will be much more convenient for most people because they can check availability on their own at their convenience.

    e.   Mixed could lead to more use of non-reserved sites which could result in overuse and resource damage.

    f.   Flexibility with mix and great for folks who do not know how far they can go or for walk-ins.

    g.   Reserved-improve experience, reduce resource damage and offer security of having a site.

    h.   Reserved—safety from wildlife mgmt. point of view. Reservations will facilitate communicating closures. Knowing whether or not people are out there has big implications for how we handle a situation. Do we put a person out? Camera?

**4. How will we handle cancellations due to bears or other closures?**

    a.   NPS policy is that if we make the closure we have to offer a refund.

    b.   We could also offer them the opportunity to change their itinerary, but they would need to do that for the dates they specified in their original reservation. Can RA accommodate a "voucher" for a later date?

**5. Typical park experience is that within two years, is that more than 80% of reservations are made online. About 15% are made over the phone and less than 5% are made in the system by the park.** Our experience with RA online reservations is not that high, but using that as a guideline, how would this affect workload? We would still be providing trip planning information. This would also be affected by RAs policy on the cutoff for when online reservations can be made.

**6. How will we handle reservations/permit for VIPs doing work in the BC? Will they be charged or will we absorb the cost? What will the criteria be for not charging them a fee?** We could withdraw the number needed from availability and issue a no-cost permit. Criteria = work has to be approved by VIP supervisor. Needs to be legitimate work of value to the park cannot be accomplished in a day trip.

**7. Does RG have a 3 day prior cutoff?** No. You can do same day reservations.

**8. How do you handle walk ins with RG?** Not an issue. Do we want to reserve any sites for walk-ins? How many? Should you look at a broad percentage of the entire system or a specific part of the park? After much discussion, we decided that holding for walk-ins isn't beneficial. Walk ins should work with what is available.

**9. What are some additional benefits of a reservation system?** Greatly improved customer service is the biggest one. Folks can check availability and make their own reservations/print their own permits at their convenience.

**10. What do you think is a reasonable cost?** Research what other parks are charging.

11. **What if you reserve a shelter and when you get there it is full?  How will the park handle this since folks will expect to have a place to stay?**  LE would need to be prepared to deal with this and we should try to educate folks as much as possible.

12. **Should we still use the one month out limit?**  Yes for the public because any longer and plans will change too much.

13. **Closures due to bears is probably the biggest unknowns.** Could we use RG to send a text message or phone call to folks to let them know?  We would allow them to reschedule at no fee?  Bear closures would completely negate any thought of thru hiker ability to make advance reservations and create a huge backlog of hikers at Fontana which TVA could not accommodate.

14. **How will we handle folks who do not have credit cards?**  We will work with folks however we need to provide good customer service.

15. **How will we handle cross country permits?**  Possible changes to our current procedure should be evaluated as we move forward.

**Clayton Jordan**

| | |
|---|---|
| **From:** | Melissa_Cobern@nps.gov |
| **Sent:** | Friday, June 24, 2011 7:18 AM |
| **To:** | Clayton_Jordan@nps.gov |
| **Subject:** | Permit Compliance Information |

Clay,

I posed our compliance question to George and here is what he said...

Ridgerunners rarely find anyone without a permit. For the rest of the backcountry, compliance is lower for permits. He didn't give a number.

Reservations are another matter. George speculates that as many as one third of those camped in reservation sites/shelters do not have reservations and much of that may be a result of the busy phone lines.

Lack of reservations also varies with the seasons. October seems to bring out more compliant people with spring and summer not so compliant.

I'll be over at Luftee this morning for a BMTA meeting. Should be back in by 1:00 if we need to talk.

Melissa K. Cobern
Great Smoky Mountains National Park
Backcountry Management Specialist
865-436-1264

Great Smoky Mountains National Park
National Park Service
U.S. Department of the Interior
Division of Resource and Visitor Protection



## Backcountry Office & Permit System Restructuring Proposal
### June 2011

## Issues of Concern Regarding Backcountry Reservations & Permitting

1. The park consistently receives complaints about the amount of time it takes to get a backcountry reservation. Customers frequently report calling for days before they can reach someone. This is a reflection of insufficient staffing and telephone infrastructure currently assigned to the function.
2. Our current reservation software, TRAKKER, was developed over 10 years ago. The software language in which it is written is outdated and the software developer has discontinued supporting the application. As we continue to update our servers and operating systems, it is only a matter of time before TRAKKER will cease to function.
3. The Backcountry Information Office (BIO) is staffed by one GSMA employee and 12 VIPs. Several VIPs have expressed that they plan to "retire" from the Backcountry Office sometime in the coming year. Because of the specialized knowledge and experience required to volunteer in the BIO, it has been difficult to recruit qualified people into these positions who are willing to regularly commit their time to that office. A commitment of at least six months for at least two days per month is currently required due to the expense of background checks necessary for VIPs to use government computers. They must use a government computer to access the reservation system.

## Objectives

1. Increase customer service such that visitors have improved access to high-quality trip planning information and may acquire their backcountry reservations and permits quickly and easily.
2. Avoid crisis management with the impending failure of our current reservation software system.
3. Plan for long-term sustainability of Backcountry Information Office operations.

## Proposed Solution

1. Adopt Recreation.gov as an online reservation system to which customers would have 24/7 access. This would reduce the number of reservation calls to the BIO and allow for more time to be spent on high-quality trip planning.
2. Combine the reservation system and permit system into one to eliminate duplicity.
3. Require reservations for all backcountry sites.
4. Create a fee structure for reservations that would generate revenue to support NPS staffing in the BIO and reduce our dependence on volunteers. Volunteers would continue to supplement operations.
5. Before they arrive at the park visitors would already have their permits, which they either acquired online and printed out from any computer with internet access or acquired through the mail if they used Recreation.gov's call center. Alternatively, walk-in reservation/permits

could be issued at the BIO, at campgrounds with terminal access to Recreation.gov and at any visitor contact station with internet access where we decide to offer the service.

## Cost Requirements & Cost Recovery Alternatives

| Backcountry Office Staffing/Revenue Requirements | STAFFING SCENARIOS | | |
|---|---|---|---|
| | No Staffing Changes<br>• 1 GSMA<br>• VIPs | 3 NPS Funded Staff<br>• 1 Lead VUA<br>• 2 Support VUAs<br>• 1 GSMA | 4 NPS Funded Staff<br>• 1 Lead VUA<br>• 2 Support VUAs<br>• 1 Seasonal LE<br>• GSMA |
| Net Revenue Requirements | $0 | $134,000 | $161,000 |

| Cost Recovery Strategy | Cost to BC User (and projected net revenues) | | | Other NPS Examples |
|---|---|---|---|---|
| Alternative 1: Flat Per Reservation Fee | $7 per reservation/permit.<br>(Net revenues: $0) | $18 per reservation/permit.<br>(Net revenues: $145,000) | $20 per reservation/permit.<br>(Net Revenues: $171,000) | EVER, SEKI: up to $10/$15; BIBE: $10; CANY: $15; ROMO, YELL: $20; GRTE: $25. |
| Alternative 2: Flat Per Person Fee | $3 per person<br>(Net revenues: $10,000) | $7 per person<br>(Net revenues: $142,000) | $8 per person<br>(Net revenues: $175,000) | ZION: based upon group size: 1-2 = $10; 3-7 = $15; 8-12 = $20. |
| Alternative 3: Per Reservation, Per Person | $5 per reservation +$1 per person.<br>(Net revenues: $9,000) | $5 per reservation +$5 per person.<br>(Net revenues: $141,000) | $7 per reservation + $5 per person.<br>(Net revenues: $167,000) | YOSE: $5+ $5/person; GLAC: $30+ $2.50- $7/person (depending on age). |
| Alternative 4: Per Person, Per Night Fee | $1.25 per person, per night.<br>(Net revenues: $3,000) | $3.25 per person, per night.<br>(Net revenues: $xxx,000) | $3.50 per person, per night.<br>(Net revenues: $168,000) | OLYM: $5/group+ $2 person/night; GRCA: $10+ $5/person/night. |

Assumptions: Number of permits issued: 13,000/year; Number of persons: 33,000/year; Number of total camper nights: 73,000/year; Number of persons/permit: 2.56; Number of camper nights/permit: 2.22; Cost per PFT Lead VUA: $50,000; Cost per STF GS-4 VUA: $42,000 (24 pay periods); Cost per GS 7 Seasonal LE: $27,000 (14 pay periods); Average Recreation.gov reservation vender charge: $6.81/reservation; No positions are shifted from the Communications Center to the BC Office; BC Office staffing is supplemented by VIP's.

## Other Benefits

1. Conversion of all backcountry campsites to reservation only has resource management benefits. The increased amount of and access to backcountry campsite use information would provide valuable data for addressing resource concerns and increase management's ability to effectively manage those sites. Information is also helpful to LE staff, especially during SAR situations.
2. The on-line reservation application would enable customers to better visualize backcountry camping options and availability. This would be used in conjunction with other on-line trip planning tools, currently in development.

3. Easily able to notify customers in the event of campsite closures through automated calls, texts and emails.
4. Eliminate printing permits, stocking and retrieving them from 17 backcountry permit stations throughout the park.
5. Adopting Recreation.gov would lessen the burden on the Communications Center operation.

## Considerations

1. Establishing a new fee.
2. Increased expectations of backcountry users—Anticipate that users may have a higher expectation for condition of sites, access to sites and enforcement of regulations.
3. Impact of bear and road closures—Possible reduced revenue due to cancellations.
4. Impact to CUA holders—Increased cost
5. Accommodating AT thru hikers
6. Accommodating Cross-country hikers

## Getting There

1. Submit fee request to Director and obtain approval for public scoping—in progress
2. Public Scoping.
3. Submit Fee Implementation Plan and results of scoping to RD. Deadline for 2011 has not yet been determined.
4. Notify public upon receipt of approval of Fee Plan.
5. Develop and implement online reservation system.



Ditmanson, Dale <dale_ditmanson@nps.gov>

# Request to perform civic engagement
1 message

**Debbie_Huskey/GRSM/NPS** <Debbie_Huskey/GRSM/NPS>                    Thu, Jun 30, 2011 at 9:56 AM
To: Dale_Ditmanson@nps.gov

| | |
|---|---|
| **Richard Devenney/Atlanta/NPS** | To GRSM Superintendent@NPS, Kevin Fitzgerald/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, CASA Superintendent, Gordon Wilson/CASA/NPS@NPS, Marlon Avantyr/CASA/NPS@NPS, BICY Superintendent, Pedro Ramos/BICY/NPS@NPS, J D Lee/BICY/NPS@NPS, Edward Clark/BICY/NPS@NPS |
| 06/29/2011 08:07 PM | |
| | cc John S Wood/Atlanta/NPS@NPS, Shawn Benge/Atlanta/NPS@NPS, Wayne Elliott/Atlanta/NPS@NPS, Gordon Wissinger/Atlanta/NPS@NPS, Gayle Hazelwood/Atlanta/NPS@NPS |
| | Subject Request to perform civic engagement |

Good evening all-

I spoke with Jane Anderson from WASO Fees late today and she has passed along that BICY, GRSM and CASA have all received approval from Deputy Director O'Dell to move forward with civic engagement activities for the requests submitted earlier this year. Each park is reminded that they must complete a thorough process of civic engagement and submit the implementation plan for regional and WASO approval prior to moving forward with the proposed new fees. The process for these activities is outlined in RM-22, Appendix L (attached). Please also remember that no new fees may be implemented prior 2012 and only after receiving the levels of approval indicated above.

A formal memo detailing the approval for civic engagement will be forwarded to the parks and the regions once the Deputy Director finishes reviewing the requests from the other regions for non-FLREA requests.

If you have any questions, or need assistance while moving through this process, please let me or John know right away and we'll help out in any way we can.

*(See attached file: appendix L public engagement fees.pdf)*

Rich Devenney
Regional Fee and Special Park Use Program Manager
National Park Service
 utheast Regional Office
 J4) 507-5640-voice-Fee Program
(404) 227-3927-cell/blackberry
(404) 562-3200-fax-Region
Richard_Devenney@nps.gov

**appendix L public engagement fees.pdf**
138K

# APPENDIX L
# Public Participation and Notification Guidelines

## Background

The Federal Lands Recreation Enhancement Act of 2004 (FLREA) requires that the public have opportunities to participate in the development of, or change to, a recreation fee established under the Act. Requirements of public participation for the National Park Service (NPS) and Fish and Wildlife Service are less stringent than those for Bureau of Land Management, Bureau of Reclamation, and Forest Service, which are required to establish Recreation Resource Advisory Committees. However, the intent of the law is clear in that the public must be given opportunities to become involved with the process.

Director's Order (DO) 75A: Civic Engagement and Public Involvement states,

> *The Service recognizes that the present and future welfare of the national park system depends in large measure on the public's support of the way the Service manages the parks. The public will have a greater appreciation of, and support for, our management if they recognize that we seek, and are receptive to, their involvement in the important decisions that are made.*

**To engage the public about fees, the first policy is to** plan in advance and be clear at what stages, and how, we will invite the public to participate in our decision-making processes. All applicable DO-75A policies and standards, such as leveraging resources and working cooperatively to accomplish legal requirements, can be found on the Civic Engagement web page.

## Intention of the Fee Guidelines

1. Assist the parks in complying with legal public participation requirements for changing existing fees, adding new fees, or establishing new fee areas.
2. Notify the public about fee rates and how recreation fee revenues are used.
3. Help parks strategize and leverage funding and staffing in carrying out these requirements (see policy #9 in DO-75A).

## Applicability and Definitions

These guidelines apply to the following actions: changing an existing fee, adding a new fee, or establishing a new fee area.

- *Changing an existing fee:* A park that currently charges an entrance or expanded amenity fee using the FLREA authority and raises their fees is changing an existing fee. This

includes any change resulting in a financial impact to the visitor such as changing from a per-vehicle rate to a per-person rate or changing length of stay.

- *Adding a new fee:* A park that currently charges an entrance or expanded amenity fee using the FLREA authority that adds a new fee to their current fees is adding a new fee. Some examples are: adding an annual pass, a multi-entity pass, or a special rate for motorcycles, etc.

- *Establishing a new fee area:* A park that has never charged an entrance or an expanded amenity fee using the FLREA and decides to begin charging is establishing a new fee area.

## Requirements

Each year the WASO Fee Management Office issues a memorandum with specific instructions for the process to submit any proposed fee changes or additions for approval that will include dates for submission, instructions if there is a freeze on current fees and/or whether or not exceptions to a moratorium will be considered. However, a site changing an existing fee, adding a new fee, or establishing a new fee area must accomplish the following five steps.

The Superintendent must:

1. Engage the public about any proposed changes. The annual instructions will include whether or not civic engagement must be completed before proposed changes are submitted to WASO.

2. Once the results of civic engagement show support for the change submit a request for approval through the Regional Director (RD) to WASO.

3. After rates are approved at all levels (RD, WASO), notify the public and commercial tour operators of the new or changed fees.

4. Notify the public on how fee revenues are used at the site.

5. Report annually to the RD on how the park has informed the public about the use of fee revenues.

*NOTE: Parks establishing a new fee area must also publish a Notice in the Federal Register (FR) in addition to implementing the steps below.*

## Detailed Instructions

### Step 1 Public Participation/Civic Engagement

Prior to changing an existing fee, adding a new fee, or establishing a new fee area, the park *must* engage the public about proposed changes. Changes to fees **cannot** be implemented if civic engagement has not occurred.

Input from the public should be considered when the request for approval is submitted. The park may decide to submit the rate as planned or alter it due to public input. Even after approval, a Superintendent may decide to delay implementation of a fee if an event has occurred that makes delayed implementation more suitable.

Methods for engaging the public are not "one size fits all." Each Superintendent is responsible for knowing the park's stakeholders and how changes in fees will affect local businesses, tourism, economics, etc. The Superintendent may choose from a variety of options to solicit public opinion and test how the changes will be received. For further information on how to plan for and implement any of the following methods, contact regional staff in program areas such as Planning, Interpretation Concessions, or Fees who have experience in public meetings and input. The NPS Rivers, Trails and Conservation Assistance Program (RTCA) offers valuable guidance at their Community Toolbox web page. See Appendix B of DO-75A for more resources and tools.

All Superintendents proposing a change in fees, adding a new fee, or establishing a new few area *must* notify and obtain input from their

- Congressional delegation for the local area,
- Federal, state and county officials,
- Local chamber of commerce (or equivalent), and
- Commercial tour operators.

In addition, the park must engage in a *minimum* of one of the following activities:

- Public meeting/open house.
- Focus groups (include general public, stakeholders, local business representatives, etc.).
- Soliciting opinions about proposed changes through local media.
- Surveys/comment cards.
- Radio "call-in" programs soliciting public opinion.
- Gatherings (helpful guidance on using gatherings such as charrettes, meetings, open space, and workshops is provided by the NPS Rivers, Trails and Conservation Assistance Program at their Community Toolbox web page.
- Interpretive walks.
- Solicit opinions via the Internet (helpful guidance on using the Internet for civic engagement is provided by the NPS Rivers, Trails and Conservation Assistance Program at their Community Toolbox web page.

*Parks Establishing a New Fee Area*: When a Superintendent is considering establishing their park as a new fee area they should contact the Regional Fee Manager. This should occur as soon as possible to allow time for the civic engagement and approval process. The Regional Fee Manager will work with WASO to post the notice in the Federal Register *at least six months prior to establishing a new fee area.*

To establish new fee areas, public participation opportunities must include the following:

1. Sharing plans developed by the site for the establishment of a new fee area.
2. Presenting financial analysis including projected development, operating and maintenance costs, and projected income of the new fee area.
3. Showing the analysis of existing private and public facilities or services in the vicinity of the new fee area that may compete with it.
4. Describing how the site will inform the public on how the revenue from the fees collected will be used at the area.

**Step 2 Requesting Approval for Implementing a Change in Fees**

Each year the WASO Fee Management Office issues a memo outlining the process for submitting changes for an existing fee, adding a new fee, or establishing a new fee area. If there is a freeze on current fees there will be instructions for submitting exceptions to the moratorium. Any proposed changes by a park must be approved first by the RD before the request is submitted to WASO. After approving the change, the RD will forward the packet to WASO by the appropriate deadline for approval by the Director. Once the RD has received notice of those approvals the park may implement the fees according to the approved date.

**Step 3 Notification of New Fees**

Once a Superintendent has received notice from the RD that the Director has approved the proposed fee rates, the public must be notified of the changes to be implemented. This must be done by publishing any changes in local newspapers and publications located near their sites. All press releases must be closely coordinated with Regional and WASO Public Affairs offices.

Commercial tour operators must be given *one year notice* of any fee rate changes that affect them. Superintendents should be mindful of the implementation date to allow for proper notification.

Superintendents must post clear notice of the current fee rates for their area, and must publicize them in publications distributed at the site.

**Step 4 Notification of How Fee Revenues are Used**

Superintendents must provide information to the public about how fee revenues are used at the site. These should be posted using at least one of the following:

- Press release in local newspapers and publications.
- Park newspaper article.
- Park website (www.nps.gov).
- Interpretive display.

- Signs posted at projects funded by fee revenue.

**Step 5 Reporting on Methods Used to Inform the Public of Use of Fee Revenues**

Annually, Regional Directors will submit the methods they used to inform the public of how fee revenues were used at parks to the WASO Fee Program office, as needed for reporting.

# Reservation System Civic Engagement Plan

## Internal Project Statement

1. **Scope:** Great Smoky Mountains National Park seeks to implement an online reservation system for its backcountry campsites and shelters.
2. **Primary Goals**
   a. Increase customer service for making backcountry reservations and obtaining trip planning information
   b. Replace current outdated reservation system
   c. Take action for long-term stability of Backcountry Office Operations and increased NPS presence in backcountry
3. **How we want the project to be perceived by the public:**
   An improvement in customer service that will make obtaining backcountry reservations quick, easy and convenient for them, as well as increase their access to Backcountry Office personnel for backcountry trip planning information. Other?

## Civic Engagement Objectives

1. Actively and meaningfully listen to the voices of all interested parties.
2. Inform and improve our decision making
3. Demonstrate "no surprises" ethic

## Key Messages to Stakeholders

1. An online reservation system will dramatically improve the public's ability to obtain backcountry reservations and trip planning information quickly, easily and conveniently (24/7 reservation capability).
2. Customers will have increased access to Backcountry Office personnel for trip planning.
3. Effects of more rangers in BC
4. Fee structure and how fees will be used

## Develop Written Materials to Support Message

1. Talking points for staff
2. Handouts for Open House
3. Press Release

## Identify Key Stakeholders & Appropriate Engagement Activity


## Implementation Timeline

# Public Scoping Contacts for Reservation System Civic Engagement

**Congressional Delegations**
1. North Carolina
2. Tennessee

**Other Federal State and Local Officials**
1. North Carolina
2. Tennessee

**Local Chambers of Commerce**
1. Gatlinburg
2. Pigeon Forge
3. Sevierville
4. Smoky Mountains
5. Maryville
6. Townsend
7. Swain County
8. Cherokee
9. Waynesville
10. Maggie Valley
11. Haywood County
12. Newport-Cocke

**CUA Holders Whose Services Includes Overnight Backcountry Camping**
1. Green Tortoise, Inc.
2. Nantahala Outdoor Center
3. Highlander Expeditionary Tours
4. Just Get Outdoors
5. Shurr Adventures
6. Smoky Mountain Outfitters
7. A Walk in the Woods
8. Smoky Mountain Adventures
9. Smoky Mountain outdoors Unlimited

**Partners**
1. Appalachian Trail Project Office
2. Appalachian Trail Conservancy
3. Benton Mackaye Trail Association
4. Discover Life in America
5. Mountains to Sea Trail
   a. Friends of the MST
   b. NC Trails Office
6. Smoky Mountain Hiking Club
7. Great Smoky Mountains Institute at Tremont
8. Friends of the Great Smoky Mountains
9. Great Smoky Mountains Association
10. Horse Groups
    a. Backcountry Horsemen of America-NC
    b. Backcountry Horsemen of America-TN
    c. Smoky Mountain Trail Riders

**Other Groups**
1. GRSM Volunteers
2. Carolina Mountain Club
3. Blue Ridge Trail Riders
4. Great Smoky Mountains Conservation Association
5. National Parks and Conservation Association
6. Izaak Walton League
7. The Wilderness Society
8. Harvey Broome Group
9. Sierra Club
10. Trout Unlimited
11. North Carolina Public Lands Council
12. Tennessee Commission for Public Lands
13. Tennessee Tourism Board
14. North Carolina Tourism Board

**Public**

**GRSM Employees**

# Backcountry Office & Permit System Restructuring Proposal
## July 2011

## Issues of Concern Regarding Backcountry Reservations & Permitting

1. The park consistently receives complaints about the amount of time it takes to get a backcountry reservation. Customers frequently report calling for days before they can reach someone. This is a reflection of insufficient staffing and telephone infrastructure currently assigned to the function.
2. Our current reservation software, TRAKKER, was developed over 10 years ago. The software language in which it is written is outdated and the software developer has discontinued supporting the application. As we continue to update our servers and operating systems, it is only a matter of time before TRAKKER will cease to function.
3. The Backcountry Information Office (BIO) is staffed by one GSMA employee and 12 VIPs. Several VIPs have expressed that they plan to "retire" from the Backcountry Office sometime in the coming year. Because of the specialized knowledge and experience required to volunteer in the BIO, it has been difficult to recruit qualified people into these positions who are willing to regularly commit their time to that office. A commitment of at least six months for at least two days per month is currently required due to the expense of background checks necessary for VIPs to use government computers. They must use a government computer to access the reservation system.

## Objectives

1. Increase customer service such that visitors have improved access to high-quality trip planning information and may acquire their backcountry reservations and permits quickly and easily.
2. Avoid crisis management with the impending failure of our current reservation software system.
3. Plan for long-term sustainability of Backcountry Information Office operations.

## Proposed Solution

1. Adopt Recreation.gov as an online reservation system to which customers would have 24/7 access. This would reduce the number of reservation calls to the BIO and allow for more time to be spent on high-quality trip planning.
2. Combine the reservation system and permit system into one to eliminate duplicity.
3. Require reservations for all backcountry sites.
4. Create a fee structure for reservations that would generate revenue to support NPS staffing in the BIO and reduce our dependence on volunteers. Volunteers would continue to supplement operations.
5. Before they arrive at the park visitors would already have their permits, which they either acquired online and printed out from any computer with internet access or acquired through the mail if they used Recreation.gov's call center. Alternatively, walk-in reservation/permits could be issued at the BIO, at campgrounds with terminal access to Recreation.gov and at any visitor contact station with internet access where we decide to offer the service.

# Cost Requirements & Cost Recovery Alternatives

| Backcountry Office Staffing/Revenue Requirements | STAFFING SCENARIOS | | |
|---|---|---|---|
| | No Staffing Changes<br>• 1 GSMA<br>• VIPs | 4 NPS Funded Staff<br>• 1 Lead VUA<br>• 2 Support VUAs<br>• 1 Seasonal LE<br>• 1 GSMA | 5 NPS Funded Staff<br>• 1 Lead VUA<br>• 2 Support VUAs<br>• 2 Seasonal LE<br>• 1 GSMA |
| Net Revenue Requirements | $0 | $161,000 | $188,000 |

| Cost Recovery Strategy | Cost to BC User (and projected net revenues) | | | Other NPS Examples |
|---|---|---|---|---|
| Alternative 1: Flat Per Reservation Fee | $7 per reservation/permit. (Net revenues: $2,000) | $20 per reservation/permit. (Net Revenues: $171,000) | $22 per reservation/permit (Net revenues: $197,000) | EVER, SEKI: up to $10/$15; BIBE: $10; CANY: $15; ROMO, YELL: $20; GRTE: $25. |
| Alternative 2: Flat Per Person Fee | $3 per person (Net revenues: $10,000) | $8 per person (Net revenues: $175,000) | $9 per person (Net revenues: $208,000) | ZION: based upon group size: 1-2 = $10; 3-7 = $15; 8-12 = $20. |
| Alternative 3: Per Reservation, Per Person | $5 per reservation +$1 per person. (Net revenues: $9,000) | $7 per reservation + $5 per person. (Net revenues: $167,000) | $10 per reservation + $5 per person (Net revenues: $206,000) | YOSE: $5+ $5/person; GLAC: $30+ $2.50-$7/person (depending on age). |
| Alternative 4: Per Person, Per Night Fee | $1.25 per person, per night. (Net revenues: $3,000) | $3.50 per person, per night. (Net revenues: $168,000) | $4 per person, per night. (Net revenues: $204,000) | OLYM: $5/group+ $2 person/night; GRCA: $10+ $5/person/night. |
| Alternative 5: Reservation Fee/First night + additional per person per night Fee | $2 per reservation + $1 per person per night. (Net revenues: $11,000) | $10 per reservation + $1.75 per person per night. (Net revenues: $169,000) | $10 per reservation + $2.25 per person per night. (Net revenues: $205,000) | NA |

Assumptions: Number of permits issued: 13,000/year; Number of persons: 33,000/year; Number of total camper nights: 73,000/year; Number of persons/permit: 2.56; Number of camper nights/permit: 2.22; Cost per PFT Lead VUA: $50,000; Cost per STF GS-4 VUA: $42,000 (24 pay periods); Cost per GS 7 Seasonal LE: $27,000 (14 pay periods); Average Recreation.gov reservation vender charge: $6.81/reservation; No positions are shifted from the Communications Center to the BC Office; BC Office staffing is supplemented by VIP's.

## Other Benefits

1. Conversion of all backcountry campsites to reservation only has resource management benefits. The increased amount of and access to backcountry campsite use information would provide valuable data for addressing resource concerns and increase management's

ability to effectively manage those sites. Information is also helpful to LE staff, especially during SAR situations.
2.  The on-line reservation application would enable customers to better visualize backcountry camping options and availability. This would be used in conjunction with other on-line trip planning tools, currently in development.
3.  Easily able to notify customers in the event of campsite closures through automated calls, texts and emails.
4.  Eliminate printing permits, stocking and retrieving them from 17 backcountry permit stations throughout the park.
5.  Adopting Recreation.gov would lessen the burden on the Communications Center operation.
6.  NPS staffing in the Backcountry Information Office would ensure consistency, quality and reliability that cannot be sustained with volunteer or seasonal staff. NPS staff also has more perceived authority than volunteer staff and lend credibility to our permit program.
7.  An LE position would increase park presence in the backcountry and improve permit and reservation compliance.

## Considerations

1.  Establishing a new fee.
2.  Increased expectations of backcountry users—Anticipate that users may have a higher expectation for condition of sites, access to sites and enforcement of regulations.
3.  Impact of bear and road closures—Possible reduced revenue due to cancellations.
4.  Impact to CUA holders—Increased cost
5.  Accommodating AT thru hikers
6.  Accommodating Cross-country hikers

## Getting There

1.  Submit fee request to Director and obtain approval for public scoping—in progress
2.  Public Scoping
3.  Submit Fee Implementation Plan and results of scoping to RD. Deadline for 2011 has not yet been determined.
4.  Notify public upon receipt of approval of Fee Plan.
5.  Develop and implement online reservation system.

**Status of Partner Contacts**

| Partner | Contact | Contacted By | Date | Status | Notes |
|---|---|---|---|---|---|
| ATPO | Pam Underhill | Clay | 7/13/11 Phone | Brief sent by Clay on 7/28 | + initially believe they can support. |
| ATC | Morgan Sommerville | Melissa | 6/29/11 In person | Brief sent by Clay on 7/28 | + initially believe they can support. Does not see need at this time for us to present to a larger audience for them. Morgan mainly interested in ATC + hiking clubs. Clay emailed brief on 7/28. |
| BMTA | Dick Evans | Melissa | 7/12/11 phone | Emailed brief 8/1 | + |
| DLIA | Todd Witcher 430-4757 | Melissa | Attempted contact by phone 7/11/11 | Mail Info to: Discover Life in America Twin Creeks Natural Resource Center 1316 Cherokee Orchard Rd. Gatlinburg, TN 37738-3627 | Left message. Call was not returned. |
| MST-Friends | Kate Dixon | Melissa | 7/12/11 left msg | Emailed returned on 8/1 2nd try on 8/2 kdixon@mst.org | neutral |
| MST-NC Trails | Tim Johnson | Melissa | 7/11/11 Phone | Emailed Tim and Darrell on 8/1 | neutral |
| SMHC | Ed Fleming | Melissa | 7/15/11 Phone | Emailed brief on 8/1 edwrdflm@aol.com | neutral |
| SMHC Maint | George Ritter | Melissa | 7/13/11 | Emailed George on 8/1Melissa to present at next meeting. | neutral |
| Tremont | | Clay | ------------ | | |
| GSMA | | Mgmt | ------------ | | |
| Friends | | Mgmt | | | |
| BCHNC | Dale Sorrels | Melissa | 7/11/11 Phone | Email returned on 8/1. 2nd try on 8/2 | neutral |
| BCHET | Karen Isaacs | Melissa | 7/11/11 email | Emailed brief on 8/1 thomaskaren@embarqmail.com | neutral |
| SMTR | Clint Cagle | Melissa | 7/11/11 Phone | Emailed brief on 8/1 clint.cagle@yahoo.com | neutral |



Jordan, Clayton <clayton_jordan@nps.gov>

## Proposal to Restructure Backcountry Reservations/Permit System & BackcountryInformation Office. INTERNAL USE ONLY

1 message

**Clayton_Jordan@nps.gov** <Clayton_Jordan@nps.gov>                Tue, Jul 19, 2011 at 11:38 AM
To: Chuck_Parker@usgs.gov, Cathy_Losher@nps.gov, Brian_Straka@nps.gov, Jeffrey_Shaffer@nps.gov,
Judy_Couch@nps.gov, Laurie_Jackson@nps.gov, Debbie_Gilbreath@nps.gov, Lee_Jewell@nps.gov,
Melissa_Malone@nps.gov, Carlos_Trivino@nps.gov, Matthew_Poe@nps.gov, Ron_Lawson@nps.gov,
Beverly_Slaybaugh@nps.gov, Buffy_Bryant@nps.gov, Connie_Frost@nps.gov, Gail_Thompson/GRSM/NPS@nps,
James_Coggins@nps.gov, Lori_Wallace@nps.gov, Terri_Wales@nps.gov, Kyle_Caissie@nps.gov, chuck@dlia.org,
todd@dlia.org, Bob_Miller/GRSM/NPS@nps, Charles_Daniels@nps.gov, Dale_Ditmanson@nps.gov,
Debbie_Huskey/GRSM/NPS@nps, Joel_Ossoff@nps.gov, Kevin_Fitzgerald@nps.gov,
Nancy_Gray/GRSM/NPS@nps, Billy_Huskey@nps.gov, Dale_Brukiewa@nps.gov, Jamie_Owens@nps.gov,
Larry_Snider@nps.gov, Peggy_Hummer@nps.gov, Rhonda_Easterlin@nps.gov, Robin_VanSlooten@nps.gov,
Todd_Ryon/GRSM/NPS@nps, Alan_Sumeriski@nps.gov, Barbara_Hatcher@nps.gov, Charles_Sellars@nps.gov,
Herbert_Kupfer@nps.gov, Imelda_Wegwerth@nps.gov, Janice_Pelton@nps.gov, Jessica_Bundy@nps.gov,
Lynda_Carter@nps.gov, Marcus_Little@nps.gov, Mike_Tomkosky@nps.gov, Steven_Sauer@nps.gov,
Teresa_Cantrell@nps.gov, Tomas_Maclosky@nps.gov, Adam_Rymer@nps.gov, Brad_Roberts@nps.gov,
Curtis_Middleton@nps.gov, Darris_Clabo@nps.gov, Dawn_Brackins@nps.gov, Ed_Tinker@nps.gov,
Gary_Zbel@nps.gov, James_Horner@nps.gov, Kayla_Harbin/GRSM/NPS@nps, Keith_Slaybaugh@nps.gov,
Larry_L_Carter@nps.gov, Larry_R_Evans/GRSM/NPS@nps, Marcus_Pannell@nps.gov, Mark_Poley@nps.gov,
Mark_Schotters@nps.gov, Mike_Townsend@nps.gov, Paul_Bogart@nps.gov, Randy_Wegwerth@nps.gov,
Rebecca_Owenby@nps.gov, Richard_Jenkins@nps.gov, Robert_Gunter@nps.gov, Robert_L_Spence@nps.gov,
Teddy_Chambers@nps.gov, Thomas_Shanley@nps.gov, Thomas_Smith@nps.gov, Timothy_Bogan@nps.gov,
Tommy_Clopton@nps.gov, Travis_Schwarzer/GRSM/NPS@nps, William_Doerrer@nps.gov,
William_G_Carroll/GRSM/NPS@nps, Christine_Hoyer@nps.gov, Danny_Barker@nps.gov, Dave_Lyvers@nps.gov,
David_Ogle@nps.gov, Donita_Wood@nps.gov, Hal_Varnedoe@nps.gov, John_E_Bowers@nps.gov,
Josh_Shapiro@nps.gov, Joshua_Burt/GRSM/NPS@nps, Kent_Carpenter@nps.gov, Kevin_Reeves@nps.gov,
Kristopher_Hatten@nps.gov, Lonnie_Maize@nps.gov, Michael_Burton@nps.gov, Mike_P_Stewart@nps.gov,
Nicholas_Oliver@nps.gov, Roger_Frady@nps.gov, Rufus_Davis@nps.gov, Sam_Owl@nps.gov,
Sean_Brooks@nps.gov, Shawn_Bain/GRSM/NPS@nps, Steve_Mathis@nps.gov, Steve_Shuler@nps.gov,
Tim_Haynes@nps.gov, Tobias_Miller@nps.gov, Tony_Welch@nps.gov, Coralie_Bloom@nps.gov,
Elizabeth_Dupree@nps.gov, Dexter_Armstrong/GRSM/NPS@nps, Mary_Jo_White/GRSM/NPS@nps,
Mike_Maslona@nps.gov, Mike_Meldrum@nps.gov, Brad_Free@nps.gov, Caitlin_Worth@nps.gov,
Danny_Thomas/GRSM/NPS@nps, David_Worth/GRSM/NPS@nps, Emily_DeLanzo/GRSM/NPS@nps,
Gordon_Nothum/GRSM/NPS@nps, Kent_Cave@nps.gov, Richard_Gott@nps.gov, Emily_Darling@nps.gov,
Emily_Guss@nps.gov, Jay_Johnstone@nps.gov, Joy_Harrold@nps.gov, Julie_Townsend@nps.gov,
Karen_Ballentine@nps.gov, Mary_Wright@nps.gov, Sarah_Holman@nps.gov, Susan_Sachs@nps.gov,
Bill_Herman@nps.gov, Deborah_England/GRSM/NPS@nps, Elizabeth_Kidd@nps.gov, Michael_L_Smith@nps.gov,
Florie_Takaki@nps.gov, Lisa_Free@nps.gov, Lynda_C_Doucette@nps.gov, Michael_L_Smith@nps.gov,
William_Butler/GRSM/NPS@nps, Susan_Ross@nps.gov, Erik_S_Kreusch@nps.gov,
Joan_Ilacqua/Partner/NPS@nps, John_McDade@nps.gov, April_Deming@nps.gov, Bob_Dellinger@nps.gov,
Dave_Loveland@nps.gov, Eric_Worthington@nps.gov, Huma_Alvarado@nps.gov, Izaak_McHenry@nps.gov,
Jann_M_Wood@nps.gov, John_R_Fry@nps.gov, Kenny_Ballard@nps.gov, Lawrence_Glover@nps.gov,
Mark_Taylor@nps.gov, Rhonda_Watson@nps.gov, Rob_Klein@nps.gov, Ron_Szerensci@nps.gov,
Shane_Paxton@nps.gov, Wylie_Paxton@nps.gov, Adrienan_Mayor/GRSM/NPS@nps,
Annette_Hartigan@partner.nps.gov, Becky_Nichols@nps.gov, Janet_Rock@nps.gov, Joshua_Albritton@nps.gov,
Keith_Langdon/GRSM/NPS@nps, Michael_Kunze@nps.gov, Paul_Super@nps.gov, Tom_Remaley@nps.gov,

Jim_Renfro@nps.gov, Russell_Paulk@nps.gov, Matt_Kulp@nps.gov, Steve_E_Moore@nps.gov,
Susan_Simpson/GRSM/NPS@nps, Alicia_Kellogg@partner.nps.gov, Brandon_Poole/GRSM/NPS@nps,
ian_Ross@nps.gov, Cherie_Cordell@nps.gov, Dan_W_Bryson@nps.gov, Geoffrey_Geier@nps.gov,
Glenn_Taylor@nps.gov, Jesse_Webster@nps.gov, Ken_Culbertson@nps.gov, Kristine_Johnson@nps.gov,
Matthew_Peterson/Partner/NPS@nps, Michael_Zumwalt@nps.gov, Steven_Shaper@nps.gov,
Thomas_Colson@nps.gov, Troy_Evans@nps.gov, Andrew_Kreminski/Partner/NPS@nps, Bill_Stiver@nps.gov,
Billy_LaGrange/GRSM/NPS@nps, Courtney_Grantham/GRSM/NPS@nps, James_Carr@nps.gov,
Jeremy_Nicholson/Partner/NPS@nps, Joseph_Yarkovich@nps.gov, Nathan_Buckhout@nps.gov,
Rick_Varner@nps.gov, Roy_Watson/GRSM/NPS@nps, Jeff_Troutman@nps.gov, Jessica_St_Clair@nps.gov,
Bert_Bradley@nps.gov, Daniel_Lawler@nps.gov, Darrell_Moore@nps.gov, Jack_West@nps.gov,
Michelle_Bogart@nps.gov, Phil_Abel@nps.gov, Randy_Kelly@nps.gov, Andrew_Herrington@nps.gov,
Carmen_Barnard@nps.gov, Curt_Dimmick@nps.gov, James_Stringfellow@nps.gov, Joe_Pond@nps.gov,
Joshua_Frazier@nps.gov, Karl_Danforth@nps.gov, Kathleen_Stuart@nps.gov, Lamon_Brown@nps.gov,
Mike_Scheid@nps.gov, Patrick_Miller/GRSM/NPS@nps, Peter_Walker@nps.gov, Bob_Wightman@nps.gov,
Clayton_Jordan@nps.gov, Heather_Wood@nps.gov, Dana_Soehn@nps.gov, Jeff_Carlisle@nps.gov,
John_Mattox@nps.gov, Kirby_Styles@nps.gov, Lisa_R_Brown@nps.gov, Lisa_Slobodzian@nps.gov,
Melissa_Cobern@nps.gov, Pamela_Rodgers@partner.nps.gov, Susie_Ford/GRSM/NPS@nps,
Brandon_Slaybaugh@nps.gov, Calyn_Brady/GRSM/NPS@nps, David_Leisner@nps.gov,
Dawn_Pekarchick@nps.gov, Jamie_Hamilton@nps.gov, Joann_Rochelle@nps.gov, Jonathan_Mattox@nps.gov,
Katherine_Myers/GRSM/NPS@nps, Larry_Ball@nps.gov, Leila_Colburn@nps.gov, Lloyd_Walker@nps.gov,
Logan_Ogle/GRSM/NPS@nps, Lonnie_Hilgerson/GRSM/NPS@nps, Matthew_P_Howell/GRSM/NPS@nps,
Rachel_Kolodski/GRSM/NPS@nps, Tonya_Nicholson/GRSM/NPS@nps, Whitny_Howeth@nps.gov,
Andrew_Rockafellow/GRSM/NPS@nps, Bobby_Fleming@nps.gov, Brad_Griest@nps.gov, Chuck_Hester@nps.gov,
Dennis_Milligan@nps.gov, Ellen_Paxton@nps.gov, Heath_Soehn@nps.gov, Helen_McNutt@nps.gov,
James_A_Bass@nps.gov, Jamie_Sanders@nps.gov, Jared_St_Clair@nps.gov, Jason_Marsh@nps.gov,
Jeffrey_Filosa@nps.gov, John_Sheets/GRSM/NPS@nps, Kent_Looney@nps.gov, Marc_Eckert@nps.gov,
Michael_V_Garner/GRSM/NPS@nps, Samuel_Salter@nps.gov, Steve_Spanyer@nps.gov, Steven_Kloster@nps.gov,
Tabbatha_Cavendish@nps.gov, Taylor_Kasabian@nps.gov, Tim_Rand@nps.gov, Todd_Roessner@nps.gov,
William_Jaynes@nps.gov

All:

Park management is considering a proposal to restructure the backcountry reservations
and permitting processes as well as assisted backcountry trip planning services. Attached
please find a document for more information on this proposal. Right now, before going
public with this, we would like to solicit any internal feedback from park employees as we
are still early in the planning phase. **Please do not circulate this beyond park employees
as we may make changes to the proposal before presenting it to the public and we
would like to avoid any confusion by there being inaccurate information in
circulation when we do so.** In August we expect to present the proposal to the public,
with any revisions, for public comment before any final decisions are made. Your
cooperation and feedback are appreciated.

Thanks,

Clay Jordan
*(See attached file: Backcountry Reservation System Restructuring Proposal Internal Scoping.docx)*

---

Clay Jordan

Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax: (865) 436-1244

 **Backcountry Reservation System Restructuring Proposal Internal Scoping.docx**
549K

Great Smoky Mountains National Park
National Park Service
U.S. Department of the Interior
Division of Resource and Visitor Protection

*[handwritten note:]* Backcountry Reservation System Restructuring Proposal (internal) scoping docx.

# GRSM Employee Briefing Paper:
# Backcountry Office & Permit System Restructuring Proposal
## July 15, 2011

## Introduction

Park management is considering a proposal to restructure the backcountry reservations and permitting processes as well as assisted backcountry trip planning services. The purpose of this document is to brief park staff on the proposal and to solicit internal feedback early in the planning phase, prior to engaging in public outreach.

## Background

- The park consistently receives complaints about the amount of time and effort it takes for visitors to get a backcountry reservation and/or acquire backcountry planning information. This is a reflection of insufficient staffing for the volume of customers, both call-in and walk-in, requiring reservations and/or trip planning information.
- Our current reservation system software was developed over 10 years ago. The software is outdated and the software developer has discontinued supporting the application. It is only a matter of time before this system ceases to function.
- The Backcountry Information Office (BIO) is currently staffed by one GSMA employee and 12 VIPs. Although our current volunteers are very dedicated and knowledgeable, we do not have a viable succession plan when these volunteers decide to discontinue their service. Because of the specialized knowledge and experience required to volunteer in the BIO, it is more difficult to recruit qualified people into these positions than into other VIP positions in the park.
- Currently, when we need to close backcountry campsites or shelters, we do not know who is planning to use non-reserved sites (more than half of our inventory). We rely on closure signs at permit stations and at the sites themselves to notify campers, but this is not a reliable method of notification. A reliable system of notification is especially important when closures are due to bears or other safety reasons.
- The park also frequently receives feedback from the public that they desire to see more Rangers in the backcountry to address problems such as dogs on trails, permit and camping violations.

## Objectives

- Increase customer service and ensure that visitors have improved access to high-quality trip planning information and may acquire their backcountry reservations and permits quickly and easily, 24 hours a day, 7 days a week.
- Avoid crisis management with the impending failure of our current reservation software system.
- Plan for long-term sustainability of Backcountry Information Office operations.
- Increase park's ability to reliably inform backcountry users of closures, safety issues and other important backcountry information.
- Increase NPS presence in the backcountry to monitor recreational use.

**Proposed Solution**

1. Adopt Recreation.gov as an online reservation/permit system to which customers would have 24/7 access. This would reduce the number of reservation calls to the BIO and allow for more time to be spent on high-quality trip planning. Park visitors would have the option to already have their backcountry permits when they arrive at the park, which they either acquired online and printed out from any computer with internet access, or acquired through the mail if they used Recreation.gov's call center. Alternatively, walk-in reservation/permits could be issued at the BIO, at campgrounds with terminal access to Recreation.gov, and at any visitor contact station with internet access where we choose to offer the service.

2. Require reservations for all backcountry sites. Recreation.gov would generate an automatic notification via call, text or email to notify backcountry users of emergency closures or conditions in a timely manner.

3. Create a cost recovery fee structure for reservations that would generate revenue to cover the contractor cost of the reservation system, support NPS staffing in the BIO, and an increased ranger presence in the backcountry. Volunteers would continue to be an integral part of BIO operations. Although GRSM has been offering free backcountry permits for years, we are in the minority when compared to other parks with comparable backcountry operations.

**Cost Recovery**

- The Park would collect fees to cover the cost of making reservations and issuing permits, and to fund backcountry office staffing and backcountry ranger positions. A GRSM backcountry staffing scenario, similar to those in other parks, would include at least 3 Visitor Use Assistants for the Backcountry Office and at least 2 seasonal commissioned Rangers to patrol the backcountry.
- Alternative fee structures that would allow GRSM to meet these objectives include:
  - $10 per reservation + $5 per person; or,
  - $10 per reservation + $2.25 per person per night; or,
  - $4 per person per night.
- For comparison, the following are backcountry fees charged by other parks with backcountry operations similar to GRSM.
  - EVER: up to $10.
  - SEKI: up to $15.
  - BIBE: $10.
  - CANY: $15.
  - ROMO, YELL: $20.
  - GRTE: $25.
  - ZION: based upon group size: 1-2 = $10; 3-7 = $15; 8-12 = $20.
  - YOSE: $5+ $5/person.
  - GLAC: $30+ $2.50-$7/person (depending on age).
  - OLYM: $5/group+ $2 person/night.
  - GRCA: $10+ $5/person/night.

**Other Benefits**

- Conversion of all backcountry campsites to reservation-only has resource management benefits such as limiting use to actual site capacity (which reduces impacts to vegetation),

decreasing bear/human interactions, etc. Information is also helpful to Ranger staff, especially during SAR situations.

1. The on-line reservation application would enable customers to better visualize backcountry camping options and availability. This would be used in conjunction with other on-line trip planning tools, currently in development.
2. Eliminate printing permits, stocking and retrieving them from 17 backcountry permit stations throughout the park.

## Considerations

- Increased expectations of backcountry users—Anticipate that users may have a higher expectation for condition of sites, access to sites and enforcement of regulations.
- Impact of bear and road closures on revenue projections.
- Accommodating AT thru hikers.
- Accommodating Cross-country hikers.

## Additional Information & Comments

- Employees may submit written comments via park email to Backcountry Program Manager Melissa Cobern by COB August 1st.
- Employees may schedule an appointment to obtain further information about this proposal by emailing Melissa Cobern or contacting her at 865-436-1264.
- Supervisors may check the availability of the Backcountry Manager or Chief Ranger to attend staff meetings.



**Jay Johnstone/GRSM/NPS**
07/19/2011 12:32 PM

To  Clayton Jordan/GRSM/NPS@NPS, Melissa
      Cobern/GRSM/NPS@NPS

cc

bcc

Subject  Re: Proposal to Restructure Backcountry
         Reservations/Permit System & Backcountry Information
         Office. INTERNAL USE ONLY

History:     📝 This message has been replied to.

Hi Clay and Melissa,
Congrats on getting the revision off the ground and good luck with incorporating all the comments. If you haven't already done so, you may wish to consult Steve Sullivan at GRCA. He orchestrated major revisions to the canyon back country office and river trip permitting. He writes code for fun and might have some material and software GRSM could utilize.
Happy trails,

Jay Johnstone
Park Ranger (education)
Great Smoky Mountains National Park
828-497-1907
www.nps.gov/grsm/forteachers
Clayton Jordan/GRSM/NPS



**Clayton Jordan/GRSM/NPS**
07/19/2011 11:37 AM

To  Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS,
      Brian Straka/GRSM/NPS@NPS, Jeffrey
      Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS,
      Laurie Jackson/GRSM/NPS@NPS, Debbie
      Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS,
      Melissa Malone/GRSM/NPS@NPS, Carlos
      Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS,
      Ron Lawson/GRSM/NPS@NPS, Beverly
      Slaybaugh/GRSM/NPS@NPS, Buffy
      Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS,
      Gail Thompson/GRSM/NPS@NPS, James
      Coggins/GRSM/NPS@NPS, Lori
      Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS,
      Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org,
      todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles
      Daniels/GRSM/NPS@NPS, Dale
      Ditmanson/GRSM/NPS@NPS, Debbie
      Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS,
      Kevin Fitzgerald/GRSM/NPS@NPS, Nancy
      Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS,
      Dale Brukiewa/GRSM/NPS@NPS, Jamie
      Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS,
      Peggy Hummer/GRSM/NPS@NPS, Rhonda
      Easterlin/GRSM/NPS@NPS, Robin
      VanSlooten/GRSM/NPS@NPS, Todd
      Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS,
      Barbara Hatcher/GRSM/NPS@NPS, Charles
      Sellars/GRSM/NPS@NPS, Herbert
      Kupfer/GRSM/NPS@NPS, Imelda
      Wegwerth/GRSM/NPS@NPS, Janice
      Pelton/GRSM/NPS@NPS, Jessica
      Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS,
      Marcus Little/GRSM/NPS@NPS, Mike
      Tomkosky/GRSM/NPS@NPS, Steven



Sauer/GRSM/NPS@NPS, Teresa
Cantrell/GRSM/NPS@NPS, Tomas
Maclosky/GRSM/NPS@NPS, Adam
Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS,
Curtis Middleton/GRSM/NPS@NPS, Darris
Clabo/GRSM/NPS@NPS, Dawn
Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS,
Gary Zbel/GATE/NPS@NPS, James
Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS,
Keith Slaybaugh/GRSM/NPS@NPS, Larry L
Carter/GRSM/NPS@NPS, Larry R
Evans/GRSM/NPS@NPS, Marcus
Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS,
Mark Schotters/GRSM/NPS@NPS, Mike
Townsend/GRSM/NPS@NPS, Paul
Bogart/GRSM/NPS@NPS, Randy
Wegwerth/GRSM/NPS@NPS, Rebecca
Owenby/GRSM/NPS@NPS, Richard
Jenkins/GRSM/NPS@NPS, Robert
Gunter/GRSM/NPS@NPS, Robert L
Spence/GRSM/NPS@NPS, Teddy
Chambers/GRSM/NPS@NPS, Thomas
Shanley/GRSM/NPS@NPS, Thomas
Smith/GRSM/NPS@NPS, Timothy
Bogan/GRSM/NPS@NPS, Tommy
Clopton/GRSM/NPS@NPS, Travis
Schwarzer/GRSM/NPS@NPS, William
Doerrer/GRSM/NPS@NPS, William G
Carroll/GRSM/NPS@NPS, Christine
Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS,
Dave Lyvers/GRSM/NPS@NPS, David
Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS,
Hal Varnedoe/GRSM/NPS@NPS, John E
Bowers/GRSM/NPS@NPS, Josh
Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS,
Kent Carpenter/GRSM/NPS@NPS, Kevin
Reeves/BLRI/NPS@NPS, Kristopher
Hatten/GRSM/NPS@NPS, Lonnie Maize/GRSM/NPS@NPS,
Michael Burton/GRSM/NPS@NPS, Mike P
Stewart/GRSM/NPS@NPS, Nicholas
Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS,
Rufus Davis/GRSM/NPS@NPS, Sam
Owl/GRSM/NPS@NPS, Sean Brooks/GRSM/NPS@NPS,
Shawn Bain/GRSM/NPS@NPS, Steve
Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS,
Tim Haynes/GRSM/NPS@NPS, Tobias
Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS,
Coralie Bloom/GRSM/NPS@NPS, Elizabeth
Dupree/GRSM/NPS@NPS, Dexter
Armstrong/GRSM/NPS@NPS, Mary Jo
White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS,
Mike Meldrum/GRSM/NPS@NPS, Brad
Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS,
Danny Thomas/GRSM/NPS@NPS, David
Worth/GRSM/NPS@NPS, Emily
DeLanzo/GRSM/NPS@NPS, Gordon
Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS,
Richard Gott/GRSM/NPS@NPS, Emily
Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS,
Jay Johnstone/GRSM/NPS@NPS, Joy
Harrold/GRSM/NPS@NPS, Julie
Townsend/GRSM/NPS@NPS, Karen
Ballentine/GRSM/NPS@NPS, Mary



Wright/GRSM/NPS@NPS, Sarah
Holman/GRSM/NPS@NPS, Susan
Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS,
Deborah England/GRSM/NPS@NPS, Elizabeth
Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS,
Lisa Free/GRSM/NPS@NPS, Lynda C
Doucette/GRSM/NPS@NPS, Michael L
Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS,
Susan Ross/GRSM/NPS@NPS, Erik S
Kreusch/GRSM/NPS@NPS, Joan
Ilacqua/Partner/NPS@NPS, John
McDade/GRSM/NPS@NPS, April
Deming/GRSM/NPS@NPS, Bob
Dellinger/GRSM/NPS@NPS, Dave
Loveland/GRSM/NPS@NPS, Eric
Worthington/GRSM/NPS@NPS, Huma
Alvarado/GRSM/NPS@NPS, Izaak
McHenry/GRSM/NPS@NPS, John M
Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS,
Kenny Ballard/GRSM/NPS@NPS, Lawrence
Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS,
Rhonda Watson/GRSM/NPS@NPS, Rob
Klein/GRSM/NPS@NPS, Ron Szerensci/GRSM/NPS@NPS,
Shane Paxton/GRSM/NPS@NPS, Wylie
Paxton/GRSM/NPS@NPS, Adriean
Mayor/GRSM/NPS@NPS, Annette
Hartigan/Partner/NPS@NPS, Becky
Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS,
Joshua Albritton/GRSM/NPS@NPS, Keith
Langdon/GRSM/NPS@NPS, Michael
Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS,
Tom Remaley/GRSM/NPS@NPS, Jim
Renfro/GRSM/NPS@NPS, Russell
Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS,
Steve E Moore/GRSM/NPS@NPS, Susan
Simpson/GRSM/NPS@NPS, Alicia
Kellogg/Partner/NPS@NPS, Brandon
Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS,
Cherie Cordell/GRSM/NPS@NPS, Dan W
Bryson/GRSM/NPS@NPS, Geoffrey
Geler/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS,
Jesse Webster/GRSM/NPS@NPS, Ken
Culbertson/GRSM/NPS@NPS, Kristine
Johnson/GRSM/NPS@NPS, Matthew
Peterson/Partner/NPS@NPS, Michael
Zumwalt/GRSM/NPS@NPS, Steven
Shaper/GRSM/NPS@NPS, Thomas
Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS,
Andrew Kreminski/Partner/NPS@NPS, Bill
Stiver/GRSM/NPS@NPS, Billy
LaGrange/GRSM/NPS@NPS, Courtney
Grantham/GRSM/NPS@NPS, James
Carr/GRSM/NPS@NPS, Jeremy
Nicholson/Partner/NPS@NPS, Joseph
Yarkovich/GRSM/NPS@NPS, Nathan
Buckhout/Partner/NPS@NPS, Rick
Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS,
Jeff Troutman/GRSM/NPS@NPS, Jessica St
Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS,
Daniel Lawler/GRSM/NPS@NPS, Darrell
Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS,
Michelle Bogart/GRSM/NPS@NPS, Phil
Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS,



Andrew Herrington/GRSM/NPS@NPS, Carmen Barnard/GRSM/NPS@NPS, Curt Dimmick/GRSM/NPS@NPS, James Stringfellow/GRSM/NPS@NPS, Joe Pond/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS, Karl Danforth/GRSM/NPS@NPS, Kathleen Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS, Mike Scheid/GRSM/NPS@NPS, Patrick Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Jeff Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS, Kirby Styles/GRSM/NPS@NPS, Lisa R Brown/GRSM/NPS@NPS, Lisa Slobodzian/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS, Pamela Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS, Brandon Slaybaugh/GRSM/NPS@NPS, Calyn Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS, Dawn Pekarchick/GRSM/NPS@NPS, Jamie Hamilton/GRSM/NPS@NPS, Joann Rochelle/GRSM/NPS@NPS, Jonathan Mattox/GRSM/NPS@NPS, Katherine Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS, Leila Colburn/GRSM/NPS@NPS, Lloyd Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS, Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P Howell/GRSM/NPS@NPS, Rachel Kolodski/GRSM/NPS@NPS, Tonya Nicholson/GRSM/NPS@NPS, Whitny Howeth/GRSM/NPS@NPS, Andrew Rockafellow/GRSM/NPS@NPS, Bobby Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS, Chuck Hester/GRSM/NPS@NPS, Dennis Milligan/BAND/NPS@NPS, Ellen Paxton/GRSM/NPS@NPS, Heath Soehn/GRSM/NPS@NPS, Helen McNutt/GRSM/NPS@NPS, James A Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS, Jared St Clair/GRSM/NPS@NPS, Jason Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS, John Sheets/GRSM/NPS@NPS, Kent Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS, Michael V Garner/GRSM/NPS@NPS, Samuel Salter/GRSM/NPS@NPS, Steve Spanyer/GRSM/NPS@NPS, Steven Kloster/GRSM/NPS@NPS, Tabbatha Cavendish/GRSM/NPS@NPS, Taylor Kasabian/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS, Todd Roessner/GRSM/NPS@NPS, William Jaynes/GRSM/NPS@NPS, Charles Daniels/GRSM/NPS@NPS, Debbie Huskey/GRSM/NPS@NPS

cc

Subject   Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office. INTERNAL USE ONLY

All:

Park management is considering a proposal to restructure the backcountry reservations and permitting processes as well as assisted backcountry trip planning services. Attached please find a document for more information on this proposal. Right now, before going public with this, we would like to solicit any internal feedback from park employees as we are still early in the planning phase. **Please do not circulate this beyond park employees as we may make changes to the proposal before presenting it to the public and we would like to avoid any confusion by there being inaccurate information in circulation when we do so.** In August we expect to present the proposal to the public, with any revisions, for public comment before any final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan
[attachment "Backcountry Reservation System Restructuring Proposal Internal Scoping.docx" deleted by Jay Johnstone/GRSM/NPS]

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax:  (865) 436-1244



**Mike Maslona/GRSM/NPS**
07/19/2011 12:24 PM

To Clayton Jordan/GRSM/NPS@NPS, Melissa
Cobern/GRSM/NPS@NPS

cc

bcc

Subject Fw: Proposal to Restructure Backcountry
Reservations/Permit System & Backcountry Information
Office. INTERNAL USE ONLY

History: 📑 This message has been replied to.

Clayton & Melissa-

GREAT intial planning ideas long overdue. I would be interested in attending any meetings open to
employees if you could keep me in the loop

Mike

----- Forwarded by Mike Maslona/GRSM/NPS on 07/19/2011 12:23 PM -----



**Clayton Jordan/GRSM/NPS**
07/19/2011 11:37 AM

To Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS,
Brian Straka/GRSM/NPS@NPS, Jeffrey
Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS,
Laurie Jackson/GRSM/NPS@NPS, Debbie
Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS,
Melissa Malone/GRSM/NPS@NPS, Carlos
Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS,
Ron Lawson/GRSM/NPS@NPS, Beverly
Slaybaugh/GRSM/NPS@NPS, Buffy
Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS,
Gail Thompson/GRSM/NPS@NPS, James
Coggins/GRSM/NPS@NPS, Lori
Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS,
Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org,
todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles
Daniels/GRSM/NPS@NPS, Dale
Ditmanson/GRSM/NPS@NPS, Debbie
Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS,
Kevin Fitzgerald/GRSM/NPS@NPS, Nancy
Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS,
Dale Brukiewa/GRSM/NPS@NPS, Jamie
Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS,
Peggy Hummer/GRSM/NPS@NPS, Rhonda
Easterlin/GRSM/NPS@NPS, Robin
VanSlooten/GRSM/NPS@NPS, Todd
Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS,
Barbara Hatcher/GRSM/NPS@NPS, Charles
Sellars/GRSM/NPS@NPS, Herbert
Kupfer/GRSM/NPS@NPS, Imelda
Wegwerth/GRSM/NPS@NPS, Janice
Pelton/GRSM/NPS@NPS, Jessica
Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS,
Marcus Little/GRSM/NPS@NPS, Mike
Tomkosky/GRSM/NPS@NPS, Steven
Sauer/GRSM/NPS@NPS, Teresa
Cantrell/GRSM/NPS@NPS, Tomas
Maclosky/GRSM/NPS@NPS, Adam
Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS,
Curtis Middleton/GRSM/NPS@NPS, Darris
Clabo/GRSM/NPS@NPS, Dawn
Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS,
Gary Zbel/GATE/NPS@NPS, James



Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS, Keith Slaybaugh/GRSM/NPS@NPS, Larry L Carter/GRSM/NPS@NPS, Larry R Evans/GRSM/NPS@NPS, Marcus Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS, Mark Schotters/GRSM/NPS@NPS, Mike Townsend/GRSM/NPS@NPS, Paul Bogart/GRSM/NPS@NPS, Randy Wegwerth/GRSM/NPS@NPS, Rebecca Owenby/GRSM/NPS@NPS, Richard Jenkins/GRSM/NPS@NPS, Robert Gunter/GRSM/NPS@NPS, Robert L Spence/GRSM/NPS@NPS, Teddy Chambers/GRSM/NPS@NPS, Thomas Shanley/GRSM/NPS@NPS, Thomas Smith/GRSM/NPS@NPS, Timothy Bogan/GRSM/NPS@NPS, Tommy Clopton/GRSM/NPS@NPS, Travis Schwarzer/GRSM/NPS@NPS, William Doerrer/GRSM/NPS@NPS, William G Carroll/GRSM/NPS@NPS, Christine Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS, Dave Lyvers/GRSM/NPS@NPS, David Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS, Hal Varnedoe/GRSM/NPS@NPS, John E Bowers/GRSM/NPS@NPS, Josh Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS, Kent Carpenter/GRSM/NPS@NPS, Kevin Reeves/BLRI/NPS@NPS, Kristopher Hatten/GRSM/NPS@NPS, Lonnie Maize/GRSM/NPS@NPS, Michael Burton/GRSM/NPS@NPS, Mike P Stewart/GRSM/NPS@NPS, Nicholas Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS, Rufus Davis/GRSM/NPS@NPS, Sam Owl/GRSM/NPS@NPS, Sean Brooks/GRSM/NPS@NPS, Shawn Bain/GRSM/NPS@NPS, Steve Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS, Tim Haynes/GRSM/NPS@NPS, Tobias Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS, Coralie Bloom/GRSM/NPS@NPS, Elizabeth Dupree/GRSM/NPS@NPS, Mary Jo Armstrong/GRSM/NPS@NPS, Mary Jo White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS, Mike Meldrum/GRSM/NPS@NPS, Brad Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS, Danny Thomas/GRSM/NPS@NPS, David Worth/GRSM/NPS@NPS, Emily DeLanzo/GRSM/NPS@NPS, Gordon Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS, Richard Gott/GRSM/NPS@NPS, Emily Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS, Jay Johnstone/GRSM/NPS@NPS, Joy Harrold/GRSM/NPS@NPS, Julie Townsend/GRSM/NPS@NPS, Karen Ballentine/GRSM/NPS@NPS, Mary Wright/GRSM/NPS@NPS, Sarah Holman/GRSM/NPS@NPS, Susan Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS, Deborah England/GRSM/NPS@NPS, Elizabeth Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS, Lisa Free/GRSM/NPS@NPS, Lynda C Doucette/GRSM/NPS@NPS, Michael L Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS,



Susan Ross/GRSM/NPS@NPS, Erik S
Kreusch/GRSM/NPS@NPS, Joan
Ilacqua/Partner/NPS@NPS, John
McDade/GRSM/NPS@NPS, April
Deming/GRSM/NPS@NPS, Bob
Dellinger/GRSM/NPS@NPS, Dave
Loveland/GRSM/NPS@NPS, Eric
Worthington/GRSM/NPS@NPS, Huma
Alvarado/GRSM/NPS@NPS, Izaak
McHenry/GRSM/NPS@NPS, John M
Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS,
Kenny Ballard/GRSM/NPS@NPS, Lawrence
Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS,
Rhonda Watson/GRSM/NPS@NPS, Rob
Klein/GRSM/NPS@NPS, Ron Szerensci/GRSM/NPS@NPS,
Shane Paxton/GRSM/NPS@NPS, Wylie
Paxton/GRSM/NPS@NPS, Adriean
Mayor/GRSM/NPS@NPS, Annette
Hartigan/Partner/NPS@NPS, Becky
Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS,
Joshua Albritton/GRSM/NPS@NPS, Keith
Langdon/GRSM/NPS@NPS, Michael
Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS,
Tom Remaley/GRSM/NPS@NPS, Jim
Renfro/GRSM/NPS@NPS, Russell
Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS,
Steve E Moore/GRSM/NPS@NPS, Susan
Simpson/GRSM/NPS@NPS, Alicia
Kellogg/Partner/NPS@NPS, Brandon
Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS,
Cherie Cordell/GRSM/NPS@NPS, Dan W
Bryson/GRSM/NPS@NPS, Geoffrey
Geier/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS,
Jesse Webster/GRSM/NPS@NPS, Ken
Culbertson/GRSM/NPS@NPS, Kristine
Johnson/GRSM/NPS@NPS, Matthew
Peterson/Partner/NPS@NPS, Michael
Zumwalt/GRSM/NPS@NPS, Steven
Shaper/GRSM/NPS@NPS, Thomas
Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS,
Andrew Kreminski/Partner/NPS@NPS, Bill
Stiver/GRSM/NPS@NPS, Billy
LaGrange/GRSM/NPS@NPS, Courtney
Grantham/GRSM/NPS@NPS, James
Carr/GRSM/NPS@NPS, Jeremy
Nicholson/Partner/NPS@NPS, Joseph
Yarkovich/GRSM/NPS@NPS, Nathan
Buckhout/Partner/NPS@NPS, Rick
Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS,
Jeff Troutman/GRSM/NPS@NPS, Jessica St
Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS,
Daniel Lawler/GRSM/NPS@NPS, Darrell
Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS,
Michelle Bogart/GRSM/NPS@NPS, Phil
Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS,
Andrew Herrington/GRSM/NPS@NPS, Carmen
Barnard/GRSM/NPS@NPS, Curt
Dimmick/GRSM/NPS@NPS, James
Stringfellow/GRSM/NPS@NPS, Joe
Pond/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS,
Karl Danforth/GRSM/NPS@NPS, Kathleen
Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS,
Mike Scheid/GRSM/NPS@NPS, Patrick



Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Jeff Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS, Kirby Styles/GRSM/NPS@NPS, Lisa R Brown/GRSM/NPS@NPS, Lisa Slobodzian/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS, Pamela Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS, Brandon Slaybaugh/GRSM/NPS@NPS, Calyn Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS, Dawn Pekarchick/GRSM/NPS@NPS, Jamie Hamilton/GRSM/NPS@NPS, Joann Rochelle/GRSM/NPS@NPS, Jonathan Mattox/GRSM/NPS@NPS, Katherine Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS, Leila Colburn/GRSM/NPS@NPS, Lloyd Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS, Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P Howell/GRSM/NPS@NPS, Rachel Kolodski/GRSM/NPS@NPS, Tonya Nicholson/GRSM/NPS@NPS, Whitny Howeth/GRSM/NPS@NPS, Andrew Rockafellow/GRSM/NPS@NPS, Bobby Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS, Chuck Hester/GRSM/NPS@NPS, Dennis Milligan/BAND/NPS@NPS, Ellen Paxton/GRSM/NPS@NPS, Heath Soehn/GRSM/NPS@NPS, Helen McNutt/GRSM/NPS@NPS, James A Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS, Jared St Clair/GRSM/NPS@NPS, Jason Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS, John Sheets/GRSM/NPS@NPS, Kent Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS, Michael V Garner/GRSM/NPS@NPS, Samuel Salter/GRSM/NPS@NPS, Steve Spanyer/GRSM/NPS@NPS, Steven Kloster/GRSM/NPS@NPS, Tabbatha Cavendish/GRSM/NPS@NPS, Taylor Kasablan/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS, Todd Roessner/GRSM/NPS@NPS, William Jaynes/GRSM/NPS@NPS, Charles Daniels/GRSM/NPS@NPS, Debbie Huskey/GRSM/NPS@NPS

cc

Subject   Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office.  INTERNAL USE ONLY

All:

Park management is considering a proposal to restructure the backcountry reservations and permitting processes as well as assisted backcountry trip planning services. Attached please find a document for more information on this proposal. Right now, before going public with this, we

would like to solicit any internal feedback from park employees as we are still early in the planning phase. **Please do not circulate this beyond park employees as we may make changes to the proposal before presenting it to the public and we would like to avoid any confusion by there being inaccurate information in circulation when we do so.** In August we expect to present the proposal to the public, with any revisions, for public comment before any final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan



Backcountry Reservation System Restructuring Proposal Internal Scoping.docx

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax: (865) 436-1244



**Thomas Colson/GRSM/NPS**     To  Melissa Cobern/GRSM/NPS@NPS

07/19/2011 12:07 PM              cc

                                 bcc

                          Subject  Fw: Proposal to Restructure Backcountry
                                 Reservations/Permit System & Backcountry Information
                                 Office.  INTERNAL USE ONLY

| History: | ✍ This message has been replied to. |

My only comment is that GIS (me) updates the rec.gov description of each BC site to allow for addressing search through the online map interface (for directions) and more accurate location information to allow for GPS users to find the site (currently some are "off" as displayed on rec.gov site). We will also want to update the park visitor map to show the 2 new sites that require reservation, and communicate these changes to 3rd party map producers (e.g. nat. geo.).

-----Forwarded by Thomas Colson/GRSM/NPS on 07/19/2011 12:04PM -----

To: Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS, Brian Straka/GRSM/NPS@NPS, Jeffrey Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS, Laurie Jackson/GRSM/NPS@NPS, Debbie Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS, Melissa Malone/GRSM/NPS@NPS, Carlos Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS, Ron Lawson/GRSM/NPS@NPS, Beverly Slaybaugh/GRSM/NPS@NPS, Buffy Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS, Gail Thompson/GRSM/NPS@NPS, James Coggins/GRSM/NPS@NPS, Lori Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS, Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org, todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles Daniels/GRSM/NPS@NPS, Dale Ditmanson/GRSM/NPS@NPS, Debbie Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS, Kevin Fitzgerald/GRSM/NPS@NPS, Nancy Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS, Dale Brukiewa/GRSM/NPS@NPS, Jamie Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS, Peggy Hummer/GRSM/NPS@NPS, Rhonda Easterlin/GRSM/NPS@NPS, Robin VanSlooten/GRSM/NPS@NPS, Todd Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS, Barbara Hatcher/GRSM/NPS@NPS, Charles Sellars/GRSM/NPS@NPS, Herbert Kupfer/GRSM/NPS@NPS, Imelda Wegwerth/GRSM/NPS@NPS, Janice Pelton/GRSM/NPS@NPS, Jessica Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS, Marcus Little/GRSM/NPS@NPS, Mike Tomkosky/GRSM/NPS@NPS, Steven Sauer/GRSM/NPS@NPS, Teresa Cantrell/GRSM/NPS@NPS, Tomas Maclosky/GRSM/NPS@NPS, Adam Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS, Curtis Middleton/GRSM/NPS@NPS, Darris Clabo/GRSM/NPS@NPS, Dawn Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS, Gary Zbel/GATE/NPS@NPS, James Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS, Keith Slaybaugh/GRSM/NPS@NPS, Larry L Carter/GRSM/NPS@NPS, Larry R Evans/GRSM/NPS@NPS, Marcus Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS, Mark Schotters/GRSM/NPS@NPS, Mike Townsend/GRSM/NPS@NPS, Paul Bogart/GRSM/NPS@NPS, Randy Wegwerth/GRSM/NPS@NPS, Rebecca Owenby/GRSM/NPS@NPS, Richard Jenkins/GRSM/NPS@NPS, Robert Gunter/GRSM/NPS@NPS, Robert L Spence/GRSM/NPS@NPS, Teddy Chambers/GRSM/NPS@NPS, Thomas Shanley/GRSM/NPS@NPS, Thomas Smith/GRSM/NPS@NPS, Timothy Bogan/GRSM/NPS@NPS, Tommy Clopton/GRSM/NPS@NPS, Travis Schwarzer/GRSM/NPS@NPS, William Doerrer/GRSM/NPS@NPS, William G Carroll/GRSM/NPS@NPS, Christine Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS, Dave Lyvers/GRSM/NPS@NPS, David Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS, Hal Varnedoe/GRSM/NPS@NPS, John E Bowers/GRSM/NPS@NPS, Josh Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS, Kent Carpenter/GRSM/NPS@NPS, Kevin Reeves/BLRI/NPS@NPS, Kristopher Hatten/GRSM/NPS@NPS, Lonnie Maize/GRSM/NPS@NPS, Michael Burton/GRSM/NPS@NPS, Mike P Stewart/GRSM/NPS@NPS, Nicholas Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS, Rufus Davis/GRSM/NPS@NPS, Sam Owl/GRSM/NPS@NPS, Sean

Brooks/GRSM/NPS@NPS, Shawn Bain/GRSM/NPS@NPS, Steve Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS, Tim Haynes/GRSM/NPS@NPS, Tobias Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS, Coralie Bloom/GRSM/NPS@NPS, Elizabeth Dupree/GRSM/NPS@NPS, Dexter Armstrong/GRSM/NPS@NPS, Mary Jo White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS, Mike Meldrum/GRSM/NPS@NPS, Brad Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS, Danny Thomas/GRSM/NPS@NPS, David Worth/GRSM/NPS@NPS, Emily DeLanzo/GRSM/NPS@NPS, Gordon Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS, Richard Gott/GRSM/NPS@NPS, Emily Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS, Jay Johnstone/GRSM/NPS@NPS, Joy Harrold/GRSM/NPS@NPS, Julie Townsend/GRSM/NPS@NPS, Karen Ballentine/GRSM/NPS@NPS, Mary Wright/GRSM/NPS@NPS, Sarah Holman/GRSM/NPS@NPS, Susan Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS, Deborah England/GRSM/NPS@NPS, Elizabeth Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS, Lisa Free/GRSM/NPS@NPS, Lynda C Doucette/GRSM/NPS@NPS, Michael L Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS, Susan Ross/GRSM/NPS@NPS, Erik S Kreusch/GRSM/NPS@NPS, Joan Ilacqua/Partner/NPS@NPS, John McDade/GRSM/NPS@NPS, April Deming/GRSM/NPS@NPS, Bob Dellinger/GRSM/NPS@NPS, Dave Loveland/GRSM/NPS@NPS, Eric Worthington/GRSM/NPS@NPS, Huma Alvarado/GRSM/NPS@NPS, Izaak McHenry/GRSM/NPS@NPS, John M Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS, Kenny Ballard/GRSM/NPS@NPS, Lawrence Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS, Rhonda Watson/GRSM/NPS@NPS, Rob Klein/GRSM/NPS@NPS, Ron Szerensci/GRSM/NPS@NPS, Shane Paxton/GRSM/NPS@NPS, Wylie Paxton/GRSM/NPS@NPS, Adriean Mayor/GRSM/NPS@NPS, Annette Hartigan/Partner/NPS@NPS, Becky Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS, Joshua Albritton/GRSM/NPS@NPS, Keith Langdon/GRSM/NPS@NPS, Michael Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS, Tom Remaley/GRSM/NPS@NPS, Jim Renfro/GRSM/NPS@NPS, Russell Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS, Steve E Moore/GRSM/NPS@NPS, Susan Simpson/GRSM/NPS@NPS, Alicia Kellogg/Partner/NPS@NPS, Brandon Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS, Cherie Cordell/GRSM/NPS@NPS, Dan W Bryson/GRSM/NPS@NPS, Geoffrey Geier/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS, Jesse Webster/GRSM/NPS@NPS, Ken Culbertson/GRSM/NPS@NPS, Kristine Johnson/GRSM/NPS@NPS, Matthew Peterson/Partner/NPS@NPS, Michael Zumwalt/GRSM/NPS@NPS, Steven Shaper/GRSM/NPS@NPS, Thomas Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS, Andrew Kreminski/Partner/NPS@NPS, Bill Stiver/GRSM/NPS@NPS, Billy LaGrange/GRSM/NPS@NPS, Courtney Grantham/GRSM/NPS@NPS, James Carr/GRSM/NPS@NPS, Jeremy Nicholson/Partner/NPS@NPS, Joseph Yarkovich/GRSM/NPS@NPS, Nathan Buckhout/Partner/NPS@NPS, Rick Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS, Jeff Troutman/GRSM/NPS@NPS, Jessica St Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS, Daniel Lawler/GRSM/NPS@NPS, Darrell Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS, Michelle Bogart/GRSM/NPS@NPS, Phil Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS, Andrew Herrington/GRSM/NPS@NPS, Carmen Barnard/GRSM/NPS@NPS, Curt Dimmick/GRSM/NPS@NPS, James Stringfellow/GRSM/NPS@NPS, Joe Pond/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS, Karl Danforth/GRSM/NPS@NPS, Kathleen Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS, Mike Scheid/GRSM/NPS@NPS, Patrick Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Jeff Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS, Kirby Styles/GRSM/NPS@NPS, Lisa R Brown/GRSM/NPS@NPS, Lisa Slobodzian/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS, Pamela Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS, Brandon Slaybaugh/GRSM/NPS@NPS, Calyn Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS, Dawn Pekarchick/GRSM/NPS@NPS, Jamie Hamilton/GRSM/NPS@NPS, Joann Rochelle/GRSM/NPS@NPS, Jonathan Mattox/GRSM/NPS@NPS, Katherine Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS, Leila Colburn/GRSM/NPS@NPS, Lloyd Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS, Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P Howell/GRSM/NPS@NPS, Rachel Kolodski/GRSM/NPS@NPS, Tonya Nicholson/GRSM/NPS@NPS, Whitny Howeth/GRSM/NPS@NPS, Andrew Rockafellow/GRSM/NPS@NPS, Bobby Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS, Chuck Hester/GRSM/NPS@NPS, Dennis Milligan/BAND/NPS@NPS, Ellen

Paxton/GRSM/NPS@NPS, Heath Soehn/GRSM/NPS@NPS, Helen McNutt/GRSM/NPS@NPS, James A Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS, Jared St Clair/GRSM/NPS@NPS, Jason Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS, John Sheets/GRSM/NPS@NPS, Kent Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS, Michael V Garner/GRSM/NPS@NPS, Samuel Salter/GRSM/NPS@NPS, Steve Spanyer/GRSM/NPS@NPS, Steven Kloster/GRSM/NPS@NPS, Tabbatha Cavendish/GRSM/NPS@NPS, Taylor Kasabian/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS, Todd Roessner/GRSM/NPS@NPS, William Jaynes/GRSM/NPS@NPS, Charles Daniels/GRSM/NPS@NPS, Debbie Huskey/GRSM/NPS@NPS
From: Clayton Jordan/GRSM/NPS
Date: 07/19/2011 11:37AM
Subject: Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office. INTERNAL USE ONLY

All:

Park management is considering a proposal to restructure the backcountry reservations and permitting processes as well as assisted backcountry trip planning services. Attached please find a document for more information on this proposal. Right now, before going public with this, we would like to solicit any internal feedback from park employees as we are still early in the planning phase. **Please do not circulate this beyond park employees as we may make changes to the proposal before presenting it to the public and we would like to avoid any confusion by there being inaccurate information in circulation when we do so.** In August we expect to present the proposal to the public, with any revisions, for public comment before any final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan

_____

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax: (865) 436-1244

Backcountry Reservation System Restructuring Proposal Internal Scoping.docx



Keith Langdon/GRSM/NPS          To   Melissa Cobern/GRSM/NPS@NPS
07/19/2011 12:04 PM             cc
                                bcc
                          Subject   Comments: Proposal to Restructure Backcountry
                                    Reservations/Permit System & Backcountry Information
                                    Office.  INTERNAL USE ONLY

History:          ⮌ This message has been replied to.

Melissa,
I have just read the proposal and am filled with wild enthusiam.

Ok, thats an exaggeration....but I am very favorable towards it.

Comments:

+ in favor of a user fee, but think $10 for the reservation and $5 per person nite is a bit too much.
Especially when we want to have broad acceptance of the new system by the public.

+ I think the whole long term goal should be protection of resources, as per the Organic Act, therefore the
# of seasonal LE's in the backcountry should be increased from 2 to 4.  Or 2 at first, with a plan (after
shake-down/acceptance) to go to 4, even if fees get increased because of it.

+reservation system is good for the public and the resources. I think we should look into an ability to issue
"campsite-specific" guidance for folks making reservations. Bears, sensitive sites nearby (e.g. do not
scramble on cliffs near Clifftops), "Do not move rocks in stream, rare species habitat", etc.) other safety
issues, AND/OR have profiles of seasonal features (e.g. firefly display at nite, great fall colors,..... rating
system of site by users, etc.)

good work.
Keith

Keith R. Langdon
Inventory & Monitoring Coordinator
Great Smoky Mountains National Park
865.436.1705
----- Forwarded by Keith Langdon/GRSM/NPS on 07/19/2011 11:50 AM -----



Clayton Jordan/GRSM/NPS
07/19/2011 11:37 AM          To   Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS,
                                  Brian Straka/GRSM/NPS@NPS, Jeffrey
                                  Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS,
                                  Laurie Jackson/GRSM/NPS@NPS, Debbie
                                  Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS,
                                  Melissa Malone/GRSM/NPS@NPS, Carlos
                                  Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS,
                                  Ron Lawson/GRSM/NPS@NPS, Beverly
                                  Slaybaugh/GRSM/NPS@NPS, Buffy
                                  Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS,
                                  Gail Thompson/GRSM/NPS@NPS, James
                                  Coggins/GRSM/NPS@NPS, Lori
                                  Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS,
                                  Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org,
                                  todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles
                                  Daniels/GRSM/NPS@NPS, Dale
                                  Ditmanson/GRSM/NPS@NPS, Debbie
                                  Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS,



Kevin Fitzgerald/GRSM/NPS@NPS, Nancy Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS, Dale Brukiewa/GRSM/NPS@NPS, Jamie Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS, Peggy Hummer/GRSM/NPS@NPS, Rhonda Easterlin/GRSM/NPS@NPS, Robin VanSlooten/GRSM/NPS@NPS, Todd Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS, Barbara Hatcher/GRSM/NPS@NPS, Charles Sellars/GRSM/NPS@NPS, Herbert Kupfer/GRSM/NPS@NPS, Imelda Wegwerth/GRSM/NPS@NPS, Janice Pelton/GRSM/NPS@NPS, Jessica Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS, Marcus Little/GRSM/NPS@NPS, Mike Tomkosky/GRSM/NPS@NPS, Steven Sauer/GRSM/NPS@NPS, Teresa Cantrell/GRSM/NPS@NPS, Tomas Maclosky/GRSM/NPS@NPS, Adam Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS, Curtis Middleton/GRSM/NPS@NPS, Darris Clabo/GRSM/NPS@NPS, Dawn Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS, Gary Zbel/GATE/NPS@NPS, James Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS, Keith Slaybaugh/GRSM/NPS@NPS, Larry L Carter/GRSM/NPS@NPS, Larry R Evans/GRSM/NPS@NPS, Marcus Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS, Mark Schotters/GRSM/NPS@NPS, Mike Townsend/GRSM/NPS@NPS, Paul Bogart/GRSM/NPS@NPS, Randy Wegwerth/GRSM/NPS@NPS, Rebecca Owenby/GRSM/NPS@NPS, Richard Jenkins/GRSM/NPS@NPS, Robert Gunter/GRSM/NPS@NPS, Robert L Spence/GRSM/NPS@NPS, Teddy Chambers/GRSM/NPS@NPS, Thomas Shanley/GRSM/NPS@NPS, Thomas Smith/GRSM/NPS@NPS, Timothy Bogan/GRSM/NPS@NPS, Tommy Clopton/GRSM/NPS@NPS, Travis Schwarzer/GRSM/NPS@NPS, William Doerrer/GRSM/NPS@NPS, William G Carroll/GRSM/NPS@NPS, Christine Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS, Dave Lyvers/GRSM/NPS@NPS, David Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS, Hal Varnedoe/GRSM/NPS@NPS, John E Bowers/GRSM/NPS@NPS, Josh Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS, Kent Carpenter/GRSM/NPS@NPS, Kevin Reeves/BLRI/NPS@NPS, Kristopher Hatten/GRSM/NPS@NPS, Lonnie Maize/GRSM/NPS@NPS, Michael Burton/GRSM/NPS@NPS, Mike P Stewart/GRSM/NPS@NPS, Nicholas Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS, Rufus Davis/GRSM/NPS@NPS, Sam Owl/GRSM/NPS@NPS, Sean Brooks/GRSM/NPS@NPS, Shawn Bain/GRSM/NPS@NPS, Steve Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS, Tim Haynes/GRSM/NPS@NPS, Tobias Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS,



Coralie Bloom/GRSM/NPS@NPS, Elizabeth
Dupree/GRSM/NPS@NPS, Dexter
Armstrong/GRSM/NPS@NPS, Mary Jo
White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS,
Mike Meldrum/GRSM/NPS@NPS, Brad
Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS,
Danny Thomas/GRSM/NPS@NPS, David
Worth/GRSM/NPS@NPS, Emily
DeLanzo/GRSM/NPS@NPS, Gordon
Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS,
Richard Gott/GRSM/NPS@NPS, Emily
Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS,
Jay Johnstone/GRSM/NPS@NPS, Joy
Harrold/GRSM/NPS@NPS, Julie
Townsend/GRSM/NPS@NPS, Karen
Ballentine/GRSM/NPS@NPS, Mary
Wright/GRSM/NPS@NPS, Sarah
Holman/GRSM/NPS@NPS, Susan
Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS,
Deborah England/GRSM/NPS@NPS, Elizabeth
Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS,
Lisa Free/GRSM/NPS@NPS, Lynda C
Doucette/GRSM/NPS@NPS, Michael L
Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS,
Susan Ross/GRSM/NPS@NPS, Erik S
Kreusch/GRSM/NPS@NPS, Joan
Ilacqua/Partner/NPS@NPS, John
McDade/GRSM/NPS@NPS, April
Deming/GRSM/NPS@NPS, Bob
Dellinger/GRSM/NPS@NPS, Dave
Loveland/GRSM/NPS@NPS, Eric
Worthington/GRSM/NPS@NPS, Huma
Alvarado/GRSM/NPS@NPS, Izaak
McHenry/GRSM/NPS@NPS, John M
Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS,
Kenny Ballard/GRSM/NPS@NPS, Lawrence
Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS,
Rhonda Watson/GRSM/NPS@NPS, Rob
Klein/GRSM/NPS@NPS, Ron Szerensci/GRSM/NPS@NPS,
Shane Paxton/GRSM/NPS@NPS, Wylie
Paxton/GRSM/NPS@NPS, Adriean
Mayor/GRSM/NPS@NPS, Annette
Hartigan/Partner/NPS@NPS, Becky
Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS,
Joshua Albritton/GRSM/NPS@NPS, Keith
Langdon/GRSM/NPS@NPS, Michael
Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS,
Tom Remaley/GRSM/NPS@NPS, Jim
Renfro/GRSM/NPS@NPS, Russell
Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS,
Steve E Moore/GRSM/NPS@NPS, Susan
Simpson/GRSM/NPS@NPS, Alicia
Kellogg/Partner/NPS@NPS, Brandon
Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS,
Cherie Cordell/GRSM/NPS@NPS, Dan W
Bryson/GRSM/NPS@NPS, Geoffrey
Geier/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS,
Jesse Webster/GRSM/NPS@NPS, Ken
Culbertson/GRSM/NPS@NPS, Kristine
Johnson/GRSM/NPS@NPS, Matthew
Peterson/Partner/NPS@NPS, Michael
Zumwalt/GRSM/NPS@NPS, Steven
Shaper/GRSM/NPS@NPS, Thomas



Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS, Andrew Kreminski/Partner/NPS@NPS, Bill Stiver/GRSM/NPS@NPS, Billy LaGrange/GRSM/NPS@NPS, Courtney Grantham/GRSM/NPS@NPS, James Carr/GRSM/NPS@NPS, Jeremy Nicholson/Partner/NPS@NPS, Joseph Yarkovich/GRSM/NPS@NPS, Nathan Buckhout/Partner/NPS@NPS, Rick Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS, Jeff Troutman/GRSM/NPS@NPS, Jessica St Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS, Daniel Lawler/GRSM/NPS@NPS, Darrell Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS, Michelle Bogart/GRSM/NPS@NPS, Phil Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS, Andrew Herrington/GRSM/NPS@NPS, Carmen Barnard/GRSM/NPS@NPS, Curt Dimmick/GRSM/NPS@NPS, James Stringfellow/GRSM/NPS@NPS, Joe Pond/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS, Karl Danforth/GRSM/NPS@NPS, Kathleen Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS, Mike Scheid/GRSM/NPS@NPS, Patrick Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Jeff Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS, Kirby Styles/GRSM/NPS@NPS, Lisa R Brown/GRSM/NPS@NPS, Lisa Slobodzian/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS, Pamela Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS, Brandon Slaybaugh/GRSM/NPS@NPS, Calyn Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS, Dawn Pekarchick/GRSM/NPS@NPS, Jamie Hamilton/GRSM/NPS@NPS, Joann Rochelle/GRSM/NPS@NPS, Jonathan Mattox/GRSM/NPS@NPS, Katherine Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS, Leila Colburn/GRSM/NPS@NPS, Lloyd Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS, Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P Howell/GRSM/NPS@NPS, Rachel Kolodski/GRSM/NPS@NPS, Tonya Nicholson/GRSM/NPS@NPS, Whitny Howeth/GRSM/NPS@NPS, Andrew Rockafellow/GRSM/NPS@NPS, Bobby Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS, Chuck Hester/GRSM/NPS@NPS, Dennis Milligan/BAND/NPS@NPS, Ellen Paxton/GRSM/NPS@NPS, Heath Soehn/GRSM/NPS@NPS, Helen McNutt/GRSM/NPS@NPS, James A Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS, Jared St Clair/GRSM/NPS@NPS, Jason Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS, John Sheets/GRSM/NPS@NPS, Kent Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS, Michael V Garner/GRSM/NPS@NPS, Samuel



Salter/GRSM/NPS@NPS, Steve
Spanyer/GRSM/NPS@NPS, Steven
Kloster/GRSM/NPS@NPS, Tabbatha
Cavendish/GRSM/NPS@NPS, Taylor
Kasabian/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS,
Todd Roessner/GRSM/NPS@NPS, William
Jaynes/GRSM/NPS@NPS, Charles
Daniels/GRSM/NPS@NPS, Debbie
Huskey/GRSM/NPS@NPS

cc

Subject  Proposal to Restructure Backcountry Reservations/Permit
System & Backcountry Information Office.  INTERNAL USE
ONLY

All:

Park management is considering a proposal to restructure the backcountry reservations and
permitting processes as well as assisted backcountry trip planning services. Attached please find
a document for more information on this proposal. Right now, before going public with this, we
would like to solicit any internal feedback from park employees as we are still early in the
planning phase. **Please do not circulate this beyond park employees as we may make
changes to the proposal before presenting it to the public and we would like to avoid any
confusion by there being inaccurate information in circulation when we do so.** In August we
expect to present the proposal to the public, with any revisions, for public comment before any
final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan

Backcountry Reservation System Restructuring Proposal Internal Scoping.docx

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax: (865) 436-1244



**Matt Kulp/GRSM/NPS**
07/20/2011 12:09 PM

To   Melissa Cobern/GRSM/NPS@NPS

cc

bcc

Subject   Re: Fw: Proposal to Restructure Backcountry
Reservations/Permit System & Backcountry Information
Office. INTERNAL USE ONLY

Melissa,

Great!  Thanks for the prompt and thorough responses.

Makes good sense.  I would move to go forward with it as it does appear to be leaps and bounds ahead of
the current system.

Thanks,
Matt Kulp
Fishery Biologist
Great Smoky Mountains National Park
(865) 436-1254
Melissa Cobern/GRSM/NPS



**Melissa Cobern/GRSM/NPS**
07/20/2011 11:10 AM

To   Matt Kulp/GRSM/NPS@NPS

cc

Subject   Re: Fw: Proposal to Restructure Backcountry
Reservations/Permit System & Backcountry Information
Office. INTERNAL USE ONLY

Matt,

Thanks so much for your thoughtful questions and comments.  My responses are in the attached in blue
and it is my pleasure to respond.

Let me know if your questions weren't answered, if you have others or any other concerns you have.

If we do this, we want to make sure we do the best we possibly can and not create a monster so
everyone's questions and comments are vitally important toward that end.

Thanks again!

[attachment "Backcountry Reservation System Restructuring Proposal Internal Scoping.docx" deleted by
Matt Kulp/GRSM/NPS]

Melissa K. Cobern
Great Smoky Mountains National Park
Backcountry Management Specialist
865-436-1264



**Matt Kulp/GRSM/NPS**
07/20/2011 08:31 AM

To  Melissa Cobern/GRSM/NPS@NPS

cc

bcc

Subject  Fw: Proposal to Restructure Backcountry
Reservations/Permit System & Backcountry Information
Office. INTERNAL USE ONLY

---

History:  📨 This message has been replied to.

Hey Melissa,

Read through this a couple times and offered some comments/questions for you to consider. Overall I think it sounds like a great idea.

I do see some challenges, including assuring the money (at least most of it) makes it way back to GRSM, LE supervisors actually using the funds to support backcountry LE staff who work *IN* the backcountry and the safety and security of the system (for both the campers and the agency).

I realize many of these you may have already discussed and could not relate in a simple email. I know you're busy, so no need to respond to my questions via email. We can chat in the hall some day. Just wanted to offer some comments.

Thanks,
Matt Kulp
Fishery Biologist
Great Smoky Mountains National Park
(865) 436-1254
----- Forwarded by Matt Kulp/GRSM/NPS on 07/20/2011 08:17 AM -----



**Clayton Jordan/GRSM/NPS**
07/19/2011 11:37 AM

To  Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS,
Brian Straka/GRSM/NPS@NPS, Jeffrey
Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS,
Laurie Jackson/GRSM/NPS@NPS, Debbie
Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS,
Melissa Malone/GRSM/NPS@NPS, Carlos
Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS,
Ron Lawson/GRSM/NPS@NPS, Beverly
Slaybaugh/GRSM/NPS@NPS, Buffy
Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS,
Gail Thompson/GRSM/NPS@NPS, James
Coggins/GRSM/NPS@NPS, Lori
Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS,
Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org,
todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles
Daniels/GRSM/NPS@NPS, Dale
Ditmanson/GRSM/NPS@NPS, Debbie
Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS,
Kevin Fitzgerald/GRSM/NPS@NPS, Nancy
Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS,
Dale Brukiewa/GRSM/NPS@NPS, Jamie
Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS,
Peggy Hummer/GRSM/NPS@NPS, Rhonda
Easterlin/GRSM/NPS@NPS, Robin
VanSlooten/GRSM/NPS@NPS, Todd
Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS,
Barbara Hatcher/GRSM/NPS@NPS, Charles
Sellars/GRSM/NPS@NPS, Herbert
Kupfer/GRSM/NPS@NPS, Imelda



Wegwerth/GRSM/NPS@NPS, Janice
Pelton/GRSM/NPS@NPS, Jessica
Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS,
Marcus Little/GRSM/NPS@NPS, Mike
Tomkosky/GRSM/NPS@NPS, Steven
Sauer/GRSM/NPS@NPS, Teresa
Cantrell/GRSM/NPS@NPS, Tomas
Maclosky/GRSM/NPS@NPS, Adam
Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS,
Curtis Middleton/GRSM/NPS@NPS, Darris
Clabo/GRSM/NPS@NPS, Dawn
Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS,
Gary Zbel/GATE/NPS@NPS, James
Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS,
Keith Slaybaugh/GRSM/NPS@NPS, Larry L
Carter/GRSM/NPS@NPS, Larry R
Evans/GRSM/NPS@NPS, Marcus
Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS,
Mark Schotters/GRSM/NPS@NPS, Mike
Townsend/GRSM/NPS@NPS, Paul
Bogart/GRSM/NPS@NPS, Randy
Wegwerth/GRSM/NPS@NPS, Rebecca
Owenby/GRSM/NPS@NPS, Richard
Jenkins/GRSM/NPS@NPS, Robert
Gunter/GRSM/NPS@NPS, Robert L
Spence/GRSM/NPS@NPS, Teddy
Chambers/GRSM/NPS@NPS, Thomas
Shanley/GRSM/NPS@NPS, Thomas
Smith/GRSM/NPS@NPS, Timothy
Bogan/GRSM/NPS@NPS, Tommy
Clopton/GRSM/NPS@NPS, Travis
Schwarzer/GRSM/NPS@NPS, William
Doerrer/GRSM/NPS@NPS, William G
Carroll/GRSM/NPS@NPS, Christine
Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS,
Dave Lyvers/GRSM/NPS@NPS, David
Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS,
Hal Varnedoe/GRSM/NPS@NPS, John E
Bowers/GRSM/NPS@NPS, Josh
Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS,
Kent Carpenter/GRSM/NPS@NPS, Kevin
Reeves/BLRI/NPS@NPS, Kristopher
Hatten/GRSM/NPS@NPS, Lonnie Malze/GRSM/NPS@NPS,
Michael Burton/GRSM/NPS@NPS, Mike P
Stewart/GRSM/NPS@NPS, Nicholas
Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS,
Rufus Davis/GRSM/NPS@NPS, Sam
Owl/GRSM/NPS@NPS, Sean Brooks/GRSM/NPS@NPS,
Shawn Bain/GRSM/NPS@NPS, Steve
Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS,
Tim Haynes/GRSM/NPS@NPS, Tobias
Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS,
Coralie Bloom/GRSM/NPS@NPS, Elizabeth
Dupree/GRSM/NPS@NPS, Dexter
Armstrong/GRSM/NPS@NPS, Mary Jo
White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS,
Mike Meldrum/GRSM/NPS@NPS, Brad
Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS,
Danny Thomas/GRSM/NPS@NPS, David
Worth/GRSM/NPS@NPS, Emily
DeLanzo/GRSM/NPS@NPS, Gordon
Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS,
Richard Gott/GRSM/NPS@NPS, Emily



Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS,
Jay Johnstone/GRSM/NPS@NPS, Joy
Harrold/GRSM/NPS@NPS, Julie
Townsend/GRSM/NPS@NPS, Karen
Ballentine/GRSM/NPS@NPS, Mary
Wright/GRSM/NPS@NPS, Sarah
Holman/GRSM/NPS@NPS, Susan
Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS,
Deborah England/GRSM/NPS@NPS, Elizabeth
Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS,
Lisa Free/GRSM/NPS@NPS, Lynda C
Doucette/GRSM/NPS@NPS, Michael L
Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS,
Susan Ross/GRSM/NPS@NPS, Erik S
Kreusch/GRSM/NPS@NPS, Joan
Ilacqua/Partner/NPS@NPS, John
McDade/GRSM/NPS@NPS, April
Deming/GRSM/NPS@NPS, Bob
Dellinger/GRSM/NPS@NPS, Dave
Loveland/GRSM/NPS@NPS, Eric
Worthington/GRSM/NPS@NPS, Huma
Alvarado/GRSM/NPS@NPS, Izaak
McHenry/GRSM/NPS@NPS, John M
Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS,
Kenny Ballard/GRSM/NPS@NPS, Lawrence
Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS,
Rhonda Watson/GRSM/NPS@NPS, Rob
Klein/GRSM/NPS@NPS, Ron Szerensci/GRSM/NPS@NPS,
Shane Paxton/GRSM/NPS@NPS, Wylie
Paxton/GRSM/NPS@NPS, Adriean
Mayor/GRSM/NPS@NPS, Annette
Hartigan/Partner/NPS@NPS, Becky
Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS,
Joshua Albritton/GRSM/NPS@NPS, Keith
Langdon/GRSM/NPS@NPS, Michael
Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS,
Tom Remaley/GRSM/NPS@NPS, Jim
Renfro/GRSM/NPS@NPS, Russell
Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS,
Steve E Moore/GRSM/NPS@NPS, Susan
Simpson/GRSM/NPS@NPS, Alicia
Kellogg/Partner/NPS@NPS, Brandon
Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS,
Cherie Cordell/GRSM/NPS@NPS, Dan W
Bryson/GRSM/NPS@NPS, Geoffrey
Geier/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS,
Jesse Webster/GRSM/NPS@NPS, Ken
Culbertson/GRSM/NPS@NPS, Kristine
Johnson/GRSM/NPS@NPS, Matthew
Peterson/Partner/NPS@NPS, Michael
Zumwalt/GRSM/NPS@NPS, Steven
Shaper/GRSM/NPS@NPS, Thomas
Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS,
Andrew Kreminski/Partner/NPS@NPS, Bill
Stiver/GRSM/NPS@NPS, Billy
LaGrange/GRSM/NPS@NPS, Courtney
Grantham/GRSM/NPS@NPS, James
Carr/GRSM/NPS@NPS, Jeremy
Nicholson/Partner/NPS@NPS, Joseph
Yarkovich/GRSM/NPS@NPS, Nathan
Buckhout/Partner/NPS@NPS, Rick
Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS,
Jeff Troutman/GRSM/NPS@NPS, Jessica St



Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS, Daniel Lawler/GRSM/NPS@NPS, Darrell Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS, Michelle Bogart/GRSM/NPS@NPS, Phil Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS, Andrew Herrington/GRSM/NPS@NPS, Carmen Barnard/GRSM/NPS@NPS, Curt Dimmick/GRSM/NPS@NPS, James Stringfellow/GRSM/NPS@NPS, Joe Pond/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS, Karl Danforth/GRSM/NPS@NPS, Kathleen Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS, Mike Scheid/GRSM/NPS@NPS, Patrick Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Jeff Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS, Kirby Styles/GRSM/NPS@NPS, Lisa R Brown/GRSM/NPS@NPS, Lisa Slobodzian/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS, Pamela Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS, Brandon Slaybaugh/GRSM/NPS@NPS, Calyn Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS, Dawn Pekarchick/GRSM/NPS@NPS, Jamie Hamilton/GRSM/NPS@NPS, Joann Rochelle/GRSM/NPS@NPS, Jonathan Mattox/GRSM/NPS@NPS, Katherine Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS, Leila Colburn/GRSM/NPS@NPS, Lloyd Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS, Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P Howell/GRSM/NPS@NPS, Rachel Kolodski/GRSM/NPS@NPS, Tonya Nicholson/GRSM/NPS@NPS, Whitny Howeth/GRSM/NPS@NPS, Andrew Rockafellow/GRSM/NPS@NPS, Bobby Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS, Chuck Hester/GRSM/NPS@NPS, Dennis Milligan/BAND/NPS@NPS, Ellen Paxton/GRSM/NPS@NPS, Heath Soehn/GRSM/NPS@NPS, Helen McNutt/GRSM/NPS@NPS, James A Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS, Jared St Clair/GRSM/NPS@NPS, Jason Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS, John Sheets/GRSM/NPS@NPS, Kent Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS, Michael V Garner/GRSM/NPS@NPS, Samuel Salter/GRSM/NPS@NPS, Steve Spanyer/GRSM/NPS@NPS, Steven Kloster/GRSM/NPS@NPS, Tabbatha Cavendish/GRSM/NPS@NPS, Taylor Kasabian/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS, Todd Roessner/GRSM/NPS@NPS, William Jaynes/GRSM/NPS@NPS, Charles Daniels/GRSM/NPS@NPS, Debbie Huskey/GRSM/NPS@NPS

cc



Subject  Proposal to Restructure Backcountry Reservations/Permit
System & Backcountry Information Office.  INTERNAL USE
ONLY

All:

Park management is considering a proposal to restructure the backcountry reservations and
permitting processes as well as assisted backcountry trip planning services. Attached please find
a document for more information on this proposal. Right now, before going public with this, we
would like to solicit any internal feedback from park employees as we are still early in the
planning phase. **Please do not circulate this beyond park employees as we may make
changes to the proposal before presenting it to the public and we would like to avoid any
confusion by there being inaccurate information in circulation when we do so.** In August we
expect to present the proposal to the public, with any revisions, for public comment before any
final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan



Backcountry Reservation System Restructuring Proposal Internal Scoping.docx

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax:  (865) 436-1244



Clayton Jordan/GRSM/NPS
07/20/2011 04:44 PM

To  Shane Paxton/GRSM/NPS@NPS

cc  Melissa Cobern/GRSM/NPS@NPS

bcc

Subject  Re: Proposal to Restructure Backcountry
Reservations/Permit System & Backcountry Information
Office.  INTERNAL USE ONLY

Thanks much for the feedback, Shane! I agree, I would like to see more RP emphasis. We are in the process of making a few adjustments with what we have which will help a little, but it is going to require additional positions to make a big difference.

Clay

---

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax:  (865) 436-1244

Shane Paxton          Clay,                                    07/20/2011 08:52:37 AM

Shane Paxton/GRSM/NPS
07/20/2011 08:52 AM

To  Clayton Jordan/GRSM/NPS@NPS

cc

Subject  Re: Proposal to Restructure Backcountry
Reservations/Permit System & Backcountry Information
Office.  INTERNAL USE ONLY

Clay,

Regarding the restructuring of the Backcountry system, my vote is to charge the maximum allowable for the privilage of backcountry use in GRSM and to look hard at adding more than 2 backcountry LEO's.  Its shocking to me the amount of backcountry area vs. leo backcountry patrols.  I understand the challenge of road coverage vs. backcountry coverage, but to look at the NPS mission, the backcountry (natural resources) is suffering immensely.  The pendulum needs to swing the other direction...

On a related note, who is responsible for boundaries, specifically marking?

Thanks for pushing the restructure forward!

Shane Paxton
Great Smoky Wildland Fire Module
865-430-4754

(865) 436-1260
Susan Ross/GRSM/NPS

| | | |
|---|---|---|
| **Susan Ross/GRSM/NPS**<br>07/22/2011 03:55 PM | To | Coralie Bloom/GRSM/NPS@NPS, Elizabeth Dupree/GRSM/NPS@NPS, Dexter Armstrong/GRSM/NPS@NPS, Mary Jo White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS, Mike Meldrum/GRSM/NPS@NPS, Brad Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS, Danny Thomas/GRSM/NPS@NPS, David Worth/GRSM/NPS@NPS, Emily DeLanzo/GRSM/NPS@NPS, Gordon Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS, Richard Gott/GRSM/NPS@NPS, Emily Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS, Jay Johnstone/GRSM/NPS@NPS, Joy Harrold/GRSM/NPS@NPS, Julie Townsend/GRSM/NPS@NPS, Karen Ballentine/GRSM/NPS@NPS, Mary Wright/GRSM/NPS@NPS, Sarah Holman/GRSM/NPS@NPS, Susan Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS, Deborah England/GRSM/NPS@NPS, Elizabeth Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS, Lisa Free/GRSM/NPS@NPS, Lynda C Doucette/GRSM/NPS@NPS, Michael L Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS, Susan Ross/GRSM/NPS@NPS |
| | cc | |
| | Subject | Fw: Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office. INTERNAL USE ONLY |

Hello All,

As you can see from Liz's email, she would like for everyone who is planning to respond to send her your response.

Thank you,

Susan Ross
Great Smoky Mountains National Park
865-436-1256
----- Forwarded by Susan Ross/GRSM/NPS on 07/22/2011 03:54 PM -----

| | | |
|---|---|---|
|  **Elizabeth Dupree/GRSM/NPS**<br>07/20/2011 08:52 PM | To | "Susan Ross" <Susan_Ross@nps.gov> |
| | cc | |
| | Subject | Fw: Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office. INTERNAL USE ONLY |

Susan can u forward to interp staff please ask them to respond to me with comments. Thanks liz



**Mike Tomkosky/GRSM/NPS**
07/25/2011 03:08 PM

To  Melissa Cobern/GRSM/NPS@NPS

cc

bcc

Subject  Fw: Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office.  INTERNAL USE ONLY

History:  🖉 This message has been replied to.

Hi Melissa,

I took an opportunity to read through the back-country permitting proposal. I appreciate that park management reached out to employees for an initial screening.

Also, please pass along to whoever prepared the proposal that I think they did an excellent job. Pretty much all of my questions were answered and I can tell there was a good amount of thought placed into this.

I only have three comments to be considered:

1) In consideration that it may take some times for visitors to realize that we might be on a reservation system, many of them may arrive in the Park not realizing that they have to have an advance reservation. The proposal does not clearly identify how visitors that show up without a reservation can still be accommodate when they get here. We should identify a transition period, maybe 6 or 12 months, where visitors can go to the VC's (or some other location close to the Park - maybe Welcome Centers?) and get assistance in making a reservation.

2) What is the contingency planning if someone makes a reservation and then arrives to the Park to find the site closed due to bear activity or other safety issue? Many may have traveled a long distance. Without the reservation system, they can just select another site. With the reservation system, they might need assistance in getting an alternate reservation. Also, we should consider setting aside a small percentage of sites in each region for just this case, but in doing that, it leaves less sites in circulation for use.

3) Regarding the fee structure - a good majority of visitors will accept the fee as no inconvenience at all but we will also have a percentage who don't like it. For this reason, the Park might want to consider using the $4/per person per/night for a transition period of maybe 12 months. After 12 months, move to the $10/reservation + $5/person. The $4/night will seem like a bargain, especially to those who may be traveling by themselves.

Thanks again for the opportunity to comment.

Mike T.


****************************
Michael T. Tomkosky
NPS/DSC Project Manager
(865) 436-1570 office
(865) 850-3649 cell


----- Forwarded by Mike Tomkosky/GRSM/NPS on 07/25/2011 02:52 PM -----



**Clayton Jordan/GRSM/NPS**
07/19/2011 11:37 AM

To  Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS, Brian Straka/GRSM/NPS@NPS, Jeffrey



Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS,
Laurie Jackson/GRSM/NPS@NPS, Debbie
Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS,
Melissa Malone/GRSM/NPS@NPS, Carlos
Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS,
Ron Lawson/GRSM/NPS@NPS, Beverly
Slaybaugh/GRSM/NPS@NPS, Buffy
Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS,
Gail Thompson/GRSM/NPS@NPS, James
Coggins/GRSM/NPS@NPS, Lori
Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS,
Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org,
todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles
Daniels/GRSM/NPS@NPS, Dale
Ditmanson/GRSM/NPS@NPS, Debbie
Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS,
Kevin Fitzgerald/GRSM/NPS@NPS, Nancy
Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS,
Dale Brukiewa/GRSM/NPS@NPS, Jamie
Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS,
Peggy Hummer/GRSM/NPS@NPS, Rhonda
Easterlin/GRSM/NPS@NPS, Robin
VanSlooten/GRSM/NPS@NPS, Todd
Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS,
Barbara Hatcher/GRSM/NPS@NPS, Charles
Sellars/GRSM/NPS@NPS, Herbert
Kupfer/GRSM/NPS@NPS, Imelda
Wegwerth/GRSM/NPS@NPS, Janice
Pelton/GRSM/NPS@NPS, Jessica
Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS,
Marcus Little/GRSM/NPS@NPS, Mike
Tomkosky/GRSM/NPS@NPS, Steven
Sauer/GRSM/NPS@NPS, Teresa
Cantrell/GRSM/NPS@NPS, Tomas
Maclosky/GRSM/NPS@NPS, Adam
Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS,
Curtis Middleton/GRSM/NPS@NPS, Darris
Clabo/GRSM/NPS@NPS, Dawn
Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS,
Gary Zbel/GATE/NPS@NPS, James
Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS,
Keith Slaybaugh/GRSM/NPS@NPS, Larry L
Carter/GRSM/NPS@NPS, Larry R
Evans/GRSM/NPS@NPS, Marcus
Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS,
Mark Schotters/GRSM/NPS@NPS, Mike
Townsend/GRSM/NPS@NPS, Paul
Bogart/GRSM/NPS@NPS, Randy
Wegwerth/GRSM/NPS@NPS, Rebecca
Owenby/GRSM/NPS@NPS, Richard
Jenkins/GRSM/NPS@NPS, Robert
Gunter/GRSM/NPS@NPS, Robert L
Spence/GRSM/NPS@NPS, Teddy
Chambers/GRSM/NPS@NPS, Thomas
Shanley/GRSM/NPS@NPS, Thomas
Smith/GRSM/NPS@NPS, Timothy
Bogan/GRSM/NPS@NPS, Tommy
Clopton/GRSM/NPS@NPS, Travis
Schwarzer/GRSM/NPS@NPS, William
Doerrer/GRSM/NPS@NPS, William G
Carroll/GRSM/NPS@NPS, Christine
Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS,
Dave Lyvers/GRSM/NPS@NPS, David



Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS, Hal Varnedoe/GRSM/NPS@NPS, John E Bowers/GRSM/NPS@NPS, Josh Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS, Kent Carpenter/GRSM/NPS@NPS, Kevin Reeves/BLRI/NPS@NPS, Kristopher Hatten/GRSM/NPS@NPS, Lonnie Malze/GRSM/NPS@NPS, Michael Burton/GRSM/NPS@NPS, Mike P Stewart/GRSM/NPS@NPS, Nicholas Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS, Rufus Davis/GRSM/NPS@NPS, Sam Owl/GRSM/NPS@NPS, Sean Brooks/GRSM/NPS@NPS, Shawn Bain/GRSM/NPS@NPS, Steve Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS, Tim Haynes/GRSM/NPS@NPS, Tobias Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS, Coralie Bloom/GRSM/NPS@NPS, Elizabeth Dupree/GRSM/NPS@NPS, Dexter Armstrong/GRSM/NPS@NPS, Mary Jo White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS, Mike Meldrum/GRSM/NPS@NPS, Brad Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS, Danny Thomas/GRSM/NPS@NPS, David Worth/GRSM/NPS@NPS, Emily DeLanzo/GRSM/NPS@NPS, Gordon Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS, Richard Gott/GRSM/NPS@NPS, Emily Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS, Jay Johnstone/GRSM/NPS@NPS, Joy Harrold/GRSM/NPS@NPS, Julie Townsend/GRSM/NPS@NPS, Karen Ballentine/GRSM/NPS@NPS, Mary Wright/GRSM/NPS@NPS, Sarah Holman/GRSM/NPS@NPS, Susan Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS, Deborah England/GRSM/NPS@NPS, Elizabeth Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS, Lisa Free/GRSM/NPS@NPS, Lynda C Doucette/GRSM/NPS@NPS, Michael L Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS, Susan Ross/GRSM/NPS@NPS, Erik S Kreusch/GRSM/NPS@NPS, Joan Ilacqua/Partner/NPS@NPS, John McDade/GRSM/NPS@NPS, April Deming/GRSM/NPS@NPS, Bob Dellinger/GRSM/NPS@NPS, Dave Loveland/GRSM/NPS@NPS, Eric Worthington/GRSM/NPS@NPS, Huma Alvarado/GRSM/NPS@NPS, Izaak McHenry/GRSM/NPS@NPS, John M Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS, Kenny Ballard/GRSM/NPS@NPS, Lawrence Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS, Rhonda Watson/GRSM/NPS@NPS, Rob Klein/GRSM/NPS@NPS, Ron Szerenscii/GRSM/NPS@NPS, Shane Paxton/GRSM/NPS@NPS, Wylie Paxton/GRSM/NPS@NPS, Adriean Mayor/GRSM/NPS@NPS, Annette Hartigan/Partner/NPS@NPS, Becky Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS, Joshua Albritton/GRSM/NPS@NPS, Keith Langdon/GRSM/NPS@NPS, Michael Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS,



Tom Remaley/GRSM/NPS@NPS, Jim
Renfro/GRSM/NPS@NPS, Russell
Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS,
Steve E Moore/GRSM/NPS@NPS, Susan
Simpson/GRSM/NPS@NPS, Alicia
Kellogg/Partner/NPS@NPS, Brandon
Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS,
Cherie Cordell/GRSM/NPS@NPS, Dan W
Bryson/GRSM/NPS@NPS, Geoffrey
Geler/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS,
Jesse Webster/GRSM/NPS@NPS, Ken
Culbertson/GRSM/NPS@NPS, Kristine
Johnson/GRSM/NPS@NPS, Matthew
Peterson/Partner/NPS@NPS, Michael
Zumwalt/GRSM/NPS@NPS, Steven
Shaper/GRSM/NPS@NPS, Thomas
Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS,
Andrew Kreminski/Partner/NPS@NPS, Bill
Stiver/GRSM/NPS@NPS, Billy
LaGrange/GRSM/NPS@NPS, Courtney
Grantham/GRSM/NPS@NPS, James
Carr/GRSM/NPS@NPS, Jeremy
Nicholson/Partner/NPS@NPS, Joseph
Yarkovich/GRSM/NPS@NPS, Nathan
Buckhout/Partner/NPS@NPS, Rick
Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS,
Jeff Troutman/GRSM/NPS@NPS, Jessica St
Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS,
Daniel Lawler/GRSM/NPS@NPS, Darrell
Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS,
Michelle Bogart/GRSM/NPS@NPS, Phil
Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS,
Andrew Herrington/GRSM/NPS@NPS, Carmen
Barnard/GRSM/NPS@NPS, Curt
Dimmick/GRSM/NPS@NPS, James
Stringfellow/GRSM/NPS@NPS, Joe
Pond/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS,
Karl Danforth/GRSM/NPS@NPS, Kathleen
Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS,
Mike Scheid/GRSM/NPS@NPS, Patrick
Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS,
Bob Wightman/GRSM/NPS@NPS, Clayton
Jordan/GRSM/NPS@NPS, Heather
Wood/GRSM/NPS@NPS, Bob
Wightman/GRSM/NPS@NPS, Clayton
Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS,
Heather Wood/GRSM/NPS@NPS, Jeff
Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS,
Kirby Styles/GRSM/NPS@NPS, Lisa R
Brown/GRSM/NPS@NPS, Lisa
Slobodzian/GRSM/NPS@NPS, Melissa
Cobern/GRSM/NPS@NPS, Pamela
Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS,
Brandon Slaybaugh/GRSM/NPS@NPS, Calyn
Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS,
Dawn Pekarchick/GRSM/NPS@NPS, Jamie
Hamilton/GRSM/NPS@NPS, Joann
Rochelle/GRSM/NPS@NPS, Jonathan
Mattox/GRSM/NPS@NPS, Katherine
Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS,
Leila Colburn/GRSM/NPS@NPS, Lloyd
Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS,
Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P



Howell/GRSM/NPS@NPS, Rachel
Kolodski/GRSM/NPS@NPS, Tonya
Nicholson/GRSM/NPS@NPS, Whitny
Howeth/GRSM/NPS@NPS, Andrew
Rockafellow/GRSM/NPS@NPS, Bobby
Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS,
Chuck Hester/GRSM/NPS@NPS, Dennis
Milligan/BAND/NPS@NPS, Ellen Paxton/GRSM/NPS@NPS,
Heath Soehn/GRSM/NPS@NPS, Helen
McNutt/GRSM/NPS@NPS, James A
Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS,
Jared St Clair/GRSM/NPS@NPS, Jason
Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS,
John Sheets/GRSM/NPS@NPS, Kent
Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS,
Michael V Garner/GRSM/NPS@NPS, Samuel
Salter/GRSM/NPS@NPS, Steve
Spanyer/GRSM/NPS@NPS, Steven
Kloster/GRSM/NPS@NPS, Tabbatha
Cavendish/GRSM/NPS@NPS, Taylor
Kasabian/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS,
Todd Roessner/GRSM/NPS@NPS, William
Jaynes/GRSM/NPS@NPS, Charles
Daniels/GRSM/NPS@NPS, Debbie
Huskey/GRSM/NPS@NPS

cc

Subject  Proposal to Restructure Backcountry Reservations/Permit
System & Backcountry Information Office.  INTERNAL USE
ONLY

All:

Park management is considering a proposal to restructure the backcountry reservations and permitting processes as well as assisted backcountry trip planning services. Attached please find a document for more information on this proposal. Right now, before going public with this, we would like to solicit any internal feedback from park employees as we are still early in the planning phase. **Please do not circulate this beyond park employees as we may make changes to the proposal before presenting it to the public and we would like to avoid any confusion by there being inaccurate information in circulation when we do so.** In August we expect to present the proposal to the public, with any revisions, for public comment before any final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan
[attachment "Backcountry Reservation System Restructuring Proposal Internal Scoping.docx" deleted by Mike Tomkosky/GRSM/NPS]

---

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738

Direct: (865) 436-1225
Cell: (865) 202-6725
Fax:  (865) 436-1244



Clayton Jordan/GRSM/NPS
07/26/2011 11:48 AM

To  Caitlin Worth/GRSM/NPS@NPS, Elizabeth
Dupree/GRSM/NPS@NPS, "Melissa Cobern"
<Melissa_Cobern@nps.gov>

cc

bcc

Subject  Re: Proposal to Restructure Backcountry
Reservations/Permit System & Backcountry Information
Office.  INTERNAL USE ONLY

Caitlin

I appreciate the perspective. Thanks much for weighing in.

Clay

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Rd.
Gatlinburg, TN. 37738
(865) 436-1225
(865) 202-6725 (cell)
(865) 436-1244 (fax)
    Caitlin Worth

----- Original Message -----
    **From:** Caitlin Worth
    **Sent:** 07/26/2011 11:02 AM EDT
    **To:** Clayton Jordan; Elizabeth Dupree
    **Subject:** Re: Proposal to Restructure Backcountry Reservations/Permit
System & Backcountry Information Office.   INTERNAL USE ONLY
As the only NPS employee at Sugarlands Visitor Center that has access to the Tracker system, I whole heartedly agree with the idea of staffing the backcountry office. Pam is only one person, and the volunteers, although exceedingly knowledgeable and dedicated, are volunteers. They are often only on duty in the backcountry office from about 9 am to 3 pm. This time frame has a neglible impact on our operations in the winter time, when we are open from 8 - 4:30 and backcountry use is down, but in the summer it can be an issue.

The VC is open from 8 am until 7 pm in the summer time, when backcountry needs are high. This leaves the backcountry office unstaffed for a good 3 - 4 hours in the afternoon, many days of the week. I often help people as I can with acquiring backcountry reservations, but when I am not on duty our staff has to tell people that they do not have access to the system, and cannot make them a reservation. This is very frusterating for visitors and staff, as we feel that we cannot do anything to help them.

I believe that having a full time staff presence in the backcountry office during our hours of operation at the visitor center would be excellent, and worth the initial strain on the visitor inherent to getting used to a new way of doing things. The fees seem reasonable, and I was happy to see the inclusion of backcountry protection seasonals to help protect the well being and experience of the visitors.

Caitlin Worth
Park Ranger - Sugarlands Visitor Center
Great Smoky Mountains National Park
(865) 436-1263



**Joe Pond/GRSM/NPS**
07/26/2011 01:11 PM

To Melissa Cobern/GRSM/NPS@NPS

cc Clayton Jordan/GRSM/NPS@NPS

bcc

Subject Fw: Proposal to Restructure Back-country Reservations/Permit System & Back-country Information Office. INTERNAL USE ONLY

Looks well thought out to me.

My only concern was apparently addressed and that is the fact that sometimes BC permit info is invaluable in SAR and LE operations. It appears we would be able to work through Rec.gov to gather probably more accurate info?

Regardless this is long overdue.


Joe Pond

Supervisory Park Ranger
Great Smoky Mountains National Park
North Carolina Ranger Operations- South District
(828) 497-1941 Office
(828) 497-5302 Fax
(865) 436-1230 Dispatch
----- Forwarded by Joe Pond/GRSM/NPS on 07/26/2011 01:08 PM -----



**Clayton Jordan/GRSM/NPS**
07/26/2011 08:25 AM

To Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS, Brian Straka/GRSM/NPS@NPS, Jeffrey Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS, Laurie Jackson/GRSM/NPS@NPS, Debbie Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS, Melissa Malone/GRSM/NPS@NPS, Carlos Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS, Ron Lawson/GRSM/NPS@NPS, Beverly Slaybaugh/GRSM/NPS@NPS, Buffy Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS, Gail Thompson/GRSM/NPS@NPS, James Coggins/GRSM/NPS@NPS, Lori Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS, Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org, todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles Daniels/GRSM/NPS@NPS, Dale Ditmanson/GRSM/NPS@NPS, Debbie Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS, Kevin Fitzgerald/GRSM/NPS@NPS, Nancy Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS, Dale Brukiewa/GRSM/NPS@NPS, Jamie Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS, Peggy Hummer/GRSM/NPS@NPS, Rhonda Easterlin/GRSM/NPS@NPS, Robin VanSlooten/GRSM/NPS@NPS, Todd Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS, Barbara Hatcher/GRSM/NPS@NPS, Charles Sellars/GRSM/NPS@NPS, Herbert Kupfer/GRSM/NPS@NPS, Imelda Wegwerth/GRSM/NPS@NPS, Janice



Pelton/GRSM/NPS@NPS, Jessica
Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS,
Marcus Little/GRSM/NPS@NPS, Mike
Tomkosky/GRSM/NPS@NPS, Steven
Sauer/GRSM/NPS@NPS, Teresa
Cantrell/GRSM/NPS@NPS, Tomas
Maclosky/GRSM/NPS@NPS, Adam
Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS,
Curtis Middleton/GRSM/NPS@NPS, Darris
Clabo/GRSM/NPS@NPS, Dawn
Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS,
Gary Zbel/GATE/NPS@NPS, James
Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS,
Keith Slaybaugh/GRSM/NPS@NPS, Larry L
Carter/GRSM/NPS@NPS, Larry R
Evans/GRSM/NPS@NPS, Marcus
Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS,
Mark Schotters/GRSM/NPS@NPS, Mike
Townsend/GRSM/NPS@NPS, Paul
Bogart/GRSM/NPS@NPS, Randy
Wegwerth/GRSM/NPS@NPS, Rebecca
Owenby/GRSM/NPS@NPS, Richard
Jenkins/GRSM/NPS@NPS, Robert
Gunter/GRSM/NPS@NPS, Robert L
Spence/GRSM/NPS@NPS, Teddy
Chambers/GRSM/NPS@NPS, Thomas
Shanley/GRSM/NPS@NPS, Thomas
Smith/GRSM/NPS@NPS, Timothy
Bogan/GRSM/NPS@NPS, Tommy
Clopton/GRSM/NPS@NPS, Travis
Schwarzer/GRSM/NPS@NPS, William
Doerrer/GRSM/NPS@NPS, William G
Carroll/GRSM/NPS@NPS, Christine
Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS,
Dave Lyvers/GRSM/NPS@NPS, David
Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS,
Hal Varnedoe/GRSM/NPS@NPS, John E
Bowers/GRSM/NPS@NPS, Josh
Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS,
Kent Carpenter/GRSM/NPS@NPS, Kevin
Reeves/BLRI/NPS@NPS, Kristopher
Hatten/GRSM/NPS@NPS, Lonnie Maize/GRSM/NPS@NPS,
Michael Burton/GRSM/NPS@NPS, Mike P
Stewart/GRSM/NPS@NPS, Nicholas
Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS,
Rufus Davis/GRSM/NPS@NPS, Sam
Owl/GRSM/NPS@NPS, Sean Brooks/GRSM/NPS@NPS,
Shawn Bain/GRSM/NPS@NPS, Steve
Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS,
Tim Haynes/GRSM/NPS@NPS, Tobias
Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS,
Coralie Bloom/GRSM/NPS@NPS, Elizabeth
Dupree/GRSM/NPS@NPS, Dexter
Armstrong/GRSM/NPS@NPS, Mary Jo
White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS,
Mike Meldrum/GRSM/NPS@NPS, Brad
Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS,
Danny Thomas/GRSM/NPS@NPS, David
Worth/GRSM/NPS@NPS, Emily
DeLanzo/GRSM/NPS@NPS, Gordon
Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS,
Richard Gott/GRSM/NPS@NPS, Emily
Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS,



Jay Johnstone/GRSM/NPS@NPS, Joy
Harrold/GRSM/NPS@NPS, Julie
Townsend/GRSM/NPS@NPS, Karen
Ballentine/GRSM/NPS@NPS, Mary
Wright/GRSM/NPS@NPS, Sarah
Holman/GRSM/NPS@NPS, Susan
Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS,
Deborah England/GRSM/NPS@NPS, Elizabeth
Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS,
Lisa Free/GRSM/NPS@NPS, Lynda C
Doucette/GRSM/NPS@NPS, Michael L
Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS,
Susan Ross/GRSM/NPS@NPS, Erik S
Kreusch/GRSM/NPS@NPS, Joan
Ilacqua/Partner/NPS@NPS, John
McDade/GRSM/NPS@NPS, April
Deming/GRSM/NPS@NPS, Bob
Dellinger/GRSM/NPS@NPS, Dave
Loveland/GRSM/NPS@NPS, Eric
Worthington/GRSM/NPS@NPS, Huma
Alvarado/GRSM/NPS@NPS, Izaak
McHenry/GRSM/NPS@NPS, John M
Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS,
Kenny Ballard/GRSM/NPS@NPS, Lawrence
Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS,
Rhonda Watson/GRSM/NPS@NPS, Rob
Klein/GRSM/NPS@NPS, Ron Szerensci/GRSM/NPS@NPS,
Shane Paxton/GRSM/NPS@NPS, Wylie
Paxton/GRSM/NPS@NPS, Adriean
Mayor/GRSM/NPS@NPS, Annette
Hartigan/Partner/NPS@NPS, Becky
Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS,
Joshua Albritton/GRSM/NPS@NPS, Keith
Langdon/GRSM/NPS@NPS, Michael
Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS,
Tom Remaley/GRSM/NPS@NPS, Jim
Renfro/GRSM/NPS@NPS, Russell
Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS,
Steve E Moore/GRSM/NPS@NPS, Susan
Simpson/GRSM/NPS@NPS, Alicia
Kellogg/Partner/NPS@NPS, Brandon
Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS,
Cherie Cordell/GRSM/NPS@NPS, Dan W
Bryson/GRSM/NPS@NPS, Geoffrey
Geler/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS,
Jesse Webster/GRSM/NPS@NPS, Ken
Culbertson/GRSM/NPS@NPS, Kristine
Johnson/GRSM/NPS@NPS, Matthew
Peterson/Partner/NPS@NPS, Michael
Zumwalt/GRSM/NPS@NPS, Steven
Shaper/GRSM/NPS@NPS, Thomas
Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS,
Andrew Kreminski/Partner/NPS@NPS, Bill
Stiver/GRSM/NPS@NPS, Billy
LaGrange/GRSM/NPS@NPS, Courtney
Grantham/GRSM/NPS@NPS, James
Carr/GRSM/NPS@NPS, Jeremy
Nicholson/Partner/NPS@NPS, Joseph
Yarkovich/GRSM/NPS@NPS, Nathan
Buckhout/Partner/NPS@NPS, Rick
Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS,
Jeff Troutman/GRSM/NPS@NPS, Jessica St
Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS,



Daniel Lawler/GRSM/NPS@NPS, Darrell Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS, Michelle Bogart/GRSM/NPS@NPS, Phil Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS, Andrew Herrington/GRSM/NPS@NPS, Carmen Barnard/GRSM/NPS@NPS, Curt Dimmick/GRSM/NPS@NPS, James Stringfellow/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS, Karl Danforth/GRSM/NPS@NPS, Kathleen Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS, Mike Scheid/GRSM/NPS@NPS, Patrick Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Jeff Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS, Kirby Styles/GRSM/NPS@NPS, Lisa R Brown/GRSM/NPS@NPS, Lisa Slobodzian/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS, Pamela Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS, Brandon Slaybaugh/GRSM/NPS@NPS, Calyn Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS, Dawn Pekarchick/GRSM/NPS@NPS, Jamie Hamilton/GRSM/NPS@NPS, Joann Rochelle/GRSM/NPS@NPS, Jonathan Mattox/GRSM/NPS@NPS, Katherine Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS, Leila Colburn/GRSM/NPS@NPS, Lloyd Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS, Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P Howell/GRSM/NPS@NPS, Rachel Kolodski/GRSM/NPS@NPS, Tonya Nicholson/GRSM/NPS@NPS, Whitny Howeth/GRSM/NPS@NPS, Andrew Rockafellow/GRSM/NPS@NPS, Bobby Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS, Chuck Hester/GRSM/NPS@NPS, Dennis Milligan/BAND/NPS@NPS, Ellen Paxton/GRSM/NPS@NPS, Heath Soehn/GRSM/NPS@NPS, Helen McNutt/GRSM/NPS@NPS, James A Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS, Jared St Clair/GRSM/NPS@NPS, Jason Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS, John Sheets/GRSM/NPS@NPS, Kent Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS, Michael V Garner/GRSM/NPS@NPS, Samuel Salter/GRSM/NPS@NPS, Steve Spanyer/GRSM/NPS@NPS, Steven Kloster/GRSM/NPS@NPS, Tabbatha Cavendish/GRSM/NPS@NPS, Taylor Kasabian/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS, Todd Roessner/GRSM/NPS@NPS, William Jaynes/GRSM/NPS@NPS, Charles Daniels/GRSM/NPS@NPS, Debbie Huskey/GRSM/NPS@NPS, Joe Pond/GRSM/NPS@NPS

cc

Subject   Proposal to Restructure Backcountry Reservations/Permit



All:

Park management is considering a proposal to restructure the backcountry reservations and permitting processes as well as assisted backcountry trip planning services. Attached please find a document for more information on this proposal. Right now, before going public with this, we would like to solicit any internal feedback from park employees as we are still early in the planning phase. **Please do not circulate this beyond park employees as we may make changes to the proposal before presenting it to the public and we would like to avoid any confusion by there being inaccurate information in circulation when we do so.** In August we expect to present the proposal to the public, with any revisions, for public comment before any final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan
[attachment "Backcountry Reservation System Restructuring Proposal Internal Scoping.docx" deleted by Joe Pond/GRSM/NPS]

---

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax:  (865) 436-1244



**Clayton Jordan/GRSM/NPS**
07/27/2011 01:23 AM

To "Melissa Cobern" <Melissa_Cobern@nps.gov>

cc

bcc

Subject Fw: Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office. INTERNAL USE ONLY

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Rd.
Gatlinburg, TN. 37738
(865) 436-1225
(865) 202-6725 (cell)
(865) 436-1244 (fax)
    Elizabeth Dupree

----- Original Message -----
    **From:** Elizabeth Dupree
    **Sent:** 07/26/2011 11:59 AM EDT
    **To:** Clayton Jordan
    **Subject:** Fw: Proposal to Restructure Backcountry Reservations/Permit
System & Backcountry Information Office.  INTERNAL USE ONLY

Elizabeth Dupree, Chief of Resource Education
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN 37738
(865)436-1255          865-436-1307 fax
elizabeth_dupree@nps.gov    www.nps.gov/grsm
----- Forwarded by Elizabeth Dupree/GRSM/NPS on 07/26/2011 11:59 AM -----

----- Forwarded by Susan Ross/GRSM/NPS on 07/25/2011 07:14 AM -----



**Brad Free/GRSM/NPS**
07/23/2011 01:51 PM

To Susan Ross/GRSM/NPS@NPS

cc

Subject Re: Fw: Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office. INTERNAL USE ONLY

One thing that would really help us out is to have someone staff the backcountry office during the operation hours of the visitor center. Visitors get mad at our staff when we cannot make the reservations for them or have time to plan their trip. Thanks.
Brad

Brad Free
Park Ranger - Division of Resource Education
Great Smoky Mountains National Park



**Joel Ossoff/GRSM/NPS**
07/28/2011 10:01 AM

To    Melissa Cobern/GRSM/NPS@NPS

cc    Clayton Jordan/GRSM/NPS@NPS, Kevin
       Fitzgerald/GRSM/NPS@NPS

bcc

Subject    Go Smokies website comments on BC proposal

| History: | 📧 This message has been replied to. |
|---|---|

Melissa,

You may already be familiar with the Go Smokies social networking site for the Smokies. Vesna Plakanis called me to let me know that the proposal has already made it to this site and is generating mixed comments.

http://gosmokies.knoxnews.com/profiles/blogs/gsmnp-proposes-all-reservation

Joel D. Ossoff
Concessions Management Specialist
Great Smoky Mountains National Park
Voice: (828) 497-1932
Fax: (828) 497-1926



Alan Sumeriski/GRSM/NPS
07/29/2011 04:00 PM

To  Melissa Cobern/GRSM/NPS@NPS

cc  Tobias Miller/GRSM/NPS@NPS, Charles
    Sellars/GRSM/NPS@NPS

bcc

Subject  Fw: Proposal to Restructure Backcountry
         Reservations/Permit System & Backcountry Information
         Office.  INTERNAL USE ONLY

| History: | ⤷ This message has been forwarded. |
|---|---|

Melissa,

Thank you for the opportunity to comment on the Backcountry Reservation Proposal.

The following attachment is a consolidation of FMD comments regarding the information circulated in the employee briefing paper.

Given both RVP and FMD deal with Backcounty issues and deal with various user groups, I previously mentioned to Clay I thought it may be worth while for our divisions to meet and have general conversation regarding this plan.  With that said my staff would be available the morning of August 16th.

If you have any questions please do not hesitate to contact myself or Tobias Miller.

Alan



Backcountry management FMD management.docx

Alan Sumeriski
Chief of Facility Management
Great Smoky Mountains NP
107 Park Headquarters Road
Gatlinburg, TN 37738
865-436-1237

----- Forwarded by Alan Sumeriski/GRSM/NPS on 07/29/2011 03:49 PM -----



Clayton Jordan/GRSM/NPS
07/19/2011 11:37 AM

To  Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS,
    Brian Straka/GRSM/NPS@NPS, Jeffrey
    Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS,
    Laurie Jackson/GRSM/NPS@NPS, Debbie
    Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS,
    Melissa Malone/GRSM/NPS@NPS, Carlos
    Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS,
    Ron Lawson/GRSM/NPS@NPS, Beverly
    Slaybaugh/GRSM/NPS@NPS, Buffy
    Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS,
    Gail Thompson/GRSM/NPS@NPS, James
    Coggins/GRSM/NPS@NPS, Lori
    Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS,
    Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org,
    todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles
    Daniels/GRSM/NPS@NPS, Dale
    Ditmanson/GRSM/NPS@NPS, Debbie
    Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS,
    Kevin Fitzgerald/GRSM/NPS@NPS, Nancy



Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS, Dale Brukiewa/GRSM/NPS@NPS, Jamie Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS, Peggy Hummer/GRSM/NPS@NPS, Rhonda Easterlin/GRSM/NPS@NPS, Robin VanSlooten/GRSM/NPS@NPS, Todd Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS, Barbara Hatcher/GRSM/NPS@NPS, Charles Sellars/GRSM/NPS@NPS, Herbert Kupfer/GRSM/NPS@NPS, Imelda Wegwerth/GRSM/NPS@NPS, Janice Pelton/GRSM/NPS@NPS, Jessica Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS, Marcus Little/GRSM/NPS@NPS, Mike Tomkosky/GRSM/NPS@NPS, Steven Sauer/GRSM/NPS@NPS, Teresa Cantrell/GRSM/NPS@NPS, Tomas Maclosky/GRSM/NPS@NPS, Adam Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS, Curtis Middleton/GRSM/NPS@NPS, Darris Clabo/GRSM/NPS@NPS, Dawn Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS, Gary Zbel/GATE/NPS@NPS, James Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS, Keith Slaybaugh/GRSM/NPS@NPS, Larry L Carter/GRSM/NPS@NPS, Larry R Evans/GRSM/NPS@NPS, Marcus Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS, Mark Schotters/GRSM/NPS@NPS, Mike Townsend/GRSM/NPS@NPS, Paul Bogart/GRSM/NPS@NPS, Randy Wegwerth/GRSM/NPS@NPS, Rebecca Owenby/GRSM/NPS@NPS, Richard Jenkins/GRSM/NPS@NPS, Robert Gunter/GRSM/NPS@NPS, Robert L Spence/GRSM/NPS@NPS, Teddy Chambers/GRSM/NPS@NPS, Thomas Shanley/GRSM/NPS@NPS, Thomas Smith/GRSM/NPS@NPS, Timothy Bogan/GRSM/NPS@NPS, Tommy Clopton/GRSM/NPS@NPS, Travis Schwarzer/GRSM/NPS@NPS, William Doerrer/GRSM/NPS@NPS, William G Carroll/GRSM/NPS@NPS, Christine Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS, Dave Lyvers/GRSM/NPS@NPS, David Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS, Hal Varnedoe/GRSM/NPS@NPS, John E Bowers/GRSM/NPS@NPS, Josh Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS, Kent Carpenter/GRSM/NPS@NPS, Kevin Reeves/BLRI/NPS@NPS, Kristopher Hatten/GRSM/NPS@NPS, Lonnie Maize/GRSM/NPS@NPS, Michael Burton/GRSM/NPS@NPS, Mike P Stewart/GRSM/NPS@NPS, Nicholas Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS, Rufus Davis/GRSM/NPS@NPS, Sam Owl/GRSM/NPS@NPS, Sean Brooks/GRSM/NPS@NPS, Shawn Bain/GRSM/NPS@NPS, Steve Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS, Tim Haynes/GRSM/NPS@NPS, Tobias Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS, Coralie Bloom/GRSM/NPS@NPS, Elizabeth



Dupree/GRSM/NPS@NPS, Dexter
Armstrong/GRSM/NPS@NPS, Mary Jo
White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS,
Mike Meldrum/GRSM/NPS@NPS, Brad
Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS,
Danny Thomas/GRSM/NPS@NPS, David
Worth/GRSM/NPS@NPS, Emily
DeLanzo/GRSM/NPS@NPS, Gordon
Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS,
Richard Gott/GRSM/NPS@NPS, Emily
Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS,
Jay Johnstone/GRSM/NPS@NPS, Joy
Harrold/GRSM/NPS@NPS, Julie
Townsend/GRSM/NPS@NPS, Karen
Ballentine/GRSM/NPS@NPS, Mary
Wright/GRSM/NPS@NPS, Sarah
Holman/GRSM/NPS@NPS, Susan
Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS,
Deborah England/GRSM/NPS@NPS, Elizabeth
Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS,
Lisa Free/GRSM/NPS@NPS, Lynda C
Doucette/GRSM/NPS@NPS, Michael L
Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS,
Susan Ross/GRSM/NPS@NPS, Erik S
Kreusch/GRSM/NPS@NPS, Joan
Ilacqua/Partner/NPS@NPS, John
McDade/GRSM/NPS@NPS, April
Deming/GRSM/NPS@NPS, Bob
Dellinger/GRSM/NPS@NPS, Dave
Loveland/GRSM/NPS@NPS, Eric
Worthington/GRSM/NPS@NPS, Huma
Alvarado/GRSM/NPS@NPS, Izaak
McHenry/GRSM/NPS@NPS, John M
Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS,
Kenny Ballard/GRSM/NPS@NPS, Lawrence
Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS,
Rhonda Watson/GRSM/NPS@NPS, Rob
Klein/GRSM/NPS@NPS, Ron Szerensci/GRSM/NPS@NPS,
Shane Paxton/GRSM/NPS@NPS, Wylie
Paxton/GRSM/NPS@NPS, Adriean
Mayor/GRSM/NPS@NPS, Annette
Hartigan/Partner/NPS@NPS, Becky
Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS,
Joshua Albritton/GRSM/NPS@NPS, Keith
Langdon/GRSM/NPS@NPS, Michael
Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS,
Tom Remaley/GRSM/NPS@NPS, Jim
Renfro/GRSM/NPS@NPS, Russell
Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS,
Steve E Moore/GRSM/NPS@NPS, Susan
Simpson/GRSM/NPS@NPS, Alicia
Kellogg/Partner/NPS@NPS, Brandon
Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS,
Cherie Cordell/GRSM/NPS@NPS, Dan W
Bryson/GRSM/NPS@NPS, Geoffrey
Geler/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS,
Jesse Webster/GRSM/NPS@NPS, Ken
Culbertson/GRSM/NPS@NPS, Kristine
Johnson/GRSM/NPS@NPS, Matthew
Peterson/Partner/NPS@NPS, Michael
Zumwalt/GRSM/NPS@NPS, Steven
Shaper/GRSM/NPS@NPS, Thomas
Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS,



Andrew Kreminski/Partner/NPS@NPS, Bill
Stiver/GRSM/NPS@NPS, Billy
LaGrange/GRSM/NPS@NPS, Courtney
Grantham/GRSM/NPS@NPS, James
Carr/GRSM/NPS@NPS, Jeremy
Nicholson/Partner/NPS@NPS, Joseph
Yarkovich/GRSM/NPS@NPS, Nathan
Buckhout/Partner/NPS@NPS, Rick
Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS,
Jeff Troutman/GRSM/NPS@NPS, Jessica St
Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS,
Daniel Lawler/GRSM/NPS@NPS, Darrell
Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS,
Michelle Bogart/GRSM/NPS@NPS, Phil
Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS,
Andrew Herrington/GRSM/NPS@NPS, Carmen
Barnard/GRSM/NPS@NPS, Curt
Dimmick/GRSM/NPS@NPS, James
Stringfellow/GRSM/NPS@NPS, Joe
Pond/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS,
Karl Danforth/GRSM/NPS@NPS, Kathleen
Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS,
Mike Scheid/GRSM/NPS@NPS, Patrick
Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS,
Bob Wightman/GRSM/NPS@NPS, Clayton
Jordan/GRSM/NPS@NPS, Heather
Wood/GRSM/NPS@NPS, Bob
Wightman/GRSM/NPS@NPS, Clayton
Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS,
Heather Wood/GRSM/NPS@NPS, Jeff
Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS,
Kirby Styles/GRSM/NPS@NPS, Lisa R
Brown/GRSM/NPS@NPS, Lisa
Slobodzian/GRSM/NPS@NPS, Melissa
Cobern/GRSM/NPS@NPS, Pamela
Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS,
Brandon Slaybaugh/GRSM/NPS@NPS, Calyn
Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS,
Dawn Pekarchick/GRSM/NPS@NPS, Jamie
Hamilton/GRSM/NPS@NPS, Joann
Rochelle/GRSM/NPS@NPS, Jonathan
Mattox/GRSM/NPS@NPS, Katherine
Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS,
Leila Colburn/GRSM/NPS@NPS, Lloyd
Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS,
Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P
Howell/GRSM/NPS@NPS, Rachel
Kolodski/GRSM/NPS@NPS, Tonya
Nicholson/GRSM/NPS@NPS, Whitny
Howeth/GRSM/NPS@NPS, Andrew
Rockafellow/GRSM/NPS@NPS, Bobby
Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS,
Chuck Hester/GRSM/NPS@NPS, Dennis
Milligan/BAND/NPS@NPS, Ellen Paxton/GRSM/NPS@NPS,
Heath Soehn/GRSM/NPS@NPS, Helen
McNutt/GRSM/NPS@NPS, James A
Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS,
Jared St Clair/GRSM/NPS@NPS, Jason
Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS,
John Sheets/GRSM/NPS@NPS, Kent
Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS,
Michael V Garner/GRSM/NPS@NPS, Samuel
Salter/GRSM/NPS@NPS, Steve



Spanyer/GRSM/NPS@NPS, Steven
Kloster/GRSM/NPS@NPS, Tabbatha
Cavendish/GRSM/NPS@NPS, Taylor
Kasabian/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS,
Todd Roessner/GRSM/NPS@NPS, William
Jaynes/GRSM/NPS@NPS, Charles
Daniels/GRSM/NPS@NPS, Debbie
Huskey/GRSM/NPS@NPS

cc

Subject   Proposal to Restructure Backcountry Reservations/Permit
System & Backcountry Information Office.  INTERNAL USE
ONLY

All:

Park management is considering a proposal to restructure the backcountry reservations and
permitting processes as well as assisted backcountry trip planning services. Attached please find
a document for more information on this proposal. Right now, before going public with this, we
would like to solicit any internal feedback from park employees as we are still early in the
planning phase. **Please do not circulate this beyond park employees as we may make
changes to the proposal before presenting it to the public and we would like to avoid any
confusion by there being inaccurate information in circulation when we do so.** In August we
expect to present the proposal to the public, with any revisions, for public comment before any
final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan
[attachment "Backcountry Reservation System Restructuring Proposal Internal Scoping.docx" deleted by
Alan Sumeriski/GRSM/NPS]

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax:  (865) 436-1244

July 26, 2011

**Comments and Feedback from GRSM's FMD on the Current Backcountry Office and Permit System Restructuring Proposal**

First, we would like to congratulate the Backcountry Specialist on taking on this issue. The Park's backcountry campsites and how they are utilized has been an issue for quite some time at GRSM and the ability for the public to access the backcountry resource is very important to our mission. Please keep in mind that the FMD comments are in the spirit of open discussion and by no means an attempt to stifle progress on this very important Park issue. Our comments are focused in two arenas. One comments/questions that we feel may impact the division; second, our general perception/ affect the proposal may have regarding backcountry operations and backcountry users in general.

**The following are issues that the FMD has some concerns/questions about:**

- With the knowledge that the new fees are for services and that the FMD will not receive any additional funding related to this proposed change in backcountry camping permit management, we are concerned that the users will have a higher expectation regarding facility/condition of the trail corridors connected to backcountry campsites. At present funding levels (FMD) we are not able to maintain our trail infrastructure at a higher level with no additional resources to accomplish that expectation. This will be a larger issue for trails that allow horse use and have campsites. For example, with a fee in place, the user will expect the trail to be clear at all times. (The stock user may have to turn around if the trail is not clear versus the hiker who may be able to get around the downed tree obstacle). Possible solutions could be that the newly created backcountry staff supported by fee monies would be trained to clear downed trees on their travels to help with this workload and/or some of the fee monies could go to FMD to provide additional staffing resources facilitated/managed through the trails program.

- Historically, (outside of our annual hazard tree removal tasks during the trails spring opening and the volunteer adopt-a-campsite program recently added to the FMD responsibilities managed through the FMD volunteer coordinator) FMD has not been involved in backcountry campsite management and it has been not been involved in maintaining the site amenities at BC campsites. We would imagine that with a fee in place there will be an enhanced expectation at our backcountry campsites to have more defined campsites with tent-pads, fire-rings, and bear cables/boxes. Also, image more of a desire to separate out stock/horse use and backpacker use and have more defined stock containment structures more like the ones found in front-country horse camps. The cost in this arena will not only be on the front end of constructing the amenities, yet

there will be a long term cost of maintaining the amenities over time. One possible solution would be if newly created backcountry staff supported by fee monies would take care of this task as they are monitoring sites. (This is the model at Rocky Mountain National Park where a small "wilderness" crew works on campsite issues from site design, to site limits of acceptable change, bear storage, ETC) Another possible solution would be to provide the staffing needed to FMD to accomplish the new workload.

- With the suggestion of an all reservation system, a large positive for the FMD workgroup will be the added ease of reserving backcountry campsites for administrative use while accomplishing trails maintenance and rehabilitation work. Currently, there is not really a streamlined process of notifying the users that a NON-RESERVED site will be out of service due to administrative use. Presumably, fees for administrative use will be waived.

- If one of the premises is lack of volunteer recruitments to fully staff the backcountry office should the FMD have the same concern in regards to the adopt-a-campsite program? Given FMD limited experience with adopt-a-campsite perhaps we should be concerned as to our ability to find volunteers to clean backcountry sites when the Park is collecting a fee for the sites?

**The following are general comments on the restructuring proposal:**

- Will users really go on-line or will they still expect to receive permits on-site?

- Will there be a "self-service" style kiosk available for visitors who show up without a permit? With something like that you could possibly have multiple kiosk's at the three main VC's and they may only need "minimal" interaction from staff/volunteers since it would be the same interface users see while viewing the website from home. The kiosk area could also have hard copy maps and trip-planning resources as well. The Kiosk would only be available during business hours.

- How do Park backcountry regulations and leave-no-trace principles get transferred to users? Is there an embedded mandatory power point slide show and/or video?

- Has it been considered to utilize a model more like the ridge runner program rather than having commissioned rangers for backcountry patrols? Given the park previously had backcounty Rangers and due to budget shortfalls this program was dissolved in the past. The cost of the commissioned rangers coupled with the training requirements that commissioned rangers require, coupled with commissioned rangers getting pulled

away for special non-backcountry assignments will most likely all add up to less presence in the backcountry.

- Could there be a fee model that horse users are charged more due to the larger impact they have to the trails and campsites and the increased expectation of maintenance they create?

- When compared with other large NPS sites with large backcountry areas we are in the top three for use yet GRSM has very little dedicated funding to manage this use. In this proposal there is the idea that the fee would generate some revenue that would enable the Park to fund some staff to manage backcountry use yet it would seem that this might be the right time to think bigger than that. If the Park is truly committed to raising the priority of backcountry management, could we think to dedicate some funding from all divisions, (all divisions have concerns/issues with backcountry issues and it would not place the burden only on one of two work groups to change funding priorities).

Thanks for all of your work on this issue.
FMD Staff



Eric Worthington/GRSM/NPS      To   Melissa Cobern/GRSM/NPS@NPS
07/29/2011 02:20 PM            cc
                              bcc
                           Subject   Backcountry Changes

| History: | 🖅 This message has been replied to. | |

Acknowledge that there's a set of problems with the system as it is regarding confusion, wait times on the phone, non-compliance and crowding.

Concern is that there won't be a core set of rarely-used campsites that will preserve the ability for die-hard campers seeking connection to their outdoors to show up and exercise that freedom to enjoy their National Park without having to speak to anyone or pay for the fact that others may want to use to the point of abuse, more easily accessed areas.

E. Worthington



All:

Park management is considering a proposal to restructure the backcountry reservations and permitting processes as well as assisted backcountry trip planning services. Attached please find a document for more information on this proposal. Right now, before going public with this, we would like to solicit any internal feedback from park employees as we are still early in the planning phase. **Please do not circulate this beyond park employees as we may make changes to the proposal before presenting it to the public and we would like to avoid any confusion by there being inaccurate information in circulation when we do so.** In August we expect to present the proposal to the public, with any revisions, for public comment before any final decisions are made. Your cooperation and feedback are appreciated.

Thanks,

Clay Jordan



Backcountry Reservation System Restructuring Proposal Internal Scoping.docx

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Road
Gatlinburg, TN. 37738
Direct: (865) 436-1225
Cell: (865) 202-6725
Fax:  (865) 436-1244



**Whitny Howeth/GRSM/NPS**      To   Melissa Cobern/GRSM/NPS@NPS
07/31/2011 11:31 AM              cc

                                bcc

                        Subject  Re: Proposal to Restructure Backcountry
                                 Reservations/Permit System & Backcountry Information
                                 Office. INTERNAL USE ONLY

| History: | 📧 This message has been replied to. |
| --- | --- |

Hey Melissa-

First of all I want to say what a fantastic plan this it! I so happy the park has decided to managed the backcountry in a more efficient way. I love the idea of charging a fee especially since we do not have an entrance fee.

Ten dollars per reservation plus $5 per person sounds very reasonable to me. I don't see the public getting upset from this fee once they understand that we are doing this to assist them in their trip planning and to ensure the resources are not being as impacted as they have been in the past. Let me know if I can be of any assistance during this transition.

V/r
Whitny Howeth
Lead Visitor Use Assistant
Elkmont Campground
Great Smoky Mountain National Park
(865) 436-1271

Clayton Jordan      All: Park management is considering a proposal...      07/19/2011 11:37:58 AM



**Clayton Jordan/GRSM/NPS**
07/19/2011 11:37 AM

                        To   Chuck_Parker@usgs.gov, Cathy Losher/GRSM/NPS@NPS,
                             Brian Straka/GRSM/NPS@NPS, Jeffrey
                             Shaffer/GRSM/NPS@NPS, Judy Couch/GRSM/NPS@NPS,
                             Laurie Jackson/GRSM/NPS@NPS, Debbie
                             Gilbreath/GRSM/NPS@NPS, Lee Jewell/GRSM/NPS@NPS,
                             Melissa Malone/GRSM/NPS@NPS, Carlos
                             Trivino/GRSM/NPS@NPS, Matthew Poe/GRSM/NPS@NPS,
                             Ron Lawson/GRSM/NPS@NPS, Beverly
                             Slaybaugh/GRSM/NPS@NPS, Buffy
                             Bryant/GRSM/NPS@NPS, Connie Frost/GRSM/NPS@NPS,
                             Gail Thompson/GRSM/NPS@NPS, James
                             Coggins/GRSM/NPS@NPS, Lori
                             Wallace/GRSM/NPS@NPS, Terri Wales/GRSM/NPS@NPS,
                             Kyle Caissie/GRSM/NPS@NPS, chuck@dlia.org,
                             todd@dlia.org, Bob Miller/GRSM/NPS@NPS, Charles
                             Daniels/GRSM/NPS@NPS, Dale
                             Ditmanson/GRSM/NPS@NPS, Debbie
                             Huskey/GRSM/NPS@NPS, Joel Ossoff/GRSM/NPS@NPS,
                             Kevin Fitzgerald/GRSM/NPS@NPS, Nancy
                             Gray/GRSM/NPS@NPS, Billy Huskey/GRSM/NPS@NPS,
                             Dale Brukiewa/GRSM/NPS@NPS, Jamie
                             Owens/GRSM/NPS@NPS, Larry Snider/GRSM/NPS@NPS,
                             Peggy Hummer/GRSM/NPS@NPS, Rhonda
                             Easterlin/GRSM/NPS@NPS, Robin
                             VanSlooten/GRSM/NPS@NPS, Todd
                             Ryon/GRSM/NPS@NPS, Alan Sumeriski/GRSM/NPS@NPS,
                             Barbara Hatcher/GRSM/NPS@NPS, Charles
                             Sellars/GRSM/NPS@NPS, Herbert
                             Kupfer/GRSM/NPS@NPS, Imelda
                             Wegwerth/GRSM/NPS@NPS, Janice



Pelton/GRSM/NPS@NPS, Jessica
Bundy/GRSM/NPS@NPS, Lynda Carter/GRSM/NPS@NPS,
Marcus Little/GRSM/NPS@NPS, Mike
Tomkosky/GRSM/NPS@NPS, Steven
Sauer/GRSM/NPS@NPS, Teresa
Cantrell/GRSM/NPS@NPS, Tomas
Maclosky/GRSM/NPS@NPS, Adam
Rymer/GRSM/NPS@NPS, Brad Roberts/GRSM/NPS@NPS,
Curtis Middleton/GRSM/NPS@NPS, Darris
Clabo/GRSM/NPS@NPS, Dawn
Brackins/GRSM/NPS@NPS, Ed Tinker/GRSM/NPS@NPS,
Gary Zbel/GATE/NPS@NPS, James
Horner/GRSM/NPS@NPS, Kayla Harbin/GRSM/NPS@NPS,
Keith Slaybaugh/GRSM/NPS@NPS, Larry L
Carter/GRSM/NPS@NPS, Larry R
Evans/GRSM/NPS@NPS, Marcus
Pannell/GRSM/NPS@NPS, Mark Poley/GRSM/NPS@NPS,
Mark Schotters/GRSM/NPS@NPS, Mike
Townsend/GRSM/NPS@NPS, Paul
Bogart/GRSM/NPS@NPS, Randy
Wegwerth/GRSM/NPS@NPS, Rebecca
Owenby/GRSM/NPS@NPS, Richard
Jenkins/GRSM/NPS@NPS, Robert
Gunter/GRSM/NPS@NPS, Robert L
Spence/GRSM/NPS@NPS, Teddy
Chambers/GRSM/NPS@NPS, Thomas
Shanley/GRSM/NPS@NPS, Thomas
Smith/GRSM/NPS@NPS, Timothy
Bogan/GRSM/NPS@NPS, Tommy
Clopton/GRSM/NPS@NPS, Travis
Schwarzer/GRSM/NPS@NPS, William
Doerrer/GRSM/NPS@NPS, William G
Carroll/GRSM/NPS@NPS, Christine
Hoyer/GRSM/NPS@NPS, Danny Barker/GRSM/NPS@NPS,
Dave Lyvers/GRSM/NPS@NPS, David
Ogle/GRSM/NPS@NPS, Donita Wood/GRSM/NPS@NPS,
Hal Varnedoe/GRSM/NPS@NPS, John E
Bowers/GRSM/NPS@NPS, Josh
Shapiro/GRSM/NPS@NPS, Joshua Burt/GRSM/NPS@NPS,
Kent Carpenter/GRSM/NPS@NPS, Kevin
Reeves/BLRI/NPS@NPS, Kristopher
Hatten/GRSM/NPS@NPS, Lonnie Maize/GRSM/NPS@NPS,
Michael Burton/GRSM/NPS@NPS, Mike P
Stewart/GRSM/NPS@NPS, Nicholas
Oliver/GRSM/NPS@NPS, Roger Frady/GRSM/NPS@NPS,
Rufus Davis/GRSM/NPS@NPS, Sam
Owl/GRSM/NPS@NPS, Sean Brooks/GRSM/NPS@NPS,
Shawn Bain/GRSM/NPS@NPS, Steve
Mathis/GRSM/NPS@NPS, Steve Shuler/GRSM/NPS@NPS,
Tim Haynes/GRSM/NPS@NPS, Tobias
Miller/GRSM/NPS@NPS, Tony Welch/GRSM/NPS@NPS,
Coralie Bloom/GRSM/NPS@NPS, Elizabeth
Dupree/GRSM/NPS@NPS, Dexter
Armstrong/GRSM/NPS@NPS, Mary Jo
White/GRSM/NPS@NPS, Mike Maslona/GRSM/NPS@NPS,
Mike Meldrum/GRSM/NPS@NPS, Brad
Free/GRSM/NPS@NPS, Caitlin Worth/GRSM/NPS@NPS,
Danny Thomas/GRSM/NPS@NPS, David
Worth/GRSM/NPS@NPS, Emily
DeLanzo/GRSM/NPS@NPS, Gordon
Nothum/GRSM/NPS@NPS, Kent Cave/GRSM/NPS@NPS,
Richard Gott/GRSM/NPS@NPS, Emily
Darling/GRSM/NPS@NPS, Emily Guss/GRSM/NPS@NPS,



Jay Johnstone/GRSM/NPS@NPS, Joy Harrold/GRSM/NPS@NPS, Julie Townsend/GRSM/NPS@NPS, Karen Ballentine/GRSM/NPS@NPS, Mary Wright/GRSM/NPS@NPS, Sarah Holman/GRSM/NPS@NPS, Susan Sachs/GRSM/NPS@NPS, Bill Herman/BISO/NPS@NPS, Deborah England/GRSM/NPS@NPS, Elizabeth Kidd/GRSM/NPS@NPS, Florie Takaki/GRSM/NPS@NPS, Lisa Free/GRSM/NPS@NPS, Lynda C Doucette/GRSM/NPS@NPS, Michael L Smith/GRSM/NPS@NPS, William Butler/GRSM/NPS@NPS, Susan Ross/GRSM/NPS@NPS, Erik S Kreusch/GRSM/NPS@NPS, Joan Ilacqua/Partner/NPS@NPS, John McDade/GRSM/NPS@NPS, April Deming/GRSM/NPS@NPS, Bob Dellinger/GRSM/NPS@NPS, Dave Loveland/GRSM/NPS@NPS, Eric Worthington/GRSM/NPS@NPS, Huma Alvarado/GRSM/NPS@NPS, Izaak McHenry/GRSM/NPS@NPS, John M Wood/GRSM/NPS@NPS, John R Fry/GRSM/NPS@NPS, Kenny Ballard/GRSM/NPS@NPS, Lawrence Glover/GRSM/NPS@NPS, Mark Taylor/FRSP/NPS@NPS, Rhonda Watson/GRSM/NPS@NPS, Rob Klein/GRSM/NPS@NPS, Ron Szerenscl/GRSM/NPS@NPS, Shane Paxton/GRSM/NPS@NPS, Wylie Paxton/GRSM/NPS@NPS, Adriean Mayor/GRSM/NPS@NPS, Annette Hartigan/Partner/NPS@NPS, Becky Nichols/GRSM/NPS@NPS, Janet Rock/GRSM/NPS@NPS, Joshua Albritton/GRSM/NPS@NPS, Keith Langdon/GRSM/NPS@NPS, Michael Kunze/GRSM/NPS@NPS, Paul Super/GRSM/NPS@NPS, Tom Remaley/GRSM/NPS@NPS, Jim Renfro/GRSM/NPS@NPS, Russell Paulk/GRSM/NPS@NPS, Matt Kulp/GRSM/NPS@NPS, Steve E Moore/GRSM/NPS@NPS, Susan Simpson/GRSM/NPS@NPS, Alicia Kellogg/Partner/NPS@NPS, Brandon Poole/GRSM/NPS@NPS, Brian Ross/GRSM/NPS@NPS, Cherie Cordell/GRSM/NPS@NPS, Dan W Bryson/GRSM/NPS@NPS, Geoffrey Geier/GRSM/NPS@NPS, Glenn Taylor/GRSM/NPS@NPS, Jesse Webster/GRSM/NPS@NPS, Ken Culbertson/GRSM/NPS@NPS, Kristine Johnson/GRSM/NPS@NPS, Matthew Peterson/Partner/NPS@NPS, Michael Zumwalt/GRSM/NPS@NPS, Steven Shaper/GRSM/NPS@NPS, Thomas Colson/GRSM/NPS@NPS, Troy Evans/GRSM/NPS@NPS, Andrew Kreminski/Partner/NPS@NPS, Bill Stiver/GRSM/NPS@NPS, Billy LaGrange/GRSM/NPS@NPS, Courtney Grantham/GRSM/NPS@NPS, James Carr/GRSM/NPS@NPS, Jeremy Nicholson/Partner/NPS@NPS, Joseph Yarkovich/GRSM/NPS@NPS, Nathan Buckhout/Partner/NPS@NPS, Rick Varner/GRSM/NPS@NPS, Roy Watson/GRSM/NPS@NPS, Jeff Troutman/GRSM/NPS@NPS, Jessica St Clair/GRSM/NPS@NPS, Bert Bradley/GRSM/NPS@NPS,



Daniel Lawler/GRSM/NPS@NPS, Darrell Moore/GRSM/NPS@NPS, Jack West/GRSM/NPS@NPS, Michelle Bogart/GRSM/NPS@NPS, Phil Abel/GRSM/NPS@NPS, Randy Kelly/GRSM/NPS@NPS, Andrew Herrington/GRSM/NPS@NPS, Carmen Barnard/GRSM/NPS@NPS, Curt Dimmick/GRSM/NPS@NPS, James Stringfellow/GRSM/NPS@NPS, Joe Pond/GRSM/NPS@NPS, Joshua Frazier/GRSM/NPS@NPS, Karl Danforth/GRSM/NPS@NPS, Kathleen Stuart/GRSM/NPS@NPS, Lamon Brown/GRSM/NPS@NPS, Mike Scheid/GRSM/NPS@NPS, Patrick Miller/GRSM/NPS@NPS, Peter Walker/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Bob Wightman/GRSM/NPS@NPS, Clayton Jordan/GRSM/NPS@NPS, Dana Soehn/GRSM/NPS@NPS, Heather Wood/GRSM/NPS@NPS, Jeff Carlisle/GRSM/NPS@NPS, John Mattox/GRSM/NPS@NPS, Kirby Styles/GRSM/NPS@NPS, Lisa R Brown/GRSM/NPS@NPS, Lisa Slobodzian/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS, Pamela Rodgers/Partner/NPS@NPS, Susie Ford/GRSM/NPS@NPS, Brandon Slaybaugh/GRSM/NPS@NPS, Calyn Brady/GRSM/NPS@NPS, David Leisner/GRSM/NPS@NPS, Dawn Pekarchick/GRSM/NPS@NPS, Jamie Hamilton/GRSM/NPS@NPS, Joann Rochelle/GRSM/NPS@NPS, Jonathan Mattox/GRSM/NPS@NPS, Katherine Myers/GRSM/NPS@NPS, Larry Ball/GRSM/NPS@NPS, Leila Colburn/GRSM/NPS@NPS, Lloyd Walker/GRSM/NPS@NPS, Logan Ogle/GRSM/NPS@NPS, Lonnie Hilgerson/GRSM/NPS@NPS, Matthew P Howell/GRSM/NPS@NPS, Rachel Kolodski/GRSM/NPS@NPS, Tonya Nicholson/GRSM/NPS@NPS, Whitny Howeth/GRSM/NPS@NPS, Andrew Rockafellow/GRSM/NPS@NPS, Bobby Fleming/GRSM/NPS@NPS, Brad Griest/GRSM/NPS@NPS, Chuck Hester/GRSM/NPS@NPS, Dennis Milligan/BAND/NPS@NPS, Ellen Paxton/GRSM/NPS@NPS, Heath Soehn/GRSM/NPS@NPS, Helen McNutt/GRSM/NPS@NPS, James A Bass/GRSM/NPS@NPS, Jamie Sanders/GRSM/NPS@NPS, Jared St Clair/GRSM/NPS@NPS, Jason Marsh/GRSM/NPS@NPS, Jeffrey Filosa/GRSM/NPS@NPS, John Sheets/GRSM/NPS@NPS, Kent Looney/GRSM/NPS@NPS, Marc Eckert/GRSM/NPS@NPS, Michael V Garner/GRSM/NPS@NPS, Samuel Salter/GRSM/NPS@NPS, Steve Spanyer/GRSM/NPS@NPS, Steven Kloster/GRSM/NPS@NPS, Tabbatha Cavendish/GRSM/NPS@NPS, Taylor Kasabian/GRSM/NPS@NPS, Tim Rand/GRSM/NPS@NPS, Todd Roessner/GRSM/NPS@NPS, William Jaynes/GRSM/NPS@NPS, Charles Daniels/GRSM/NPS@NPS, Debbie Huskey/GRSM/NPS@NPS

cc

Subject   Proposal to Restructure Backcountry Reservations/Permit



Clayton Jordan/GRSM/NPS          To   "Melissa Cobern" <Melissa_Cobern@nps.gov>
08/01/2011 02:17 PM              cc

                                 bcc

                            Subject  Fw: Proposal to Restructure Backcountry
                                     Reservations/Permit System & Backcountry Information
                                     Office.  INTERNAL USE ONLY

History:              ⏎ This message has been replied to.

Clay Jordan
Chief Ranger
Great Smoky Mountains National Park
107 Park Headquarters Rd.
Gatlinburg, TN. 37738
(865) 436-1225
(865) 202-6725 (cell)
(865) 436-1244 (fax)


**From:** Tony Welch
**Sent:** 08/01/2011 02:05 PM EDT
**To:** Clayton Jordan
**Subject:** Re: Proposal to Restructure Backcountry Reservations/Permit System & Backcountry Information Office.
INTERNAL USE ONLY

In reply to the backcountry permit proposal, I have two short questions.
1.    How will the AT through hikers be permitted and charged?
2.    How will the off trail backcountry permits be issued and will there be a charge?


Tony Welch



Kevin Fitzgerald/GRSM/NPS
07/26/2011 04:42 PM

To Joel Ossoff/GRSM/NPS@NPS
cc Clayton Jordan/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS
bcc
Subject Re: Backcountry Permit Fee external briefing document

Thanks Joel, all good questions and thoughts. Go ahead and make the calls. Remind them that they will have the opportunity to pose questions and comments when they receive the briefing document and see the mailbox identified for that purpose.

Kevin FitzGerald
Deputy Superintendent
Great Smoky Mountains National Park
865-436-1202 Office
865-712-3040 Cell
865-436-1204 Fax

Joel Ossoff/GRSM/NPS



Joel Ossoff/GRSM/NPS
07/26/2011 04:23 PM

To Kevin Fitzgerald/GRSM/NPS@NPS
cc Clayton Jordan/GRSM/NPS@NPS, Melissa Cobern/GRSM/NPS@NPS
Subject Re: Backcountry Permit Fee external briefing document

Kevin,

I will be happy to make some calls. I currently have 8 CUA's that list backpacking guide services and would try to reach these folks by telephone. I have some others that are listed as hiking guide services but did not state that they would be doing overnight backcountry trips when they obtained the CUA. I would probably send these folks the email without the advance call since I would expect less interest in this issue.

Melissa did call me before bringing this proposal to Squad and we did discuss several issues related to CUA holders. She will be working with Recreation.gov to ask them to customize their software to flag CUA holders in the system and assure that the special restrictions we have for commercial use of the trail shelters is enforced. I'm sure that CUA holders will have some concerns about the fees, since they will probably have to pass these costs on to their customers. They may feel that this will hurt their business by increasing the overall costs for their services (or having to absorb the reservation costs). Someone may ask if we will discount fees for commercial users! They may want to know about refunds for cancellations if some of their customers do not make it. They may also have concerns about putting all campsites under the reservation system since it will make it more difficult for them to use the sites that are currently unrationed. By putting a reservation system in place that provides more help to prospective backpackers, we may make their services less attractive by making backcountry use more user friendly. On the other hand, I would anticipate that some CUA holders will be happy to see these changes.

Joel D. Ossoff
Concessions Management Specialist
Great Smoky Mountains National Park

Voice: (828) 497-1932
Fax: (828) 497-1926

Kevin Fitzgerald/GRSM/NPS



**Kevin Fitzgerald/GRSM/NPS**
07/26/2011 03:39 PM

To  Joel Ossoff/GRSM/NPS@NPS

cc  Melissa Cobern/GRSM/NPS@NPS, Clayton
Jordan/GRSM/NPS@NPS

Subject  Re: Backcountry Permit Fee external briefing document

I am concerned about sending a document to these folks cold, without any contact to at least hit the high points and answer the one or two questions that might come to mind. Would you have the ability to make the calls, tell them that it is coming and at least give them Melissa or Clay's numbers to call if they have questions while you are away. Are there any questions that you could anticipate coming to mind by a CUA holder who would receive this that we ought to have thought through and be ready to answer?

Kevin FitzGerald
Deputy Superintendent
Great Smoky Mountains National Park
865-436-1202 Office
865-712-3040 Cell
865-436-1204 Fax

Joel Ossoff/GRSM/NPS



**Joel Ossoff/GRSM/NPS**
07/26/2011 01:57 PM

To  Kevin Fitzgerald/GRSM/NPS@NPS

cc

Subject  Re: Backcountry Permit Fee external briefing document

Kevin,

Do you want me to go ahead and send the attachment to CUA holders? I would suggest just sending to CUA holders who provide services that include hiking and backpacking (which includes some of the fishing guides). I just recently forwarded the Campsite 84 and 85 news release to this group of CUA holders, so I have an email mailing list ready for this purpose. I'm on leave beginning Friday so I need to get this out before then.

Thanks.

Joel D. Ossoff
Concessions Management Specialist
Great Smoky Mountains National Park
Voice: (828) 497-1932
Fax: (828) 497-1926

Kevin Fitzgerald/GRSM/NPS